C. Taylor Ashworth, 010143
Alan A. Meda, 009213
STINSON MORRISON HECKER LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004
Telephone: (602) 279-1600
Facsimile: (602) 240-6925
tashworth@stinson.com
ameda@stinson.com

J. Gregory Milmoe
Shepard Goldfein
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
gregory.milmoe@skadden.com
shepard.goldfein@skadden.com

Anthony W. Clark
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware 19899
Telephone: (302) 651.3000
Facsimile: (302) 651.3001
anthony.clark@skadden.com

Attorneys for the National Hockey

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEWEY RANCH HOCKEY, LLC,<br><br>COYOTES HOLDINGS, LLC,<br><br>COYOTES HOCKEY, LLC, and<br><br>ARENA MANAGEMENT GROUP, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:09-bk-09488-RTBP<br><br><br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| This filing applies to:<br><br>■ All Debtors<br>□ Specified Debtors | |

**NOTICE IS HEREBY GIVEN** of the appearance of C. Taylor Ashworth, Alan A. Meda, and Stinson Morrison Hecker LLP on behalf of the National Hockey League. Notice of all pleadings and documents should be transmitted to Stinson Morrison Hecker LLP at the following address:

DB03/./9112472.1

C. Taylor Ashworth, Esq.  
Alan A. Meda, Esq.  
STINSON MORRISON HECKER LLP  
1850 North Central Avenue, Suite 2100  
Phoenix, Arizona 85004-4584  
602-279-1600 (phone)  
602-240-6925 (fax)  
tashworth@stinson.com  
ameda@stinson.com

DATED this 7th day of May 2009.

**STINSON MORRISON HECKER LLP**

By:   /s/ Alan A. Meda (#009213)
      C. Taylor Ashworth
      Alan A. Meda
      1850 N. Central Avenue, Suite 2100
      Phoenix, Arizona 85004-4584
      Local Attorneys for National Hockey League

COPY of the foregoing sent this 7th day of May, 2009 to:

Thomas J. Salerno, Esq.  
Jordan A. Kroop, Esq.  
Kelly Singer, Esq.  
SQUIRE SANDERS & DEMPSEY LLP  
40 N Central Ave #2700  
Phoenix AZ 85004-4498  
tsalerno@ssd.com  
jkroop@ssd.com  
ksinger@ssd.com  
Attorneys for Debtors

Susan M. Freeman, Esq.  
Stefan M. Palys, Esq.  
LEWIS AND ROCA LLP  
40 N Central Ave  
Phoenix AZ 85004-4429  
SFreeman@lrlaw.com  
spalys@lrlaw.com  
Attorneys for PSE Sports & Entertainment and for S&E Interim Facility Corporation

DB03/./9112472.1

| | |
|---|---|
| 1 | Steven M. Abramowitz, Esq. |
| | VINSON & ELKINS LLP |
| 2 | 666 Fifth Ave 26th Fl |
| | New York NY  10103-0040 |
| 3 | sabramowit@velaw.com |
| 4 | Attorneys for SOF Investments LP, White |
| | Tip Investments, LLC, and Donatello |
| 5 | Investments, LLC |
| 6 | Donald L. Gaffney, Esq. |
| | SNELL & WILMER LLP |
| 7 | One Arizona Center |
| | Phoenix AZ 85004-2202 |
| 8 | dgaffney@swlaw.com |
| | Attorneys for SOF Investments LP, White |
| 9 | Tip Investments, LLC, and Donatello |
| | Investments, LLC |

   /s/ Rebecca J. McGee
_____

DB03/./9112472.1