**EXHIBIT 7**

# LES NORDIQUES

*Toute l'histoire de 1972 à 1995*

Souvenir          Profils          Souvenirs          Statistiques          Images          Le site

## Chronologie



*Premier match des Nordiques dans la LNH, 10 octobre 1979*



*Premier championnat de division dans la LNH, 29 mars 1986*



### 1971
**10 juin:** création de l'Association mondiale de hockey (AMH) par deux Californiens, Gary Davidson et Dennis Murphy.
**23 août:** six hommes d'affaires de Québec vendent leurs actions des Remparts pour la somme de 60 000 $. Marius Fortier, Jean-Marc Bruneau, John Dacres, Marcel Bédard, Jean-Claude Mathieu et Léo-Paul Beausoleil ont l'intention de réinvestir cette somme dans le hockey professionnel à Québec.

### 1972
**11 février:** rachat de la concession flottante de San Francisco (AMH) par le «groupe des six» pour la somme de 215 000 $.
**12-13 février:** repêchage inaugural de l'AMH.
**29 mars:** dévoilement du nom de l'équipe québécoise, «les Nordiques».
**5 mai:** lors d'une réunion d'investisseurs à Place Laurier, les Nordiques récoltent une mise de fonds de 2 millions de dollars, dont un million en argent comptant.
**2 juin:** Paul Racine devient le premier président du club et Marius Fortier, le premier directeur-gérant. Les Nordiques embauchent également Maurice Filion à titre de dépisteur en chef.
**20 juillet:** Jean-Claude Tremblay fait le saut dans l'AMH chez les Nordiques.
**27 juillet:** Maurice Richard devient officiellement le premier entraîneur des Nordiques.
**26 septembre:** premier match hors-concours des Nordiques, un gain de 4 à 1 au Colisée contre les Whalers de la Nouvelle-Angleterre.
**11 octobre:** premier match en saison régulière dans l'AMH et défaite de 2 à 0 à Cleveland contre les Crusaders.
**13 octobre:** premier match des Nordiques au Colisée, une victoire de 6 à 0 face aux Oilers de l'Alberta.
**14 octobre:** démission de Maurice Richard après seulement deux rencontres derrière le banc des Nordiques. Il est remplacé par Maurice Filion.

### 1973
**6 janvier:** premier match des étoiles de l'AMH, à Québec. L'Est l'emporte par 6 à 2.
**31 mars:** à leur première saison dans l'AMH, les Nordiques sont exclus des séries éliminatoires.
**2 mai:** Jacques Plante signe un contrat de dix ans de l'ordre de 600 000 $ et devient gérant-instructeur des Nordiques.

### 1974
**2 avril:** les Nordiques ratent les séries éliminatoires par un seul point.
**1er mai:** démission de Jacques Plante après une saison tumultueuse à Québec. Le président du club, Paul Racine, l'imite le lendemain.
**5 mai:** John Dacres devient le deuxième président des Nordiques et Maurice Filion, leur nouveau directeur-gérant deux jours plus tard.
**10 mai:** nomination de Jean-Guy Gendron au poste d'entraîneur-chef.
**31 mai:** mise sous contrat de Réal Cloutier, jeune sensation de 18 ans.
**7 décembre:** les Nordiques obtiennent Marc Tardif dans une transaction avec les Stags du Michigan.

### 1975
**2 avril:** premier championnat de division dans l'AMH.
**12 mai:** après avoir éliminé Phoenix et le Minnesota, les Nordiques s'inclinent en finale de la

*Dernier match de Guy Lafleur
dans la LNH, 31 mars 1991*

coupe Avco face aux Aeros de Houston.

*1976*

**11 avril:** Rick Jodzio, des Cowboys de Calgary, agresse Marc Tardif lors du deuxième match de la série quart de finale. Calgary remportera la série en cinq rencontres.
**18 juin:** départ de l'entraîneur Jean-Guy Gendron et arrivée de Marc Boileau.
**18 août:** rachat de l'équipe par la brasserie Carling-O'Keefe pour la somme approximative de 2 millions de dollars.

*1977*

**8 janvier:** victoire historique de 6 à 1 au Colisée face à l'Union Soviétique.
**26 mai:** conquête de la coupe Avco au septième match de la finale contre les Jets de Winnipeg, une victoire de 8 à 2.
**9 août:** les propriétaires de la LNH rejettent le projet de fusion avec l'AMH.
**16 au 21 décembre:** série de quatre rencontres à Moscou dans le cadre du tournoi des Izvestia. Les Nordiques subissent trois défaites et un verdict nul.

*1978*

**17 janvier:** match des étoiles de l'AMH au Colisée de Québec. Les Nordiques battent les étoiles du circuit par 5 à 4.
**25 février:** congédiement de l'entraîneur Marc Boileau, remplacé temporairement par Maurice Filion.
**8 avril:** Marc Tardif inscrit son 153e point de la saison, un nouveau record du hockey professionnel.
**7 mai:** après avoir battu Houston au premier tour, les Nordiques sont éliminés en demi-finale par les Whalers de la Nouvelle-Angleterre.
**14 juin:** Jacques Demers est nommé entraîneur des Fleurdelisés.
**15 juin:** à 30 ans, Marcel Aubut devient officiellement le troisième président de l'histoire des Nordiques.

*1979*

**7 février:** Marcel Aubut obtient la garantie de l'agrandissement du Colisée de Québec.
**8 mars:** à Key Largo, la fusion entre l'AMH et la LNH est rejetée par cinq clubs de la Ligue nationale dont les Canadiens de Montréal.
**30 mars:** après une nouvelle série de négociations, les Nordiques, les Jets de Winnipeg, les Oilers d'Edmonton et les Whalers de Hartford joignent officiellement les rangs de la LNH.
**29 avril:** les Nordiques complètent leur séjour dans l'AMH en se faisant éliminer rapidement en demi-finale contre Winnipeg.
**13 juin:** repêchage d'expansion de la LNH. Les Nordiques ajoutent deux gardiens de but et quatorze joueurs à leur formation.
**9 août:** Michel Goulet est le premier choix des Nordiques au repêchage amateur de la LNH.
**10 octobre:** premier match des Nordiques dans la LNH. Les Flames d'Atlanta ont raison des Fleurdelisés par 5 à 3 au Colisée.
**13 octobre:** premier match Canadiens-Nordiques au Forum, remporté par le Tricolore au compte de 3 à 1.
**18 octobre:** première victoire dans la LNH, au Colorado, par la marque de 5 à 2.
**28 octobre:** retrait du chandail numéro 3 porté par Jean-Claude Tremblay 1972 à 1979 et victoire de 5 à 4 contre les Canadiens de Montréal, le premier affrontement entre les deux clubs au Colisée.

*1980*

**3 avril:** les Nordiques ratent les séries à leur première saison dans la LNH.
**12 mai:** démission de l'entraîneur Jacques Demers, remplacé par Maurice Filion le 19 juin.
**23 mai:** embauche de Michel Bergeron en tant qu'assistant-entraîneur.
**25 août:** arrivée au Canada des frères tchécoslovaques Peter et Anton Stastny, évasion périlleuse orchestrée par Marcel Aubut et Gilles Léger.
**20 octobre:** Maurice Filion laisse la barre de l'équipe à Michel Bergeron.

