**LEWIS AND ROCA LLP LAWYERS**

40 North Central Avenue
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman State Bar No. 004199
E-mail: SFreeman@LRLaw.com

**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019

Jeffrey L. Kessler
jkessler@dl.com
Aldo A. Badini
abadini@dl.com
David L. Greenspan
dgreenspan@dl.com

*Attorneys for PSE Sports & Entertainment LP*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| DEWEY RANCH HOCKEY, LLC, | Case No. 2:09-bk-09488-RTBP |
| COYOTES HOLDINGS, LLC, | |
| COYOTES HOCKEY, LLC, and | **PSE'S PRETRIAL LIST OF ISSUES, WITNESSES AND EXHIBITS FOR SEPTEMBER 2, 2009 HEARING** |
| ARENA MANAGEMENT GROUP, LLC, | |
| Debtors. | **Hearing Date: September 2, 2009** |
| This Filing Applies to: ☒ All Debtors ☐ Specified Debtors | **Hearing Time: 9:00 a.m.** |

PSE Sports & Entertainment LP ("PSE") submits this list of its issues, witnesses and exhibits for the September 2, 2009 hearing, pursuant to this Court's minute entry order on August 25, 2009.

2089438.1

**PSE's List of Issues for September 2, 2009 Hearing**

1. Must the NHL's rejection of PSE's request for assignment of the Coyotes' NHL membership to PSE be accorded little or no deference by the Court due to the NHL's status as a competing bidder?

2. Do the provisions in the NHL's Constitution and By-Laws prohibiting the transfer of the Debtors' membership rights without the NHL's consent constitute anti-assignment provisions (or *de fa*cto such provisions) such that the Court can, pursuant to 11 U.S.C. § 365(f)(1), order assignment of the rights to PSE notwithstanding the NHL's refusal to consent?

3. Should the NHL's consent to the proposed assignment of the Debtors NHL membership to PSE be deemed given or waived because such consent was withheld unreasonably, in bad faith and/or not in compliance with applicable law as required by 11 U.S.C.§ 365(c)(1) (as well as § 363((f)(1), (2))?

4. Is it impossible to relocate the Coyotes team to Hamilton this season?

5. What briefing schedule should be set for the relocation and relocation fee issues to be heard on September 10-11, 2009?

**PSE's List of Witnesses for September 2, 2009 Hearing**

In accordance with the agreement of all parties, PSE's witness testimony for the September 2, 2009 hearing will be presented by declaration and deposition testimony that previously has been submitted to the Court in conjunction with pleadings identified below. PSE, however, has not yet seen whatever declarations and deposition submissions the NHL may include with its reply briefs or list of exhibits and reserves the right to make supplemental designations on Tuesday, September 1, to address newly-submitted testimony. Further, recognizing that his credibility has been put at issue and the Court may have questions not covered in the declarations and deposition testimony, Mr. James

Balsillie will be present at the hearing in order to respond to any questions the Court may have.

Declaration Testimony

1. James Balsillie
    a. [DE 299] Declaration
    b. [DE 538] Second Declaration
2. Tom Wright
    a. [DE 303] Declaration of Tom Wright
    b. [DE785] Second Declaration of Tom Wright
3. Richard Rodier
    a. [DE 786] Fourth Declaration of Richard Rodier

## PSE's List of Exhibits And Deposition Testimony

PSE relies on the following filings, and all exhibits and deposition excerpts attached thereto, for purposes of the September 2 hearing:

Ownership Transfer

1. PSE's Transfer Application and Supplements, filed under seal [DE 228], [DE 236] [DE 309] [DE 495]. These filings include a considerable amount of confidential personal identifying and financial information, including bank statements, and PSE requests that the under-seal portion remain under seal.

2. [DE 701] PSE's Motion for Determination that the Debtors' Interests may be Transferred to PSE Notwithstanding the NHL's Refusal to Consent (unredacted *copy provided to Court in 8/26/09 binder*)

3. [DE 779] PSE's Opposition To The NHL's Motion For A Determination That Debtors' NHL Membership Rights May Not Be Transferred To PSE or An Affiliate Thereof (unredacted *copy with all exhibits provided to Court in 8/26/09 binder*)

4. [DE 706] PSE Sports & Entertainment LP's Joinder In Debtors' Memorandum Of Points And Authorities In Support Of Sale Of Substantially All Of Coyotes Hockey Assets (*copy provided to Court in 8/26/09 binder*)

5. [DE 852] Reply in Support of PSE's Motion for Determination that the Debtors' Interests may be Transferred to PSE Notwithstanding the NHL's Refusal to Consent (unredacted *copy provided to Court on 9/1/09*)

6. [DE 852 Notice of Filing Erroneously Omitted Exhibits From August 31, 2009 Filing.

