
**SO ORDERED.**

Dated: September 10, 2009



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

40 North Central Avenue
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman State Bar No. 004199
E-mail: SFreeman@LRLaw.com
Randy Papetti, State Bar No. 014586
E-mail: RPapetti@LRLaw.com
Stefan M. Palys State Bar No. 024752
E-mail: SPalys@LRLaw.com

**DEWEY & LeBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-6120
Facsimile: (212) 632-0888

Jeffrey L. Kessler
jkessler@dl.com
Aldo A. Badini
abadini@dl.com
David L. Greenspan
dgreenspan@dl.com

*Attorneys for PSE Sports & Entertainment LP*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| DEWEY RANCH HOCKEY, LLC, | Case No. 2:09-bk-09488-RTBP |
| COYOTES HOLDINGS, LLC, | **ORDER GRANTING PSE SPORTS & ENTERTAINMENT LP'S REPLY BRIEF IN FURTHER SUPPORT OF (A) PSE'S MOTION FOR DETERMINATION THAT THE COYOTES MAY BE RELOCATED TO HAMILTON NOTWITHSTANDING THE NHL'S REFUSAL TO CONSENT, AND (B) PSE'S MOTION TO DETERMINE RELOCATION FEE ISSUES AND (2) PSE'S MOTION TO EXCLUDE THE EXPERT DECLARATIONS OF DANIEL S. BARRETT, MICHAEL RAPKOCH, AND FRANKLIN M. FISHER UNDER SEAL** |
| COYOTES HOCKEY, LLC, and | |
| ARENA MANAGEMENT GROUP, LLC, | |
| Debtors. | |
| This Filing Applies to: | |
| ☒ All Debtors | |
| ☐ Specified Debtors | |

2091679.1



The Motion of PSE Sports & Entertainment, LP ("PSE") for an order authorizing it to file PSE Sports & Entertainment LP's Reply Brief in Further Support Of (A) PSE's Motion For Determination That The Coyotes May Be Relocated To Hamilton Notwithstanding The NHL's Refusal To Consent, and (B) PSE's Motion to Determine Relocation Fee [DE _____] and (2) PSE's Motion To Exclude The Expert Declarations of Daniel S. Barrett, Michael Rapkoch, and Franklin M. Fisher Consent Under Seal [DE 922], came before the Court, no notice being necessary, and good cause appearing, it is

ORDERED:

Granting the motions; and

Authorizing PSE to file the Motions under seal.

DATED AND SIGNED ABOVE

2091679.1