# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |
|---|---|---|
| **Debtor:** | DEWEY RANCH HOCKEY, LLC | |
| **Case Number:** | 2:09-BK-09488-RTBP | **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, SEPTEMBER 11, 2009 08:30 AM   7TH FLOOR #703 | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | |
| **Courtroom Clerk:** | LORRAINE DAVIS | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | |

## *Matters:*

**1)** HEARING IN RE:  363 AUCTION SALE FILED BY NATIONAL HOCKEY LEAGUE
   **R / M #:**   513 / 0

**2)** ADM: 2:09-bk-09488-RTBP
   RENEWED MOTION FOR DERTERMINATION OF AUTHORITY TO MANAGE BUSINESS AFFAIRS OF DEBTOR'S AND THAT WILLIAM DALY IS REPRESENTATIVE OF DEBTORS FILED BY NHL & SUPPLEMENTS THERETO
   **R / M #:**   682 / 0

**3)** ADM: 2:09-bk-09488-RTBP
   ORDER TO SHOW CAUSE DIRECTING JERRY & VICKIE MOYES & THEIR COUNSEL TO APPEAR & SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR WILLFULLY VIOLATING THIS COURT'S ORDER DATED 7/18/09
   **R / M #:**   540 / 0

**4)** ADM: 2:09-bk-09488-RTBP
   MOTION TO REJECT THE ARENA LEASE AS OF THE CLOSING DATE OF RELOCATION SALE FILED BY DEBTOR'S
   **R / M #:**   611 / 0

## *Appearances:*

SEE ATTACHED SIGN IN SHEET

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Proceedings:*

Mr. Salerno reviews the schedule for today.

Mr. Kessler, Ms. Freeman, Mr. Clark and Mr. Salerno argue their positions regarding the  relocation issues.

Mr. Kessler and Mr. Goldfein argue the relocation fee issues.

Mr. Salerno calls Gary Bettman to the stand.  He is sworn & cross examined.

Mr. Kessler cross examines.

Mr. Goldfein redirects.

Mr. Kessler recrosses.  Mr. Bettman steps down.

The court asks if there is anyone present, other than the NHL and PSE that wants to make a bid.  There is no response.

Ms. Freeman reviews the modifications of the PSE bid.  Mr. Kessler and Mr. Salerno clarifiy portions of the bid.

Mr. Milmoe reviews the modifications of the NHL bid.  Mr. Packer and Mr. Baldiga clarify portions of the bid.  Mr. Salerno seeks clarification.  Mr. Sala comments on the committee's position.

Mr. Salerno, Mr. Baldiga, Mr. Abramowitz, Mr. Sala, Ms. Johnsen, Ms. Freeman, and Mr. Milmoe argue the highest and best offer issues.

COURT:  IT IS ORDERED directing the NHL and PSE to file their amended asset purchase agreement and an

executive summary no later than 9/15/09.  If PSE and the City of Glendale have an agreement, they are

to notify the court by 9/17/09.  The court notes the auction is closed and a motion to reopen the bidding

would need to be filed.  The matter is deemed under advisement.


cc:  Gloria/Jim
     Under Advisement

# Minute Entry

(continue)...    **2:09-BK-09488-RTBP**          **FRIDAY, SEPTEMBER 11, 2009 08:30 AM**