United States Bankruptcy Court
District of Arizona

In re: Dewey Ranch Hockey, LLC., et al., Jointly Administered, Case No. 09-09488

NOTICE OF TRANSFER OF CLAIM APPEARING IN THE DEBTOR'S SCHEDULES PURSUANT TO F.R.B.P. 3001 (e)(1)

**To Transferor**    **School Health Corporation**    **Schedule F**
865 Muirfield Or.    **Amount of Claim $3,646.66**
Hanover Park, IL 60133

**Name of Transferee** where notices and payments to transferee should be sent:

Creditor Liquidity, L.P.
200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: (914) 514-8300

No action is required. Assignor hereby waives any notice of hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

United States Bankruptcy Court
District of Arizona
Phoenix Division
United States Courthouse, Suite 101
230 North First Avenue
Phoenix, AZ 85003

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By /s/ Robert J. Tannor    Dated: 9/24/2009
Creditor Liquidity, L.P.

## Evidence of Transfer

School Health Corporation ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504, its successors and assigns ("Assignee"), all rights, title and interest in and to the claims of Assignor in the aggregate amount of $3,646.66 as stated in the Proof of Claim and or Debtor's schedules against Dewey Ranch Hockey, LLC., et al., Jointly Administered in the United States Bankruptcy Court, District of Arizona ("the Court"), Case no. 09-09488 or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the __ day of _____, 2009

By: _Sherry F. Mussachio_
(Signature of Authorized party)

School Health Corporation
(Company Name)

Sherry F Mussachio
(Print name of Authorized Party)


By: _Robert Tannor_
Robert J. Tannor

Creditor Liquidity, LP

914-514-8300
(Telephone number)