C. Taylor Ashworth, 010143
Alan A. Meda, 009213
STINSON MORRISON HECKER LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004
Telephone: (602) 279-1600
Facsimile: (602) 240-6925
tashworth@stinson.com
ameda@stinson.com

J. Gregory Milmoe
Shepard Goldfein
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
gregory.milmoe@skadden.com
shepard.goldfein@skadden.com

Anthony W. Clark
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware 19899
Telephone: (302) 651.3000
Facsimile: (302) 651.3001
anthony.clark@skadden.com

Attorneys for the National Hockey League

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEWEY RANCH HOCKEY, LLC,<br><br>COYOTES HOLDINGS, LLC,<br><br>COYOTES HOCKEY, LLC, and<br><br>ARENA MANAGEMENT GROUP, LLC,<br><br>Debtors.<br><br>This filing applies to:<br>■ All Debtors<br>☐ Specified Debtors | Chapter 11<br><br>Case No. 2:09-bk-09488-RTBP<br><br>**NOTICE OF LODGING PROPOSED ORDER**<br><br>**Hearing Date:**<br>**Hearing Time:**<br>**Location:** **Courtroom #703**<br>**230 N First Ave**<br>**Phoenix AZ 85003** |

**PLEASE TAKE NOTICE** that the National Hockey League has this date lodged the proposed Stipulated Order Approving Amended and Clarified Bid in the form attached hereto, relating to Docket #18.

DATED this October 29, 2009.

**STINSON MORRISON HECKER LLP**

By:   /s/ Alan A. Meda (#009213)
    C. Taylor Ashworth
    Alan A. Meda
    and
    J. Gregory Milmoe
    Shepard Goldfein
    Anthony W. Clark
    Attorneys for National Hockey League

DB04/837541.0002/2040293.1 DD02