# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Dewey Ranch Hockey, LLC |
| **Case Number:** | 2:09-bk-09488-RTBP       **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 02, 2009 10:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matter:

HEARING IN RE: OBJECTION TO SALE TO NHL

**R / M #:**   1,037 / 0

## Appearances:

THOMAS J. SALERNO, ATTORNEY FOR DEWEY RANCH HOCKEY, LLC
PAUL SALA, ATTY COMMITTEE
PETER SORENSEN, ATTY MOYES
BRENDA MARTIN, ATTY NHLPA
ALAN MEDA/GREG MILMOE, ATTY NHL
SHEP GOLDFIEN, ATTY NHL
STEPHEN ABRAMOWITZ, ATTY SOF
WILLIAM BALIDGA, ATTY CITY OF GLENDALE

## Proceedings:

Mr. Salerno reviews the current status of the NHL sale. The court discusses various issues with Mr. Salerno, Mr. Milmoe, Mr. Baldiga and Mr. Sala. Ms. Martin and Mr. Abramowitz comment on the order.

COURT:  IT IS ORDERED approving the order on the terms & conditions stated on the record.  A status hearing
regarding disputed cure costs is set for 1/13/10 @ 1:30 p.m.