Thomas J. Salerno (AZ Bar No. 007492) tsalerno@ssd.com
Jordan A. Kroop (AZ Bar No. 018825) jkroop@ssd.com
Kelly Singer (AZ Bar No. 024024) ksinger@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
Two Renaissance Squire, Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004-4498
(602) 528-4000
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>DEWEY RANCH HOCKEY, LLC,<br><br>COYOTES HOLDINGS, LLC,<br><br>COYOTES HOCKEY, LLC,<br><br>ARENA MANAGEMENT GROUP, LLC,<br><br>Debtors,<br>This Filing Applies to:<br><br>☒ All Debtors<br>☐ Specified Debtors | Chapter: 11<br><br>Case No. 2:09-BK-09488-RTBP<br><br>**NOTICE OF CLOSING OF SALE OF PURCHASED ASSETS TO NHL**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

*Notice is hereby given* that the sale of the Purchased Assets as defined in, and accordance with, the Court's "Stipulated Order Approving Amended and Clarified Bid" dated November 2, 2009 (D.E. 1079) closed on November 2, 2009. In this regard, signatures for various documents and instruments were exchanged on November 2, 2009, and two wire transfers totaling $13,303,399.38 were sent to, and received by, a specially designated Debtor in Possession account established to hold sales proceeds.

The parties will file the status reports required by the Court at the hearing held on November 2, 2009 as soon as that information is available.

507325.1

RESPECTFULLY SUBMITTED, this 3rd day of November, 2009.

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

By: ___/s/ *Thomas J. Salerno*___
     Thomas J. Salerno
     Jordan A. Kroop
     Kelly Singer
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498
(602) 528-4000

Counsel to the Debtors-In-Possession