Paul Sala, State Bar #11693
Thomas H. Allen, State Bar #11160
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave. Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: psala@asbazlaw.com
       tallen@asbazlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 11 |
| DEWEY RANCH HOCKEY, LLC, | Case No. 2:09-bk-09488-RTBP |
| COYOTES HOLDINGS, LLC, | (Jointly Administered) |
| COYOTES HOCKEY, LLC, and | **ORDER APPROVING FIRST INTERIM APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS FOR THE FINANCIAL ADVISOR TO THE OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS** |
| ARENA MANAGEMENT GROUP, LLC, | |
| Debtors. | |
| This filing applies to: ☒ All Debtors. | |

Upon consideration of the *First Interim Application for Compensation of Fees and Reimbursement of Costs for the Financial Advisor to The Official Joint Committee of Unsecured Creditors* ("Application") filed on behalf of Sierra Consulting Group ("Sierra") as financial advisor to The Official Joint Committee of Unsecured Creditors, no objections thereto having been filed, and other good cause appearing,

**IT IS HEREBY ORDERED** approving the Application on behalf of Sierra and allowing compensation in this case in the amount of $96,539.25 and cost reimbursement of $118.98 for a total of **$96,658.23**.

**IT IS FURTHER ORDERED** authorizing the Debtor to immediately pay the aforesaid fees and costs as an allowed administrative expense from estate assets.

**DATED AND SIGNED ABOVE**