# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:                                              CASE NO.   2:09-BK-09488
DEWEY RANCH HOCKEY, LLC

**BUSINESS AND INDUSTRY**
**MONTHLY OPERATING REPORT**

MONTH OF _____ Nov-09

DATE PETITION FILED:   5/5/2009

Debtor )                                            TAX PAYER ID NO. :   26-4761961

Nature of Debtor's Business: _____ Arizona Limited Liability Company

DATE DISCLOSURE STATEMENT  FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION  FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____                    Member
ORIGINAL  SIGNATURE  OF RESPONSIBLE PARTY          TITLE

Jerry C. Moyes                                     12-28 09
PRINTED NAME  OF RESPONSIBLE PARTY                 DATE

**PREPARER:**

FBO: Evans & Co PLC                                Outside Acct. Advisor
ORIGINAL  SIGNATURE  OF  PREPARER                  TITLE

Evans & Co PLC                                     12/24/2009
PRINTED NAME OF PREPARER                           DATE

PERSON TO CONTACT REGARDING THIS REPORT:  Aaron G. Evans, CPA

PHONE NUMBER: 480-558-2085 x2

ADDRESS: 1355 S. Higley Rd #115;
Gilbert, AZ 85296

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

| | | CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS |
|---|---|---|

DEWEY RANCH HOCKEY, LLC
Case Number:  2:09-BK-09488

# CURRENT MONTH'S
# RECEIPTS AND DISBURSEMENTS

| | | BANK ACCOUNTS | | | |
|---|---|---|---|---|---|
| | Paid by Member | DIP | DIP | Tax | Total |
| | | Checking | Money Market | # | |
| Balance at Beginning of Period | 0.00 | 200.00 | 0.00 | 0.00 | 200.00 |
| **RECEIPTS** | | | | | |
| Cash Sales | 0.00 | | | | 0.00 |
| Accounts Receivable - Prepetition | 0.00 | | | | 0.00 |
| Accounts Receivable - Postpetition | 0.00 | | | | 0.00 |
| Transfers from other DIP Accts | 0.00 | 200.00 | | | 200.00 |
| Sale of Assets | 0.00 | | | | 0.00 |
| BK Settlement Deposits | 0.00 | | 13,303,399.38 | | 13,303,399.38 |
| Interest Income on DIP Accounts | 0.00 | | 524.68 | | 524.68 |
| TOTAL RECEIPTS | 0.00 | 200.00 | 13,303,924.06 | 0.00 | 13,304,124.06 |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | 0.00 | | | | 0.00 |
| Capitol Improvements | 0.00 | | | | 0.00 |
| Pre-Petition Debt | 0.00 | | | | 0.00 |
| Transfers to Other DIP Accounts | 0.00 | | 200.00 | | 200.00 |
| Bank Fees | 0.00 | 249.91 | | | 249.91 |
| | | | | | |
| **Reorganization Expenses:** | | | | | |
| Attorney Fees | 0.00 | 0.00 | | | 0.00 |
| Accountant Fees | 0.00 | 0.00 | | | 0.00 |
| Other Professional Fees | 0.00 | 0.00 | | | 0.00 |
| U. S. Trustee Quarterly Fee | 0.00 | 0.00 | | | 0.00 |
| Court Costs | 0.00 | 0.00 | | | 0.00 |
| TOTAL DISBURSEMENTS | 0.00 | 249.91 | 200.00 | 0.00 | 449.91 |
| Balance at End of Month | 0.00 | 150.09 | 13,303,724.06 | 0.00 | 13,303,874.15 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 449.91 |
| Less: Transfers to Other DIP Accounts | 0.00 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | 0.00 |
| Total Disbursements for Calculating Quarterly Fees | 449.91 |

DEWEY RANCH HOCKEY, LLC
Case Number: 2:09-BK-09488

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total SInce Filing |
|---|---|---|---|
| Gross Revenue | 13303924.06 | 13303924.06 | 13303924.06 |
| Less: Returns & Discounts | 0 | 0 | 0 |
| Net Revenue | 13303924.06 | 13303924.06 | 13303924.06 |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | 0 | 0 | 0 |
| Direct Labor | 0 | 0 | 0 |
| Direct Overhead (attach detail) | 0 | 0 | 0 |
| Total Cost of Goods Sold | 0 | 0 | 0 |

| GROSS PROFIT | 13303924.06 | 13303924.06 | 13303924.06 |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | 0 | 0 | 0 |
| Selling & Marketing (attach detail) | 0 | 0 | 0 |
| General & Administrative (attach detail) | 0 | 0 | 0 |
| Other Expenses (attach detail) | 0 | 0 | 0 |
| Total Operating Expenses | 0 | 0 | 0 |

| Income Before Non-operating Income and Expense | 13303924.06 | 13303924.06 | 13303924.06 |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | 0 | 0 | 0 |
| Bank Charges | 249.91 | 249.91 | 249.91 |
| Interest Expense | 0 | 0 | 0 |
| Depreciation/Depletion | 0 | 0 | 0 |
| Amortization | 0 | 0 | 0 |
| Net Other Income & Expense | 249.91 | 249.91 | 249.91 |