### 1981

**21 janvier:** le balcon du Colisée est ouvert au public, faisant passer la capacité de l'amphithéâtre à plus de 15 000 sièges.

**27 janvier:** les Nordiques obtiennent le gardien Daniel Bouchard des Flames de Calgary en échange de Jamie Hislop.

**22 février:** Peter Stastny inscrit quatre buts et quatre passes, et son frère Anton trois buts et cinq passes dans un gain de 11 à 7 des Nordiques à Washington.

**14 avril:** Québec s'incline en cinq parties contre les Flyers de Philadelphie au premier tour des séries éliminatoires.

**6 juin:** Marian Stastny rejoint ses deux frères au Canada.

**9 juin:** Peter Stastny reçoit le trophée Calder désignant la recrue de l'année dans la LNH.

### 1982

**13 avril:** les Nordiques éliminent les Canadiens en huitième de finale sur un but en prolongation de Dale Hunter dans le cinquième et dernier match de la série.

**25 avril:** en quart de finale, Québec élimine Boston en sept rencontres.

**4 mai:** en demi-finale, les Fleurdelisés sont balayés en quatre parties par les champions de la coupe Stanley, les Islanders de New York.

### 1983

**10 avril:** élimination au premier tour des séries face aux Bruins de Boston.

**8 juin:** Réal Cloutier est échangé aux Sabres de Buffalo avec un choix de premier tour contre Tony McKegney, André Savard et Jean-François Sauvé.

**3 octobre:** Marc Tardif annonce sa retraite. Son chandail numéro 8 est retiré lors d'une cérémonie au Colisée le 1er novembre.

### 1984

**1er février:** les Nordiques et la brasserie O'Keefe présentent leur nouveau réseau national de télédiffusion de matches de hockey.

**7 avril:** les Fleurdelisés balaient les Sabres de Buffalo en huitième de finale.

**20 avril:** bagarre du Vendredi saint, Montréal élimine Québec au sixième match de la série quart de finale.

### 1985

**16 avril:** les Nordiques battent Buffalo par 6 à 5 et remportent la série en cinq rencontres.

**2 mai:** Peter Stastny donne la victoire aux Nordiques en prolongation dans le septième et dernier match de la finale de division contre les Canadiens de Montréal.

**16 mai:** en finale de conférence, les Fleurdelisés s'inclinent en six rencontres face à Philadelphie.

**22 novembre:** Michel Bergeron retourne derrière le banc des Nordiques après avoir raté 10 matches à la suite d'un mystérieux malaise.

### 1986

**29 mars:** avec une victoire de 5 à 3 à Los Angeles, les Nordiques remportent leur premier championnat de division dans la LNH.

**12 avril:** élimination en trois parties successives face aux Whalers de Hartford.

### 1987

**8 au 15 février:** tenue à Québec de Rendez-Vous 87, fête du sport et de la culture marquée par deux rencontres opposant les étoiles de la LNH à la formation de l'URSS.

**16 avril:** les Nordiques éliminent les Whalers de Hartford en sept rencontres.

**28 avril:** but refusé à Alain Côté, Montréal remporte le cinquième match de la série quart de finale par 3 à 2 et élimine Québec le 2 mai.

**13 juin:** Dale Hunter et Clint Malarchuk sont échangés à Washington contre Gaétan Duchesne, Alan Haworth et le premier choix des Capitals (Joe Sakic).

**18 juin:** l'entraîneur Michel Bergeron passe aux Rangers de New York en retour du premier choix des Rangers en 1988 et de 100 000 $. André Savard succède à Bergeron le lendemain.

**4 décembre:** Ron Lapointe remplace André Savard derrière le banc des Nordiques.

*1988*

**29 mars:** les Nordiques sont exclus des séries éliminatoires pour la première fois depuis la saison 1979-1980.

**19 avril:** Maurice Filion est nommé vice-président des opérations hockey.

**27 juin:** Martin Madden devient le nouveau directeur-gérant des Nordiques, assisté de Jean Perron.

**31 octobre:** annonce de la vente imminente de l'équipe à des investisseurs ontariens pour la somme approximative de 18 millions de dollars. L'offre d'achat est retirée deux jours plus tard en raison des pressions du public.

**29 novembre:** un consortium d'entreprises québécoises avec à sa tête Marcel Aubut rachète les Nordiques de la brasserie O'Keefe.

**15 décembre:** Ron Lapointe doit quitter son poste en raison d'une tumeur cancéreuse au rein. Il est remplacé par Jean Perron le lendemain.

*1989*

**19 mars:** les Nordiques sont exclus des séries pour une deuxième saison de suite.

**14 avril:** Jean Perron remet sa démission et Michel Bergeron lui succède après un séjour de deux ans à New York.

**17 juin:** bons derniers au classement en 1988-1989, les Nordiques sélectionnent Mats Sundin au tout premier rang du repêchage amateur.

**14 juillet:** les Fleurdelisés embauchent Guy Lafleur, devenu agent libre après une saison chez les Rangers de New York.

**31 août:** l'ailier gauche Alain Côté annonce sa retraite du hockey professionnel.

*1990*

**2 février:** Martin Madden est congédié et Maurice Filion assure l'intérim.

**24 février:** les Nordiques sont exclus des séries pour une troisième saison de suite.

**5 et 6 mars:** les Nordiques se départissent de leurs deux plus grandes vedettes, Michel Goulet (échangé à Chicago le 5 mars) et Peter Stastny (cédé au New Jersey le lendemain).

**1er avril:** Québec termine au dernier rang de la ligue avec seulement 31 points.

**4 mai:** Pierre Pagé est nommé directeur-gérant de l'équipe.

**5 juin:** l'entraîneur Dave Chambers succède à Michel Bergeron.

**16 juin:** Québec sélectionne Owen Nolan au premier rang du repêchage amateur.

**25 novembre:** les Nordiques disputent un 17e match de suite sans remporter la victoire.

*1991*

**2 mars:** les Nordiques sont exclus des séries pour une quatrième saison de suite.

**31 mars:** Guy Lafleur joue son dernier match dans la Ligue nationale, contre les Canadiens au Colisée.

**22 juin:** pour la troisième année de suite, les Nordiques ont le tout premier choix au repêchage amateur de la LNH; ils sélectionnent Eric Lindros, qui refuse par la suite de se joindre aux Fleurdelisés.

**17 novembre:** Pierre Pagé congédie Dave Chambers et le remplace derrière le banc des Nordiques.

*1992*

**5 mars:** les Nordiques remportent leur premier match de la saison sur la route en 34 tentatives, un gain de 10 à 4 à Hartford.

**24 mars:** les Fleurdelisés sont exclus des séries pour une cinquième saison de suite.

**1er au 10 avril:** première grève des joueurs de l'histoire de la LNH.

**20 juin:** le jour de la séance de repêchage, Québec échange Eric Lindros aux Flyers de Philadelphie puis aux Rangers de New York.

**30 juin:** l'arbitre Larry Bertuzzi annonce que la transaction avec Philadelphie était bel et bien légale. Eric Lindros passe donc aux Flyers en retour de Ron Hextall, Kerry Huffman, Steve Duchesne, Peter Forsberg, Mike Ricci, Chris Simon, les choix de premier tour des Flyers en 1993 et 1994 et une somme de 15 millions de dollars en devises américaines.