<u>Possibility of Relocation this Season</u>

7. [DE 784] PSE's Opposition To The NHL's Motion For A Determination That The Coyotes Cannot Relocate For The 2009-10 Season (*copy with exhibits provided to Court in 8/26/09 binder*)

8. [DE 785] Declaration of Tom Wright (*copy with exhibits provided to Court in 8/26/09 binder*)

9. [DE 786] Fourth Declaration of Richard Rodier (*copy with exhibit provided to Court in 8/26/09 binder*)

10. [DE 835] Supplemental Submission in Further Support of PSE's Opposition to the NHL's Motion for a Determination that the Coyotes Cannot Relocate for the 2009-10 Season (*copy provided to Court on 9/1/09*)

The NHL's Motion to Clarify and Finalize the Court's June 15th Order Regarding Relocation.

11. [DE 776] PSE Sports & Entertainment L.P.'s Response to the NHL's Motion to Clarify and Finalize the Court's June 15th Order Regarding Relocation (*copy provided to Court in 8/26/09 binder*)

Briefing Schedule for September 10 Hearing

12. [DE 788] PSE Sports & Entertainment L.P.'s Motion to Set Briefing Schedule With Respect to Relocation-Related Issues

13. [DE 844] PSE Sports & Entertainment L.P.'s Reply in Support of Motion to Set Briefing Schedule With Respect to Relocation-Related Issues

PSE also reserves the right to refer to and rely upon declarations and exhibits filed with the Court by the NHL and the Debtors, and reserves the right to argue against, comment on, or dispute evidence put on by other parties at the hearing.

RESPECTFULLY SUBMITTED this 1st day of September, 2009.

DEWEY & LeBOEUF LLP

By: Jeffrey L. Kessler
    Aldo A. Badini
    David L. Greenspan

and

LEWIS AND ROCA LLP

By   /s/ SMF (004199)
    Susan M. Freeman
    Randy Papetti
    Stefan Palys

Attorneys for PSE Sports & Entertainment LP

LEWIS AND ROCA LLP LAWYERS

COPY of the foregoing e-mailed this 1st day of September, 2009, to:

C. Taylor Ashworth
Alan A. Meda
STINSON MORRISON HECKER, LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
tashworth@stinson.com
ameda@stinson.com
Attorneys for NHL

J. Gregory Milmoe
Shepard Goldfein
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Gregory.milmoe@skadden.com
Shepard.goldfein@skadden.com
Attorneys for NHL

Anthony W. Clark
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
Wilmington, DE 19899
Anthony.clark@skadden.com
Attorneys for NHL

Andrew V. Banas
Kelly Singer
Thomas J. Salerno
SQUIRE SANDERS & DEMPSEY LLP
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004-4498
abanas@ssd.com
ksinger@ssd.com
tsalerno@ssd.com
Attorneys for Debtor

Larry L. Watson
Connie S. Hoover
OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue
Phoenix, AZ 85003-1706
Larry.watson@usdoj.gov
Connie.s.hoover@usdoj.gov

2089438.1

LEWIS
AND
ROCA
LLP
LAWYERS

Steven M. Abramowitz
VINSON & ELKINS, LLP
666 Fifth Avenue, 26th Flr.
New York, NY 10103-0040
sabramowitz@velaw.com
Attorneys for SOF Investments LP, White Tip Investments, LLC, and Donatello Investments, LLC

Donald L. Gaffney
SNELL & WILMER LLP
One Arizona Center
Phoenix, AZ 85004-2202
dgaffney@swlaw.com
Attorneys for SOF Investments, LP, White Tip Investments, LLC, and Donatello Investments, LLC

Richard H. Herold
HINSHAW & CULBERTSON LLP
3200 N. Central Avenue, Suite 800
Phoenix, AZ 85012
rherold@hinshawlaw.com
Attorneys for Aramark

James E. Cross
Brenda K. Martin
Warren J. Stapleton
OSBORN MALEDON PA
2929 N. Central Avenue, Suite 2100
Phoenix, AZ 85012-2794
jcross@omlaw.com
bmartin@omlaw.com
wstapleton@omlaw.com
Attorneys for National Hockey League Players" Association

Carolyn J. Johnsen
Peter W. Sorensen
JENNINGS, STROUSS & SALMON PLC
201 E. Washington St.
Phoenix, AZ 85004-2385
cjjohnsen@jsslaw.com
psorenson@jsslaw.com
Attorneys for Jerry Moyes

Jeffrey Freund
BREDHOFF & KAISER PLLC
805 15th St. NW
Washington, DC 20005
jfreund@bredhoff.com
Attorneys for National Hockey League Players" Association