| Income Before Reorganization Expense | 13303674.15 | 13303674.15 | 13303674.15 |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | 0 | 0 | 0 |
| U.S. Trustee Fees | 0 | 650 | 650 |
| Other (attach list) | 0 | 0 | 0 |
| Total Reorganization Expenses | 0 | 650 | 650 |

| Income Tax | 0 | 0 | 0 |
|---|---|---|---|

| NET PROFIT OR (LOSS) | 13303674.15 | 13303024.15 | 13303024.15 |
|---|---|---|---|

Page 3

# COMPARATIVE BALANCE SHEET
### (Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | 0 | 0 | 0 |
| Restricted Cash | 0 | 13303874.15 | 200 |
| Total Cash | 0 | 0 | 0 |
| Accounts Receivable (net) | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 |
| Notes Receivable | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 |
| Other (attach list) | 0 | 0 | 0 |
| Total Current Assets | 0 | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | 0 |
| Less: Accumulated Depreciation | 0 | 0 | 0 |
| Net Property, Plant & Equip. | 0 | 0 | 0 |
| Due From Insider(s) | 0 | 0 | 0 |
| Other Assets - net (attach list) | 0 | 0 | 0 |
| Other (attach list) | 0 | 0 | 0 |
| TOTAL ASSETS | 0 | 13303874.15 | 200 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 |
| Notes Payable | 0 | 850 | 850 |
| Professional Fees | 0 | 0 | 0 |
| Secured Debt | 0 | 0 | 0 |
| Other (attach list) | 0 | 0 | 0 |
| Total Post-Petition Liabilities | 0 | 850 | 850 |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | 0 | 0 | 0 |
| Priority Debt | 0 | 0 | 0 |
| Unsecured Debt | 0 | 0 | 0 |
| Other (attach list) | 0 | 0 | 0 |
| Total Pre-Petition Liabilities | 0 | 0 | 0 |
| TOTAL LIABILITIES | 0 | 850 | 850 |
| EQUITY | | | |
| Pre-petition Owner's Equity | 0 | 0 | 0 |
| Post-Petition Cumulative Profit/Loss | 0 | 13303024.15 | -650 |
| Direct Charges to Equity (explain) | 0 | . | 0 |
| Total Equity | 0 | 13303024.15 | -650 |
| TOTAL LIABILITIES & OWNER'S EQUITY | 0 | 13303874.15 | 200 |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

DEWEY RANCH HOCKEY, LLC

Case Number: 2:09-BK-09488

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | 0 | 0 | 0 | 0 |
| Less Amount Considered Uncollectible | 0 | 0 | 0 | 0 |
| Net Accounts Receivable | 0 | 0 | 0 | 0 |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | 0 |
| Plus: Amount Loaned Since Filing Date | 0 |
| Less: Amount Collected Since Filing Date | 0 |
| Less: Amount Considered Uncollectible | 0 |
| Net Due From Insiders | 0 |

| INVENTORY | |
|---|---|
| Beginning Inventory | 0 |
| Plus: Purchases | 0 |
| Less: Cost of Goods Sold | 0 |
| Ending Inventory | 0 |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | 0 | 0 | 0 | 0 |
| Buildings | 0 | 0 | 0 | 0 |
| Accumulated Depreciation | 0 | 0 | 0 | 0 |
| Net Buildings | 0 | 0 | 0 | 0 |
| Equipment | 0 | 0 | 0 | 0 |
| Accumulated Depreciation | 0 | 0 | 0 | 0 |
| Net Equipment | 0 | 0 | 0 | 0 |
| Autos/Vehicles | 0 | 0 | 0 | 0 |
| Accumulated Depreciation | 0 | 0 | 0 | 0 |
| Net Autos/Vehicles | 0 | 0 | 0 | 0 |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 |
| Notes Payable | 850 | 325 | 200 | 325 | 0 |
| Professional Fees Payable | 0 | 0 | 0 | 0 | 0 |
| Secured Debt | 0 | 0 | 0 | 0 | 0 |
| Other (attach list) | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| Total Post-Petition Liabilities | 850 | 325 | 200 | 325 | 0 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | | |
|---|---|---|---|---|---|
| Name | | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| US Trustee | | | | 0 | 650 |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Payments to Proffessionals | | | | 0 | 650 |

Page 6

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | x |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | x |
| Are any wages past due? |  | x |
| Are any U. S. Trustee quarterly fees delinquent? |  | x |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

number of employees:            0

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

**Identify any matters that are delaying the filing of a plan of reorganization:**

DEWEY RANCH HOCKEY, LLC
Case Number:   2:09-BK-09488

# DISBURSEMENT DETAIL

Please use a separate form for each bank account

**Month:** Nov-09

**Account #** DIP Checking

**Bank Name** Chase

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| 11/30/2009 | Chase Bank | bank charges | 109.20 |
| 11/30/2009 | Chase Bank | bank charges | 140.71 |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 249.91 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | 0 |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 249.91 |
|---|---|