## 1993

**13 avril:** les Fleurdelisés complètent la saison 1992-1993 avec 104 points, 52 de plus que la saison précédente.

**28 avril:** Québec mord la poussière au premier tour des séries contre Montréal qui l'emporte en six rencontres.

**26 juin:** le repêchage amateur de la LNH a lieu à Québec dans le cadre d'Invitation 93, autre événement grandiose organisé par Marcel Aubut.

## 1994

**8 avril:** à la surprise générale, les Fleurdelisés ratent les séries éliminatoires.

**24 mai:** ne pouvant s'entendre avec Pierre Pagé, les Nordiques embauchent Pierre Lacroix pour lui succéder comme directeur-gérant de l'équipe.

**28 juin:** les Nordiques échangent Mats Sundin, Garth Butcher et Todd Warriner aux Maple Leafs de Toronto contre Wendel Clark, Sylvain Lefebvre et Landon Wilson.

**6 juillet:** à 33 ans, Marc Crawford devient entraîneur des Nordiques.

**30 septembre:** en conflit avec l'Association des joueurs, la LNH reporte de 15 jours le début de la saison 1994-1995.

**11 octobre:** la ligue reporte le début de la saison à une date indéterminée.

**7 décembre:** décès de Jean-Claude Tremblay après un courageux combat contre le cancer.

## 1995

**13 janvier:** après trois mois de lock-out, la ligue et les joueurs en viennent à une entente et la LNH présente un calendrier de 48 rencontres.

**16 mars:** les Nordiques retirent le chandail numéro 16 de Michel Goulet.

**3 mai:** les Fleurdelisés terminent au premier rang de la division Nord-Est, quatre points devant Pittsburgh.

**14 mai:** dernière victoire de l'équipe, un gain de 4 à 2 au Colisée dans le cinquième match de la série huitième de finale contre les Rangers de New York.

**16 mai:** dernier match de l'histoire du club, une défaite de 4 à 2 qui permet aux Rangers d'éliminer les Nordiques.

**25 mai:** la direction des Nordiques annonce la vente de l'équipe au groupe américain Comsat Video pour la somme de 75 millions de dollars américains.

**21 juin:** le déménagement des Nordiques au Colorado est approuvé par la Ligue nationale.

**6 juillet:** Peter Forsberg reçoit le trophée Calder et Marc Crawford le trophée Jack-Adams, honneurs décernés respectivement à la recrue et à l'entraîneur de l'année dans la LNH.

## 1996

**4 février:** le chandail numéro 26 de Peter Stastny est retiré avant un match des Anciens Nordiques au Colisée de Québec.

**10 juin:** l'Avalanche du Colorado remporte la coupe Stanley en éliminant les Panthers de la Floride en quatre rencontres.

## 1998

**16 novembre:** Michel Goulet et Peter Stastny sont intronisés au Temple de la renommée du hockey à Toronto.

**Page précédente:** Page principale
**Page suivante:** Introduction

May 16, 1995: Last game in the club's history, a 4-2 loss in which the Rangers eliminated the Nordiques [from the playoffs].
May 25, 1995: The management of the Nordiques announces the sale of the team to the American group, Comsat Video, for the sum of $75 million.
June 21, 1995: The NHL approves the relocation of the Nordiques to Colorado.

   

# databaseHockey.com



Profitez d'excellents tarifs interurbains avec Koodo

databaseSports.com: Basketball | NCAA
Basketball | Football | Baseball | Hockey | Olympics | Golf | Racing | Poker

Last Name

Player Search

Fast Links: Home Page Players Teams Leagues Awards

# Colorado Avalanche 1995-96 Game Log and Scores

996-97 1995-96 1994-95

## 1995-96 Regular Season

| Date | Opponent | Score | Location |
|------|----------|-------|----------|
| 10/6/1995 | Detroit Red Wings | 3 - 2 | |
| 10/7/1995 | at Los Angeles Kings | 2 - 4 | |
| 10/9/1995 | Pittsburgh Penguins | 6 - 6 | |
| 10/11/1995 | Boston Bruins | 3 - 1 | |
| 10/13/1995 | at Washington Capitals | 1 - 3 | |
| 10/14/1995 | at St. Louis Blues | 1 - 4 | |
| 10/18/1995 | Washington Capitals | 4 - 2 | |
| 10/23/1995 | Anaheim Mighty Ducks | 3 - 1 | |
| 10/25/1995 | at Calgary Flames | 3 - 2 | |
| 10/27/1995 | Buffalo Sabres | 5 - 4 | |
| 10/30/1995 | at Dallas Stars | 6 - 1 | |
| 11/1/1995 | Calgary Flames | 6 - 1 | |
| 11/3/1995 | at Winnipeg Jets | 5 - 2 | |
| 11/5/1995 | at Chicago Blackhawks | 7 - 3 | |
| 11/9/1995 | Dallas Stars | 1 - 1 | |
| 11/11/1995 | at Vancouver Canucks | 8 - 4 | |
| 11/15/1995 | at Anaheim Mighty Ducks | 3 - 7 | |
| 11/17/1995 | at Calgary Flames | 5 - 3 | |
| 11/18/1995 | Calgary Flames | 5 - 2 | |
| 11/20/1995 | at Edmonton Oilers | 3 - 3 | |
| 11/22/1995 | Chicago Blackhawks | 6 - 2 | |

# Colorado Avalanche

## 1995-96 Results: 47W-25L-10T 104PTS. First, Pacific Division



### Schedule

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Oct. | Fri. | 4 | at St. Louis | Wed. | 8 | at New Jersey | |
| | Sat. | 5 | at Dallas | Thur. | 9 | at Ottawa | |
| | Tues. | 8 | San Jose | Sat. | 11 | at Toronto | |
| | Thur. | 10 | Anaheim | Wed. | 15 | Tampa Bay | |
| | Fri. | 11 | at Chicago | Mon. | 20 | at Florida | |
| | Tues. | 15 | Edmonton | Tues. | 21 | at Tampa Bay | |
| | Thur. | 17 | Florida | Thur. | 23 | at Pittsburgh | |
| | Sat. | 19 | Vancouver | Sat. | 25 | at Boston* | |
| | Tues. | 22 | at Calgary | Mon. | 27 | at Toronto | |
| | Wed. | 23 | at Vancouver | Wed. | 29 | Los Angeles | |
| | Sat. | 26 | at Edmonton | Feb. Sat. | 1 | at San Jose* | |
| | Mon. | 28 | Washington | Sun. | 2 | at Anaheim | |
| | Wed. | 30 | St. Louis | Sat. | 8 | Chicago* | |
| Nov. | Sat. | 2 | Buffalo | Tues. | 11 | Los Angeles | |
| | Sun. | 3 | at Anaheim | Thur. | 13 | at Phoenix | |
| | Wed. | 6 | at San Jose | Sat. | 15 | at St. Louis* | |
| | Fri. | 8 | at Phoenix | Tues. | 18 | Boston | |
| | Sat. | 9 | Montreal | Fri. | 21 | at Edmonton | |
| | Mon. | 11 | at NY Islanders | Sun. | 23 | Ottawa | |
| | Wed. | 13 | at Detroit | Tues. | 25 | at Los Angeles | |
| | Thur. | 14 | at Buffalo | Thur. | 27 | Dallas | |
| | Sat. | 16 | Hartford | Mar. Sat. | 1 | Chicago* | |
| | Wed. | 20 | Phoenix | Mon. | 3 | Vancouver | |
| | Fri. | 22 | NY Islanders | Wed. | 5 | at Montreal | |
| | Wed. | 27 | NY Rangers | Thur. | 6 | at Washington | |
| | Sat. | 30 | New Jersey | Sun. | 9 | Anaheim | |
| Dec. | Wed. | 4 | Edmonton | Wed. | 12 | Calgary | |
| | Fri. | 6 | St. Louis | Fri. | 14 | Pittsburgh | |
| | Sat. | 7 | at Los Angeles | Sun. | 16 | Detroit | |
| | Wed. | 11 | at Vancouver | Tues. | 18 | Vancouver | |
| | Sat. | 14 | at Calgary | Fri. | 21 | Anaheim | |
| | Tues. | 17 | Detroit | Sun. | 23 | at Philadelphia | |
| | Wed. | 18 | at Edmonton | Tues. | 25 | at Hartford | |
| | Sat. | 21 | Toronto | Wed. | 26 | at Detroit | |
| | Sun. | 23 | Calgary | Sat. | 29 | Toronto | |
| | Sat. | 28 | at Los Angeles | Apr. Wed. | 2 | at Calgary | |
| | Sun. | 29 | Dallas | Fri. | 4 | at San Jose | |
| | Tues. | 31 | at Chicago | Sun. | 6 | Phoenix | |
| Jan. | Thur. | 2 | Calgary | Wed. | 9 | San Jose | |
| | Sat. | 4 | Philadelphia | Fri. | 11 | at Dallas | |
| | Mon. | 6 | at NY Rangers | Sun. | 13 | Los Angeles | |