2089438.1

LEWIS AND ROCA LLP LAWYERS

Sean P. O"Brien
GUST ROSENFELD PLC
201 E. Washington, Suite 800
Phoenix, AZ 85004
spobrien@gustlaw.com
Attorneys for Drawbridge Special Opportunities Fund LP

Richard W. Havel
SIDLEY & AUSTIN LLP
555 W. Fifth St. 40th Flr.
Los Angeles, CA 90013
rhavel@sidley.com
Attorneys for Drawbridge Special Opportunities Fund LP

Lori Lapin
LORI LAPIN JONES PLLC
98 Cutter Mill Rd., #201 N
Great Neck, NY 11021
ljones@jonespllc.com
Attorneys for BWD Group

Ivan L. Kallick
Ileana M. Hernandez
MANATT PHELPS & PHILLIPS
11355 W. Olympic Blvd.
Los Angeles, CA 90064
ikallick@manatt.com
ihernandez@manatt.com
Attorneys for Ticketmaster

Louis T.M. Conti
HOLLAND & KNIGHT LLP
100 N. Tampa St., Suite 4100
Tampa, FL 33602
Louis.conti@hklaw.com
Attorneys for Facility Merchandising Inc.

Cathy L. Reece
Nicolas B. Hoskins
FENNEMORE CRAIG
3003 N. Central Avenue, Suite 2600
Phoenix, AZ 85012
creece@fclaw.com
nhoskins@fclaw.com
Attorneys for City of Glendale, Arizona

2089438.1

| | |
|---|---|
| 1 | William R. Baldiga |
| | Andrew M. Sroka |
| 2 | BROWN RUDNICK, LLP |
| | One Financial Center |
| 3 | Boston, MA  02111 |
| | wbaldiga@brownrudnick.com |
| 4 | asroka@brownrudnick.com |
| | Attorneys for City of Glendale, Arizona |
| 5 | |
| | Jonathan P. Ibsen |
| 6 | Laura A. Rogal |
| | JABURG & WILK PC |
| 7 | 3200 N. Central Avenue, Suite 2000 |
| | Phoenix, AZ   85012 |
| 8 | jpi@jaburgwilk.com |
| | lar@jaburgwilk.com |
| 9 | Attorneys for Wayne Gretzky |
| 10 | Thomas P. Allen |
| | Paul Sala |
| 11 | ALLEN SALA & BAYNE, PLC |
| | 1850 N. Central Avenue, Suite 1150 |
| 12 | Phoenix, AZ   85004 |
| | psala@asbazlaw.com |
| 13 | tallen@asbazlaw.com |
| | Attorneys for the Official Joint Committee |
| 14 | Of Unsecured Creditors |
| 15 | William Novotny |
| | MARISCAL WEEKS McINTYRE & |
| 16 | FRIEDLANDER PA |
| | 2901 N. Central Avenue, Suite 200 |
| 17 | Phoenix, AZ   85012 |
| | William.novotny@mwmf.com |
| 18 | |
| | Jonathan K. Bernstein |
| 19 | Andrew J. Galo |
| | BINGHAM McCUTCHEN LLP |
| 20 | One Federal St. |
| | Boston, MA   02110 |
| 21 | Jon.bernstein@bingham.com |
| | Andrew.gallo@bingham.com |
| 22 | |
| | Mark C. Dangerfield |
| 23 | Dean C. Short |
| | GALLAGHER & KENNEDY PA |
| 24 | 2575 E. Camelback Rd. |
| | Phoenix, AZ   85016 |
| 25 | mcd@gknet.com |
| | dcs@gknet.com |
| 26 | Attorneys for Arizona Cardinals Football Club |

2089438.1

| | |
|---|---|
| 1 | Mark A. Nadeau |
| | Shane D. Gosdis |
| 2 | Allison L. Kierman |
| | DLA PIPER LLP (US) |
| 3 | 2525 E. Camelback Rd., Suite 100 |
| | Phoenix, AZ  85016 |
| 4 | Mark.nadeau@dlapiper.com |
| | Shane.gosdis@dlapiper.com |
| 5 | Allison.kierman@dlapiper.com |
| | Attorneys for Lease Group Resources, Inc. |
| 6 | |
| | Scott B. Cohen |
| 7 | ENGLEMAN BERGER, PC |
| | 3636 N. Central Avenue, Suite 700 |
| 8 | Phoenix, AZ  85012 |
| | sbc@engelmanberger.com |
| 9 | Attorneys for John Breslow |
| | |
| 10 | Arthur E. Rosenberg |
| | HOLLAND & KNIGHT LLP |
| 11 | 195 Broadway |
| | New York, NY  10007 |
| 12 | Arthur.rosenberg@hklaw.com |
| | Attorneys for Facility Merchandising, Inc. |

By     /s/ Marie H. Mancino
         Marie H. Mancino

2089438.1