* Denotes afternoon game.



*Joe Sakic reached the 50-goal plateau for the first time in his career with a third period marker on April 7, 1996, helping the Avalanche down the Dallas Stars 4-1.*

[ Franchise date: June 22, 1979 ]
Transferred from Quebec to Denver,
June 21, 1995



PACIFIC
DIVISION

18th
NHL
Season

## Year-by-Year Record

| Season | GP | Home W | L | T | Road W | L | T | Overall W | L | T | GF | GA | Pts. | Finished | | Playoff Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1995-96 | 82 | 24 | 10 | 7 | 23 | 15 | 3 | 47 | 25 | 10 | 326 | 240 | 104 | 1st, | Pacific Div. | Won Stanley Cup |
| 1994-95* | 48 | 19 | 1 | 4 | 11 | 12 | 1 | 30 | 13 | 5 | 185 | 134 | 65 | 1st, | Northeast Div. | Lost Conf. Quarter-Final |
| 1993-94* | 84 | 19 | 17 | 6 | 15 | 25 | 2 | 34 | 42 | 8 | 277 | 292 | 76 | 5th, | Northeast Div. | Out of Playoffs |
| 1992-93* | 84 | 23 | 17 | 2 | 24 | 10 | 8 | 47 | 27 | 10 | 351 | 300 | 104 | 2nd, | Adams Div. | Lost Div. Semi-Final |
| 1991-92* | 80 | 10 | 19 | 3 | 2 | 29 | 9 | 20 | 48 | 12 | 255 | 318 | 52 | 5th, | Adams Div. | Out of Playoffs |
| 1990-91* | 80 | 9 | 23 | 8 | 7 | 27 | 6 | 16 | 50 | 14 | 236 | 354 | 46 | 5th, | Adams Div. | Out of Playoffs |
| 1989-90* | 80 | 8 | 26 | 6 | 4 | 35 | 1 | 12 | 61 | 7 | 240 | 407 | 31 | 5th, | Adams Div. | Out of Playoffs |
| 1988-89* | 80 | 16 | 20 | 4 | 11 | 26 | 3 | 27 | 46 | 7 | 269 | 342 | 61 | 5th, | Adams Div. | Out of Playoffs |
| 1987-88* | 80 | 15 | 23 | 2 | 17 | 20 | 3 | 32 | 43 | 5 | 271 | 306 | 69 | 5th, | Adams Div. | Out of Playoffs |
| 1986-87* | 80 | 20 | 13 | 7 | 11 | 26 | 3 | 31 | 39 | 10 | 267 | 276 | 72 | 4th, | Adams Div. | Lost Div. Final |
| 1985-86* | 80 | 23 | 13 | 4 | 20 | 18 | 2 | 43 | 31 | 6 | 330 | 289 | 92 | 1st, | Adams Div. | Lost Div. Semi-Final |
| 1984-85* | 80 | 24 | 12 | 4 | 17 | 18 | 5 | 41 | 30 | 9 | 323 | 275 | 91 | 2nd, | Adams Div. | Lost Conf. Championship |
| 1983-84* | 80 | 19 | 17 | 4 | 15 | 25 | 2 | 42 | 28 | 10 | 360 | 278 | 94 | 3th, | Adams Div. | Lost Div. Final |
| 1982-83* | 80 | 23 | 10 | 7 | 11 | 24 | 5 | 34 | 34 | 12 | 343 | 336 | 80 | 4th, | Adams Div. | Lost Div. Semi-Final |
| 1981-82* | 80 | 24 | 13 | 3 | 9 | 18 | 13 | 33 | 31 | 16 | 356 | 345 | 82 | 4th, | Adams Div. | Lost Conf. Championship |
| 1980-81* | 80 | 18 | 11 | 11 | 12 | 17 | 7 | 30 | 32 | 18 | 314 | 318 | 78 | 4th, | Adams Div. | Lost Prelim. Round |
| 1979-80* | 80 | 17 | 16 | 7 | 8 | 28 | 4 | 25 | 44 | 11 | 248 | 313 | 61 | 5th, | Adams Div. | Out of Playoffs |

* Quebec Nordiques

**EXHIBIT 8**

Thomas J. Salerno (AZ Bar No. 007492) tsalerno@ssd.com
George Brandon (AZ Bar No. 017947) gbrandon@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
Two Renaissance Square, Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004-4498
(602) 528-4000

Counsel to the Debtors-In-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEWEY RANCH HOCKEY, LLC,<br><br>COYOTES HOLDINGS, LLC,<br><br>COYOTES HOCKEY, LLC, and<br><br>ARENA MANAGEMENT GROUP, LLC,<br><br>Debtors. | Case No. 2:09-bk-09488-RTB<br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF EARL SCUDDER** |
| This Filing Applies to:<br>■    All Debtors<br>❏    Specified Debtors | **Hearing Date:  June 9, 2009**<br>**Time of Hearing:  9:00 a.m.** |

Earl Scudder, under penalty of perjury, states:

1.    I am an attorney admitted to practice in the States of Arizona, Iowa, Nebraska, Tennessee, and in the District of Columbia.  I am Chairman and Chief Executive Officer of Scudder Law Firm, P.C., L.L.O., a boutique business and finance law firm based in Lincoln, Nebraska that maintains offices in Kansas City, Missouri, and Phoenix, Arizona.

2.     I became involved in the affairs of the Phoenix Coyotes professional hockey team (the "***Coyotes hockey team***" or "***team***") when Jerry Moyes invested in the Coyotes hockey team, and I served on the board of directors of Coyotes Holdings, LLC ("***Coyotes Holdings***") between 2002 and 2006. Coyotes Hockey, LLC ("***Coyotes Hockey***") is the current owner of the Coyotes hockey team, Arena Management Group LLC ("***Arena Management***") is the entity that serves as the manager of the Jobing.com arena, and Coyotes Holdings is the sole managing member and super-majority owner of Coyotes Hockey and sole owner of Arena Management.

3.     Beginning in the end of 2007 and through the present time, I have advised Mr. Moyes on identifying and pursuing potential purchasers of, or investors in, the Coyotes hockey team. These efforts were halted in the first quarter of 2008 because Jeff Shumway, Chief Executive Officer ("***CEO***") of Coyotes Hockey, wished to attempt a refinancing that would lower Coyotes Hockey's cost of borrowing and thereby increase its likely purchase price. By the end of 2008, the financial market conditions were such that any anticipated refinancing became unlikely.

4.     Toward the end of January 2009, Mr. Moyes, who had by then assumed as well the position of CEO of Coyotes Hockey and was sole manager of Coyotes Holdings, requested that my firm, in its capacity as a business advisor and marketer, complete a confidential information memorandum for the Coyotes

hockey team and initiate marketing efforts to either sell the Coyotes hockey team or attract investors.

5.     Part and parcel with trying to find a buyer included working with the City of Glendale (*"Glendale"*), which held a lease with Coyotes Hockey and Arena Management for the Jobing.com Arena (the *"Lease"*). I participated in meetings with Glendale representatives in efforts to obtain concessions from Glendale that would serve to ease the financial burden on Coyotes Hockey and make a sale more likely.

6.     Mr. Moyes and I met with Mr. Beasley and Assistant City Manager Art Lynch on January 21, 2009 and with Mr. Beasley on January 27, 2009 to discuss a proposed subsidy by Glendale to Coyotes Hockey and Arena Management. During these meetings, Mr. Moyes and I indicated that Mr. Moyes intended to be part of a new investor group to own the team, but stated that attracting investors or potential buyers required a $15 million annual city subsidy to reduce perennial losses.

7.     During the January 21, 2009 meeting, Mr. Beasley told us he was pleased Mr. Moyes was going to remain part of an investor group. He also said he wasn't prepared to commit to a specific amount, but he was surprised to learn the sum requested was higher than the amount discussed during a meeting at the offices of the National Hockey League (*"NHL"*) the previous November. We told him we had started the process of speaking with investors and were receiving "push-back" from those wishing to know the subsidy would be sufficient to get the team and

Arena Management to neutral or positive cash flow by the end of three years. Mr. Beasley agreed to study the matter and get back to us.

8.     In my efforts to find a purchaser or investors on behalf of Mr. Moyes for the Coyotes, I worked closely with Mr. Moyes as well as with Gary Bettman, Commissioner of the NHL.

9.     I kept Mr. Bettman apprised of the status of my attempts to locate purchasers or investors. Moreover, to the best of my knowledge, the NHL was, at the same time, referring to me and Coyotes Hockey all potential buyers who contacted the NHL. Thus, Mr. Bettman and I would exchange information and potential sales structures proposed by the various parties with whom we spoke.

10.    Mr. Moyes and I met again with Mr. Beasley on March 3, 2009 following meetings earlier that day with Mr. Bettman, first by Mr. Moyes and me and then by Mr. Beasley. At the March 3, 2009 meeting we had with Mr. Beasley, he opened the conversation by indicating he had determined methods by which Glendale could provide an annual subsidy of $14.6 million. Mr. Bettman later told me he was responsible for getting Glendale to make this commitment.

11.    Mr. Moyes and I spoke by telephone with Mr. Beasley again on March 27 and 31, 2009 requesting information about any progress on the subsidy. On March 31, 2009 Mr. Beasley indicated Glendale needed to identify the buyer or investor group before a proposal could be made to the Glendale City Council.

12.    On April 3, 2009, I had a conversation with Mr. Bettman in which I informed him that there was interest by a purchaser from Canada that wanted to

4

move the team to Southern Ontario. Mr. Bettman responded that the NHL would not approve such a move. In particular, he said that there would be no NHL approval to relocate the Coyotes to Hamilton because the arena they would play in is over thirty years old; if the team did return to Canada, it would be to Winnipeg; for a team to move into southern Ontario, it would only be an expansion team (and was therefore a "League opportunity"); and he wanted the team to remain in Glendale because of the 25-year lease the Coyotes had remaining with Glendale. He attempted to direct me not to negotiate with anyone regarding the relocation of the franchise.

13.     Mr. Moyes and I called Mr. Beasley again on April 16, 2009 to request a meeting the next day. He said he was scheduled in meetings all day, from 6:30 am, and had a commitment that evening following the last meeting. We discussed possibly meeting on Saturday (April 18), and he asked what it would concern. I told him about the NHL decision to disallow 40% of the team's revenue-sharing money, thereby increasing the team's loss by $6.4 million, because of inadequate ticket sales. I explained this resulted when the NHL refused to count Moyes-bought tickets toward the 14,000 minimum average tickets per game, which meant the team would be asking Glendale for a $20 million annual subsidy. I pointed out to Mr. Beasley that this was the same amount requested by Jerry Reinsdorf (according to Mr. Reinsdorf's attorney, John Kaites) after Mr. Reinsdorf reviewed a report from a consultant hired by Glendale to review the Coyotes financial condition. Mr. Beasley vigorously maintained that a subsidy of that magnitude

could not be approved by the City Council, and that it would require a vote of the people, which was not likely to be positive. I told him the lack of a subsidy would severely hamper our efforts to attract investors or buyers. We ended the call.

14.    In all of my attempts to find a suitable buyer for the Coyotes hockey team, as well as through my conversations with Mr. Bettman and other NHL representatives, the only offer I received that would pay most of what is owed to Creditors was from PSE Sports & Entertainment LP, which I understand is owned by James Balsillie.

15.    I am over the age of 18 years and am, in all respects, competent to make this declaration. This declaration is based on my personal knowledge, except where stated to be on information and belief, and if called as a witness, I could and would competently testify to the matters stated herein.

16.    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.


Executed on June 5, 2009.

_____
Earl Scudder

# **EXHIBIT 9**

Thomas J. Salerno (AZ Bar No. 007492) tsalerno@ssd.com
George Brandon (AZ Bar No. 017947) gbrandon@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
Two Renaissance Square, Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004-4498
(602) 528-4000

Counsel to the Debtors-In-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEWEY RANCH HOCKEY, LLC,<br><br>COYOTES HOLDINGS, LLC,<br><br>COYOTES HOCKEY, LLC, and<br><br>ARENA MANAGEMENT GROUP, LLC,<br><br>    Debtors. | Case No. 2:09-bk-09488-RTB<br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF JEFF SHUMWAY** |

This Filing Applies to:
- ■    All Debtors
- ❐    Specified Debtors

Jeff Shumway, under penalty of perjury, states:

1.    From April 2006 through January 2009, I was affiliated with the Phoenix

Coyotes hockey team.  On or about April 13, 2006, I was named Chief Executive

Officer ("CEO") of Coyotes Hockey, LLC ("Coyotes Hockey"), which owns,

manages and operates the hockey team.  I was also a manager of Coyotes

Holdings, LLC ("Coyotes Holdings"), which is the managing member of Coyotes

Hockey.

2. During the time I was affiliated with the Phoenix Coyotes hockey team, I was also CEO of Arena Management Group, LLC ("Arena Management"), the entity involved in the operations and management of the Jobing.com Arena, an arena owned by and located in the City of Glendale, Arizona.

3. On or about September 27, 2006, I became Chairman of Coyotes Hockey. For purposes of the Phoenix Coyotes hockey team's participation in the National Hockey League ("NHL"), I was the Governor of Coyotes Hockey from September 2006 until January 2009. I resigned from my positions with Coyotes Hockey, and Arena Management, and Coyotes Holdings on January 23, 2009.

4. As Chairman, CEO, and Governor of Coyotes Hockey until January 23, 2009, I was familiar with the operation, management, and financial affairs of the Phoenix Coyotes hockey team, as well as with its relationship and communications with the NHL. I oversaw the daily operations of the Phoenix Coyotes hockey team and was specifically involved in strategic decisions and funding, including requesting financial assistance from the NHL.

5. As CEO of Arena Management, I was involved in the operation, management, and financial affairs of Arena Management.

6. From September 2006 until I resigned from Coyotes Hockey, Coyotes Holdings, and Arena Management in January 2009, I reported exclusively to the Board of Managers of Coyotes Holdings, of which Jerry Moyes and I were the sole members, and which is the sole managing member of Coyotes Hockey and Arena management.

7.     While CEO of Coyotes Hockey and Arena Management, I worked with the City of Glendale ("Glendale") regarding financial matters, areas of conflict between Coyotes Hockey , Arena Management, and Glendale, and attempting to obtain concessions from Glendale with respect to its relationship with Coyotes Hockey and Arena Management.

## Early Relationship With The City of Glendale

8.     On November 29, 2001, Arena Management, Coyotes Hockey, Glendale, and others entered into an agreement titled "Arena Management, Use and Lease Agreement" (the "Lease"). A copy of the Lease is attached to Glendale's Adversary Complaint.

9.     In September 2006, Jerry Moyes, through entities he controlled, purchased Coyotes Hockey and Arena Management from Steve Ellman, through entities he controlled. I was involved with Mr. Moyes at the time he entered into the transactions through which the acquisitions were made. Part of what Mr. Moyes acquired when he purchased Coyotes Hockey and Arena Management were the obligations under the Lease with Glendale. Not only was the Lease financially untenable to Coyotes Hockey and Arena Management, as the relationship with Glendale continued, Glendale consistently resisted complying with the Lease and other agreements between the parties when compliance would cost Glendale money. However, Glendale regularly demanded immediate compliance by Coyotes Hockey and Arena Management of their interpretation of the Lease and

other agreements. These actions, behaviors, and provisions of the Lease were financially crippling to Coyotes Hockey and Arena Management.

10.  Because Arena Management and Coyotes Hockey shared losses and revenue for income tax purposes, the terms of the Lease that placed particular onus on Arena Management to pay certain fees and charges directly affected the financial performance of Coyotes Hockey as well as Arena Management.

11.  The method by which Arena Management and Coyotes Hockey shared losses and revenue included Coyotes Hockey receiving virtually all revenue Arena Management received in conjunction with its operations of the arena and Arena Management bearing all of the losses from its management of the arena. Arena Management experienced significant losses from 2006 through the time I left Arena Management and Coyotes Hockey in January 2009. While I was CEO of Coyotes Hockey and Arena Management, average annual losses for Arena Management were approximately $7 million.

12.  Each year from the time he took over control of Arena Management and Coyotes Hockey, Mr. Moyes effectively personally loaned Arena Management enough money, whether it be through another of Mr. Moyes' entities or by Mr. Moyes directly, to cover Arena Management's losses for that year. Audited financial statements reflecting these losses and loans were conveyed to Mr. Beasley and Glendale each year. Sometime in late 2006, and because of the significant losses prior to the time Mr. Moyes took over control and ownership of Coyotes Hockey and Arena Management, Mr. Beasley discussed Arena

Management issues with me because (based on what he told me) he was concerned the public might obtain those audited financial statements and raise questions as to why the arena was losing approximately $7 million per year. As discussed below, at one point, Mr. Beasley threatened to me that Glendale might take the management of the arena away from Arena Management. I told him that was fine and would, in fact, be Mr. Moyes' preference. Glendale did not follow through on this threat and Arena Management continued to lose approximately $7 million per year thereafter, at least until I left in January 2009.

13. The Lease required that Glendale be allowed one suite in the arena free of charge for the term of the lease. Mr. Ellman, as then-owner of the Team had a "double suite" at the arena. Through conversations with Mr. Ellman, I understood that shortly after the arena was completed, Glendale requested that their single suite be expanded into a larger double suite, like Mr. Ellman's. Glendale entered into an agreement with Mr. Ellman – owner of Coyotes Hockey and Arena Management at the time – for a double suite. The Agreement was eventually assumed as a part of Mr. Moyes' purchase of Coyotes Hockey and Arena Management. According to Mr. Ellman and his staff, Glendale agreed that they would receive a double suite, pay the annual fee for only one of the suites, and receive its "one free suite" credit for the other. The cost for the additional suite was approximately $150,000 per year. Since the time of this agreement, however, and up until the time of my departure, Glendale refused to pay the annual fee for the second suite. Glendale argued that because part of its improvements to the two

suites included removing the intervening wall, Glendale now had one large suite and, under the terms of the Lease, it was to receive one suite free of charge.

14.     Glendale also refused to reimburse Coyotes Hockey and Arena Management approximately $650,000 for a new sound system Coyotes Hockey and Arena Management had installed in the arena because the system that was installed at the time Mr. Moyes purchased the team was inadequate for the facility. Glendale had a specific fund for such items – the repair and replenishment fund -- with approximately $450,000 in it at the time the sound system was installed. Despite Coyotes Hockey, Arena Management, and my repeated requests to Glendale both to release those funds and pay the additional approximately $200,000, Glendale never paid Coyotes Hockey and Arena Management for the sound system.

### June 10, 2008 Meeting With City of Glendale

15.     On June 10, 2008, I met with Mr. Beasley in order to provide him with information I received about how the Nashville Predators' (the "Predators") relationship with the City of Nashville was structured.

16.     The City of Nashville paid the Predators an arena management fee of $2 million per year as well as $6.5 million for operational costs, whereas Glendale paid Arena Management nothing for its management and provided no payments for operational costs. I also pointed out to Mr. Beasley that the Predators collected money from parking whereas Glendale charged Arena Management and Coyotes Hockey $2.70 per ticket (not per automobile) per event for parking. The parking

premium was a significant factor in the lease payment differentials because NHL teams average between $10 and $12 million in revenue from parking, whereas Coyotes Hockey and Arena Management made nothing and instead had to affirmatively pay approximately $2.5 million per year to Glendale for parking.

17.    In particular, at this meeting, on June 10, 2008, Mr. Beasley also stated that Glendale was considering taking management of the arena away from Arena Management because of the losses it consistently incurred.  I told Mr. Beasley that was fine with Coyotes Hockey and Arena Management because under the Agreements with Glendale, Arena Management would always sustain significant losses and Coyotes Hockey desired to be relieved of this financial burden.  I specifically told Mr. Beasley that Glendale could take over management of the arena effective immediately.  Glendale never took control and Arena Management continued to experience extreme losses.

18.    The meeting ended with Mr. Beasley agreeing to consider the parking and arena management issues.  However, Glendale subsequently never agreed to any financial modifications from then until I left Coyotes Hockey and Arena Management in late January, 2009.

### Early July 2008 Meeting with the City of Glendale

19.    In early July 2008, I met at Coyotes Hockey's offices with Mr. Beasley, Art Lynch (Finance Director for Glendale), and Craig Tindall (General Counsel for Glendale).  The purpose of the meeting was to try to obtain at least $12.5 million in annual concessions from Glendale.

20.     In this meeting, I also showed Glendale's representatives financial results of Coyotes Hockey and Arena Management, including documentation of its cash losses, in order to illustrate to Glendale that we were managing finances well, could not significantly reduce expenses, and could not continue operations without assistance from Glendale.

### July 29, 2008 Meeting with the City of Glendale

21.     On July 29, 2008, I called another meeting with Mr. Beasley and Mr. Tindall from Glendale, as well as counsel for Coyotes Hockey and Arena Management, in order to review information I had received on comparable lease arrangements for other NHL member teams. I had previously retained MZ Sports, LLC, to perform a comprehensive review and comparison of a number of the NHL team lease arrangements with the cities in which they were located.

22.     The overall conclusion from the lease evaluation and comparison was that there was an approximate $7 million difference in annual lease occupancy cost between Coyotes Hockey and Arena Management (average cost of $11.8 million) and comparable NHL teams (average cost of $4.9 million). This did not include the vast difference in parking revenues with other member teams of the NHL, who I understood averaged approximately $10 – 12 million in parking revenues per year, and Coyotes Hockey and Arena Management, which paid approximately $2.5 million per year to Glendale in parking costs.

23.     At the end of the meeting, I assured Glendale's representatives that I would provide them any additional information they needed in order to assess our request

for concessions. Mr. Beasley also told me, at that meeting, that Glendale understood that the lease would need to be restructured in order to keep Coyotes Hockey and Arena Management viable. Mr. Beasley informed me further, that Glendale would not make any concessions for Mr. Moyes or Coyotes Hockey until a new owner or group of investors became involved. I explained to Mr. Beasley that concessions were needed first and foremost to make the Phoenix Coyotes hockey team profitable and attractive to a new buyer. We agreed that discussions would continue and Mr. Beasley requested access to Coyotes Hockey and Arena Management's chief financial officer ("CFO"), Michael Nealy, as well as its books and records.

### Late July, Early August 2008 Meeting with the City of Glendale

24. In late July or early August 2008, I arranged for a meeting between representatives of Glendale and Michael Nealy, in order for Glendale to review the financial statements of Coyotes Hockey and Arena Management. The purpose of this meeting was, again, to allow Glendale to have full access to Coyotes Hockey and Arena Management's financial information in order to fully assess my repeated requests that Glendale provide concessions to ease the financial burden of the Lease. At Glendale's request, Coyotes Hockey's former CFO, Vaibhav Gupta, also attended.

25. After the meeting I spoke with Mr. Ellman and he confirmed that Mr. Gupta confirmed and agreed with my previous representations to Glendale, that

Coyotes Hockey was managing finances well, could not significantly reduce expenses, and could not continue operations without assistance from Glendale.

## Summary of Negotiations with the City of Glendale

26.     On September 14, 2008, after not hearing from Mr. Beasley in conjunction with the July 2008 meeting with Mr. Nealy, I had a letter hand-delivered to Mr. Beasley summarizing previous discussions I had with him regarding the financial condition of Coyotes Hockey and Arena Management, again requesting relief under the terms of the Lease, and requesting a meeting with Mr. Moyes, me, and Glendale's City Council. *See* September 14, 2008 Letter from Jeff Shumway to Edward Beasley, attached hereto as Exhibit A.

27.     Among other things, I recounted that several months ago I had: (1) brought to Mr. Beasley's attention that a revised lease was necessary for Coyotes Hockey and Arena Management's survival in Glendale; (2) provided access to the NHL lease study I had commissioned; and (3) made Coyotes Hockey and Arena Management's operations and finances available to Glendale for its review.

28.     I stressed the urgency of a revised lease, noting: "It is urgent to get the terms of any new lease agreement documented no later than November 1, 2008." *Id.*

29.     I also mentioned my appreciation "that the City understands that something will need to change under the existing lease." *Id.* However, neither Mr. Beasley nor any other representative of Glendale had provided even potential terms for such a restructure.

30.     I raised the concern that "the City Council is apparently still unaware of [Coyotes Hockey and Arena Management's] request and the reasons for making the request." *Id.* I then requested that Mr. Moyes and I be able to meet with the City Council in executive session in order to explain the importance of the a restructuring that I had raised with Mr. Beasley and that he had conveyed Glendale understood was necessary.

31.     Shortly after sending the letter, Mr. Beasley arranged a meeting with me. At that meeting, Mr. Beasley informed me that my letter had caused problems for Glendale and he intended to tear up the letter and to pretend that he had never received it.  He specifically asked me to "withdraw" the letter so that he could approach the City Council in his own way.  Based on his representations that he would immediately inform the City Council of the issues and work to arrange an Executive Session with the City Council, I told Mr. Beasley that he could consider the letter "withdrawn."  Also at this meeting, and consistent with my previous dealings with Glendale, Mr. Lynch, Glendale's Finance Director, informed me that Coyotes Hockey and Arena Management had to make the required parking payments, with no offset for the money Glendale owed Coyotes Hockey and Arena Management, and thus allowed Glendale to "pretend" it had never received the September 14, 2009 letter.

## The October 14, 2008 Meeting in Glendale

32.     On October 14, 2008, I convened and led a meeting at the Glendale Civic Center that included, among others, Earl Scudder, Ryan Beach, and William Strait,

each whom attended telephonically as attorneys with the Scudder Law Firm; Jerry Moyes; Rob Platek of MSD Capital who also attended telephonically; John Breslow; Ed Beasley; Art Lynch; David Zimmerman, General Counsel for the NHL; Steve Ellman; Bob Kaufman; Tim Wright; and others, regarding my attempts to renegotiate the lease with Glendale.

33.     The purpose of this meeting was to attempt to obtain concessions from Glendale that would stem the continuing, excessive losses that Coyotes Hockey and Arena Management had continued to experience and make it more feasible that Coyotes Hockey could continue to operate in Glendale.  As indicated above, prior to this meeting, discussions with Glendale had been futile and, in fact, Glendale had continued to receive payments from Coyotes Hockey and Arena Management while at the same time refusing to comply with its own obligations under the terms of the Lease and applicable agreements between the parties.  I made clear on numerous occasions, including at this meeting, that in order for the Phoenix Coyotes hockey team to continue playing hockey in Glendale, Glendale would have to make concessions.

34.     At the start of the meeting, and after agreement with Mr. Zimmerman that the strategy was to obtain concessions from Glendale, Mr. Moyes stated that he was no longer willing to fund Coyotes Hockey and Arena Management and without restructuring of the Glendale and Westgate contracts under which the team operated, Mr. Moyes would have no choice but to put the team into bankruptcy in order to carry out a restructuring.

35.     Part of the October 14, 2008, Glendale meeting was discussion of my four possible options for moving Coyotes Hockey and Arena Management forward and resolving the then-pending financial problems of the team.

36.     The four options I presented included: 1) do nothing, which I stated (and no one disagreed in the meeting) was not a viable option; 2) let the NHL take over operations and attempt to sell the team; 3) put the team into a Chapter 11 reorganization, avoid the Lease, and move the team; or 4) do what I described as the "right thing," which included renegotiating the Lease, obtaining financial support from Westgate, and restructuring the equity of Coyotes Hockey.

37.     During the meeting, and as the result of SOF Investments, L.P.'s sensitivity to a suggestion made by one of the participants that it restructure its debt, Mr. Zimmerman walked the attendees through each of the hockey clubs that had previously filed for bankruptcy – the Pittsburgh Penguins, Buffalo Sabres, and Ottawa Senators – and explained that in each situation, the first secured creditor was paid in full. He further stated that the NHL had full intentions of keeping the Phoenix Coyotes hockey team in Glendale and there was no consideration of a move anywhere outside of Glendale.

38.     The meeting ended without a commitment from Glendale to provide concessions to the team and Mr. Zimmerman stated the talks should continue. The continuation of these discussions was an early November 2008 meeting with the parties at the NHL's offices in New York.

## November 2008 Meeting at the NHL's Offices

39.     On or about November 3, 2008, Mr. Bettman convened a meeting, at NHL's offices in New York, of representatives of Coyotes Hockey and Arena Management; Glendale, represented by Mr. Beasley and others; and other individuals and entities associated with Coyotes Hockey and involved in financing it. Mr. Moyes, Mr. Nealy, Doug Moss, the President of Coyotes Hockey, and I attended on behalf of Coyotes Hockey and Arena Management.

40.     Mr. Bettman began the meeting with opening comments during which he stated that the NHL was searching for a buyer that would keep the team in Arizona and there was no intent to move the Phoenix Coyotes hockey team from Glendale; rather, the intent was to keep the team in Glendale.

41.     Mr. Bettman conducted a discussion with all persons in the room, and then conducted separate discussions with each group. During the main meeting among all persons involved, Mr. Bettman's remarks were focused on obtaining concessions from Glendale.

42.     Glendale proposed a method by which it said Coyotes Hockey and Arena Management could raise additional funds to support its failing financial condition without Glendale's need to provide any concessions. In particular, Glendale suggested an additional $12 surcharge be added to every ticket sold in the arena. One half of the surcharge would go to Glendale and one half would go to Coyotes Hockey and Arena Management. Mr. Bettman immediately responded that the plan would not work because if ticket prices could be raised, Coyotes Hockey and

Arena Management would already have done so and kept the additional revenue generated. I felt Glendale's ticket surcharge proposal was completely unrealistic and reflected an unwillingness to make the needed concessions. Glendale was simply trying to extract even more money from the hockey operation.

43.     Mr. Bettman eventually convinced Mr. Beasley to agree to provide future concessions in the range of $12 - $15 million to a new group of investors or a new purchaser of the Phoenix Coyotes hockey team.

44.     Mr. Bettman then called Mr. Moyes and me into a private meeting with him and Mr. Daly. At this meeting, Mr. Moyes and I questioned how Glendale's concessions would help Coyotes Hockey and Arena Management in the near term. Indeed, immediate assistance was needed from Glendale. Immediate concessions were what I had stridently pursued with Glendale up until that point.

45.     In turn, Mr. Bettman stated that he thought he could gain more favorable concessions from Glendale and requested that we allow him to negotiate with Glendale on behalf of the Coyotes because he had good experiences in the past negotiating with cities. Mr. Moyes and I, while expressing our frustration that we were leaving without real immediate concessions from Glendale (or even concrete concessions for the future), agreed to let Mr. Bettman take the lead in negotiating with Glendale.

46.     Subsequent to this meeting, Mr. Beasley reiterated to me that Glendale would not provide Mr. Moyes concessions because Glendale was only interested in renegotiating when a new entity purchased the Phoenix Coyotes hockey team. I

explained to him that there was no way Coyotes Hockey and Arena Management would be able to survive without concessions and that even with the concessions he was willing to make, a new owner would likely need additional concessions after the purchase because of the financial condition of the team.

47.     Mr. Beasley made plain to me that Glendale was not interested in making financial concessions to Coyotes Hockey and Arena Management while Mr. Moyes was owner of the team.

48.     I am over the age of 18 years and am, in all respects, competent to make this declaration. This declaration is based on my personal knowledge, except when stated to be on information or belief and as to those matters I believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

49.     I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: June ___, 2009.


                                        _____
                                        Jeff Shumway

EXHIBIT A



JEFF A. SHUMWAY
CHIEF EXECUTIVE OFFICER
OFFICE 623/872.8879 · FAX 623/872.88 10
JEFF.SHUMWAY@PHOENIXCOYOTES.COM



September 14, 2008

(Via Hand Delivery)

Mr. Edward Beasley
City of Glendale
City Manager's Office
5850 W. Glendale Ave. Ste. 431
Glendale, Arizona 85301

Dear Ed:

I am writing concerning our discussions about the need for the City of Glendale (the "City") and the Phoenix Coyotes Hockey Club (the "Team") to revisit the current lease structure and to come to an agreement on a new structure that will enable the Team to operate viably in Glendale.

I called this matter to your attention several months ago. Since that time the Team has made its lease study available to the City and has also given the City the opportunity to come into the Team's offices with a third party advisor and ask any operating and financial questions that it wanted. Additionally, the Team has attempted to keep you and the City informed as to progress it is making with other partners in an overall restructuring of the Team's contractual relationships. However, the last conference call we had arranged was cancelled by your office and that call has not been rescheduled.

As I have repeatedly told you and your staff, we are operating under a very short timeline. It is urgent to get the terms of any new lease agreement documented no later than November 1, 2008. I appreciate the fact that you have indicated that the City understands that something will need to change under the existing lease. However, to date, you and your staff have been unable to even open a discussion as to the potential terms of a restructure. I also understand your concern that the City not lead the charge so to speak, on a restructure, but that you would prefer waiting until you know what the other partners are willing to do. As I told you on our last call, there are too many moving parts for the City, or anyone else, to wait until everything is in place before they start to work on their part of the deal.

I am also concerned that the City Council is apparently still unaware of our request and the reasons for making the request. I would personally be much more comfortable if Jerry and I could meet with the Council in Executive Session as soon as possible so that the Council knows what we are looking for from the City and the reasons why we need to restructure the current lease.



PHOENIX COYOTES HOCKEY CLUB
6751 N. SUNSET BOULEVARD #200 · GLENDALE, AZ 85305
TICKETS: 480/563.PUCK · PHOENIXCOYOTES.COM



Ed, I would like to schedule a meeting as soon as possible with you and your staff where the City's staff will be prepared to discuss specific changes to the current Lease and the Arena Management Agreement. Hopefully, the City and the Team will be able to reach agreements in principal that will allow us to move on a parallel track to resolve all of the issues with all interested parties no later than November 1st.

I would also like your advice on the best way to get this issue before the Council in Executive Session as soon as possible.

I do appreciate the spirit in which you and your staff have approached this matter in the past. It is imperative now, however, that we begin specific conversations and reach agreements that will ensure the long term viability of the Team in Glendale. I look forward to meeting with you and your staff in the very near future.

Sincerely,

Jeff A. Shumway
Chairman and Chief Executive Officer
Phoenix Coyotes Hockey Club

JAH/ct

CC: Doug Moss
     Craig Tindall