1  C. Taylor Ashworth, 010143
   Alan A. Meda, 009213
2  STINSON MORRISON HECKER LLP
   1850 North Central Avenue, Suite 2100
3  Phoenix, Arizona 85004
   Telephone: (602) 279-1600
4  Facsimile: (602) 240-6925
   tashworth@stinson.com
5  ameda@stinson.com

6  J. Gregory Milmoe (admitted *pro hac vice*)
   Shepard Goldfein (admitted *pro hac vice*)
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Times Square
8  New York, New York 10036
   Telephone: (212) 735-3000
9  Facsimile: (212) 735-2000
   gregory.milmoe@skadden.com
10 shepard.goldfein@skadden.com

11 Anthony W. Clark (admitted *pro hac vice*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
12 One Rodney Square
   Wilmington, Delaware 19899
13 Telephone: (302) 651-3000
   Facsimile: (302) 651-3001
14 anthony.clark@skadden.com

15 Attorneys for the National Hockey League

16              **UNITED STATES BANKRUPTCY COURT**

17                **FOR THE DISTRICT OF ARIZONA**

| 18 | In re | ) | Case No. 2:09-bk-09488-RTBP |
|----|-------|---|------------------------------|
| 19 | DEWEY RANCH HOCKEY, LLC, | ) | (Jointly Administered) |
| 20 | COYOTES HOLDINGS, LLC, | ) | Chapter 11 |
| 21 | COYOTES HOCKEY, LLC, and | ) | **Notice of Transfer of Claims** |
| 22 | ARENA MANAGEMENT GROUP, LLC, | ) | |
| 23 | Debtors. | ) | |
| 24 | | ) | |
| 25 | | ) | |
| 26 | | ) | |
| 27 | This filing applies to:<br>■ All Debtors | ) | |
| 28 | □ Specified Debtors | ) | |

1.    In accordance with paragraph 15 of the <u>Stipulated Order Approving Amended and Clarified Bid</u>, dated November 2, 2009 [Docket No. 1079] (the "Sale Order"), and the Asset Purchase Agreement dated November 2, 2009, as amended on November 24, 2009, among Coyotes Hockey, LLC, Arena Management Group, LLC, Coyotes Newco, LLC and Arena Newco, LLC (the "Agreement"), the National Hockey League (the "NHL") hereby gives notice that during the period ending January 5, 2010, Coyotes LLC acquired an aggregate of $10,623,922.36 in claims listed on Schedules 2.6(v) and 2.8(v) to the Agreement. Such schedules were also amended as permitted by the Sale Order.

2.    Evidence of the transfers of these claims is attached hereto as <u>Exhibit A</u>, as required by Bankruptcy Rule 3001(e) and the Sale Order.

DATED: January 11, 2010

STINSON MORRISON HECKER LLP

By:  /s/ Alan A. Meda
     C. Taylor Ashworth, 010143
     Alan A. Meda, 009213

and

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
     J. Gregory Milmoe
     Shepard Goldfein
     Anthony W. Clark

     Attorneys for the National Hockey League

**<u>Exhibit A</u>**

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

100 Club ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                        (Transferee)
100 Club                                            Coyotes Newco, LLC

By: _____                        By: _____
Name: Sharon Knutson-Feliy                          Name: Joseph L. Lafivire
Title: EX DIR                                        Title: VP Finance
Date: 1-4-2010                                       Date: 1-05-10

## EVIDENCE OF TRANSFER OF CLAIM

TO:  The Debtors and the United States Bankruptcy Court for the District of Arizona

Acorn Gas Company Inc ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Acorn Gas Company Inc

By: _W. Wakefield_
Name: _Wade Wakefield_
Title: _President_
Date: _12/8/09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph LeibCnel_
Title: _VP Finance_
Date: _1.05-10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Acul Credit Union For Kids ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                          (Transferee)
Acul Credit Union For Kids            Coyotes Newco, LLC

By: _____          By: _____
Name: SANDRA A. WATTS                 Name: Joseph Leibfried
Title: Director of Comm. Outreach     Title: VP Finance
Date: 11/17/2009                      Date: 11/25/2009

## EVIDENCE OF TRANSFER OF CLAIM

TO:    The Debtors and the United States Bankruptcy Court for the District of Arizona

AEG Facilities, LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
AEG Facilities, LLC

By: _____
Name: John E Keenan III
Title: Asst Secretary
Date: 12-23-09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph LaBarbera
Title: VP Finance
Date: 12.28-09

( 25,935.48 )

# EVIDENCE OF TRANSFER OF CLAIM

TO: The Debtors and the United States Bankruptcy Court for the District of Arizona

AEG Facilities, LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtor: (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
AEG Facilities, LLC

By: _____
Name: John E Kennedy II
Title: Asst secretary
Date: 12-23-09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Lelchiel
Title: VP Finance
Date: 12-28-09

(321,059.99)

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Aloha Courier Company ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                  (Transferee)
Aloha Courier Company                         Coyotes Newco, LLC

By: _____                 By: _____
Name: BRENT J ONES                            Name: Jerry Lewfine
Title: Gm                                      Title: VP Finance
Date: 12/5/09                                  Date: 12/14/09

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

American Express Travel Related Services Co Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                    (Transferee)
American Express Travel Related Services Co Inc.  Coyotes Newco, LLC

By: _Sandra K. Curtin_                    By: _____
Name: _SANDRA K. CURTIN_                  Name: _Joseph Leblime_
Title: _Attorney for American Express TRS Co. Inc._  Title: _VP Finance_
Date: _January 5, 2010_                   Date: _1-06-10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Aramark Sports and Entertainment Services, LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                     (Transferee)
Aramark Sports and Entertainment Services, LLC   Coyotes Newco, LLC

By: _____                              By: _____
Name: Michael S. Morgioni                        Name: Joseph Leibfried
Title: Vice-President                            Title: VP Finance
Date: 12/17/09                                   Date: 12/22/09

1527603 04-New York Server 7A - MSW
MEI 9391569v.1

# EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Argo Partners ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.


(Transferor)                              (Transferee)
Argo Partners                             Coyotes Newco, LLC

By: _Matthew Binstock_                    By: _____
Name: _Matthew Binstock_                  Name: _Josey L CehCral_
Title: _VICE PRESIDENT_                   Title: _VP Finance_
Date: _12/8/09_                           Date: _1·04·10_


( 2,500 )

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Argo Partners ("Transferor"), for good and valuable consideration, the receipt and
sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and
irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors
and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors
(the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and
hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to
Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor
acknowledges and understands, and hereby stipulates, that an order of the Court may be entered
without further notice to Transferor transferring to Transferee and recognizing
Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further
directs the Debtors, the Court and all other interested parties that all further notices relating to
Transferor's interest in the Claim, and all payments or distributions of money or property in
respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Argo Partners

By: _Mastier Biak_
Name: _Matthew Binstock_
Title: _Vice President_
Date: _12/8/09_

(Transferee)
Coyotes Newco, LLC

By: _C.L.L._
Name: _Joseph Leiblund_
Title: _VP Finance_
Date: _1.04.10_

( 1,500 )

# EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Arizona Catering, Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                          (Transferee)
Arizona Catering, Inc.                Coyotes Newco, LLC

By: _____                  By: _____
Name: Mitch Katz                     Name: Joseph Leibrick
Title: President                     Title: VP Finance
Date: 11/18/09                       Date: 11/25/2009

## EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

Arizona Electric Supply ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                          (Transferee)
Arizona Electric Supply                               Coyotes Newco, LLC

By: _____                                 By: _____
Name: __Jeff Hubbard__                                Name: __Joseph Lentine__
Title: Division Credit Manager                        Title: __VP Finance__
Date: __1/4/09__                                       Date: __1·05-10__

## EVIDENCE OF TRANSFER OF CLAIM

TO:       The Debtors and the United States Bankruptcy Court for the District of Arizona

Phoenix Arizona Softball Association ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Phoenix Arizona Softball Association

By: _Joseph Inslane_
Name: _Joseph M. Lane_
Title: _JO Commissioner_
Date: _04 Jan 2010_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Caitlin_
Title: _VP Finance_
Date: _1-05-10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Atomic Pest Control ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                              (Transferee)
Atomic Pest Control                       Coyotes Newco, LLC

By: _____                       By: _____
Name: John Beebe                          Name: Joseph Leathneel
Title: President                          Title: VP Finance
Date: 12-31-09                            Date: .05.10

## EVIDENCE OF TRANSFER OF CLAIM

TO:  The Debtors and the United States Bankruptcy Court for the District of Arizona

AZ Dept of Transportation ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
AZ Dept of Transportation

By: Robert P. Waddell
Name:  Robert P. Waddell Jr.
Title:  ADOT Human Resources Manager
Date:  12/22/09

(Transferee)
Coyotes Newco, LLC

By: 
Name:  Joseph Leibnried
Title:  VP Finance
Date:  12-29-09

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona


Ballena Technologies Inc ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.


(Transferor)
Ballena Technologies Inc

By: _____
Name: RICHARD N. SHERRATT
Title: CEO
Date: 11/17/09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Lablumeé
Title: VP Finance
Date: 11/25/2009

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

Bauer Hockey, Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                         (Transferee)
Bauer Hockey, Inc.                   Coyotes Newco, LLC

By: _____                 By: _____
Name: Cheri Wilson                   Name: Joseph Lacibice?
Title: Director Global Credit        Title: VP Finance
Date: 1/4/10                         Date: 1.05.10

os0a.lbxchi.bankofamerica.com/usr/env1/data/lb/003958/rd/20091214/outputs/w1/html/img200...     12/15/2009

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Benson Security Systems Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Benson Security Systems Inc.

By: _____
Name: Shawn Benson
Title: President
Date: 1.5.10

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leibing
Title: VP Finance
Date: 1-05-10

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Bill Young Productions, Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                     (Transferee)
Bill Young Productions, Inc.                     Coyotes Newco, LLC

By: _____                   By: _____
Name: Michael Fleet                             Name: Joseph Lebland
Title: Accounts Receivable Mgr                  Title: VP Finance
Date: 1/5/2010                                  Date: 1.05.10

# EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Bingham McCutchen LLP ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Bingham McCutchen LLP

By: _____
Name: Andrew J. Gallo
Title: Partner
Date: 12/2/09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Libfmed
Title: VP Finance
Date: 12/14/09

5

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Blue Media ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Blue Media

By: _Tony market_
Name: _Tony Maikut_
Title: _V.P. – Finance_
Date: _1/5/2012_

(Transferee)
Coyotes Newco, LLC

By: _[signature]_
Name: _Joseph LaBlanc_
Title: _VP Finance_
Date: _1.05.10_

**EVIDENCE OF TRANSFER OF CLAIM**

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Blue Media ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Blue Media

By: _____
Name: _TONY MARKET_
Title: _V.P. - FINANCE_
Date: _1/4/2010_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Leibson_
Title: _VP Finance_
Date: _1.05-10_

(389.16)

# EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Bonneville Int'L Corp DBA KTAR-FM/KTAR-AM/KPKX-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                (Transferee)
Bonneville Int'L Corp
d/b/a KTAR-FM/KTAR-AM/KPKX-FM                Coyotes Newco, LLC

By: _Carolyn Childs_                        By: _____
Name: _CAROLYN CHILDS_                       Name: _Joseph Libtried_
Title: _MARKET CONTROLLER_                   Title: _VP Finance_
Date: _1-4-10_                               Date: _1-05-10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Bonneville Int'L Corp DBA KTAR-FM/KTAR-AM/KPKX-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Bonneville Int'L Corp
d/b/a KTAR-FM/KTAR-AM/KPKX-FM

By: Carolyn Childs
Name: CAROLYN CHILDS
Title: MARKET CONTROLLER
Date: 1-4-10

(Transferee)

Coyotes Newco, LLC

By: _____
Name: Joseph Lebbick
Title: VP Finance
Date: 05-10

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Boyd Coffee Company ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Boyd Coffee Company

By: _Becky Ertle for Boyd Coffee Co_
Name: _Becky Ertler_
Title: _Credit Manager_
Date: _11-18-09_

(Transferee)
Coyotes Newco, LLC

By: _John C._
Name: _Joseph Leibovied_
Title: _VP Finance_
Date: _11/25/2009_

### EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Brendan Bell ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Brendan Bell

By: _____
Name: _____Brendan Bell_____
Title: _____Player_____
Date: _____04/01/10_____

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _____Joseph Leibler_____
Title: _____VP Finance_____
Date: _____1-05-10_____

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Build-A-Bear Workshop, Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Build-A-Bear Workshop, Inc.

By: _____
Name: _Tina L. Klocke_
Title: _Chief Financial Officer_
Date: _11/24/09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Leibinvel_
Title: _VP Finance & Controller_
Date: _12-01-09_

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Business Helpers Mail Center ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                    (Transferee)
Business Helpers Mail Center                     Coyotes Newco, LLC

By: _Aileen J. Sellis_                           By: _____
Name: _Aileen J. Sellis_                         Name: _Joseph Lubbrield_
Title: _President_                               Title: _VP Finance_
Date: _12/31/09_                                 Date: _1-05-10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

BWD Group LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of the Proof of Claim No. 174 (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
BWD Group LLC

By: _____
Name: _____
Title: _____
Date: _____

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joe Leibfried
Title: VP Finance & Controller
Email: Joe.Leibfried @PhoenixCoyotes.com
Date: _____

5

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

      CBS5 ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

      Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
CBS5

By: _Veronica Landers_
Name: _Veronica Landers_
Title: _Dir. Credit/Collections_
Date: _1/8/2010_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Leibowitz_
Title: _VP Finance_
Date: _1.05.10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Chemtex Corporation ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Chemtex Corporation

By:

Name: LYNN D. BURI
Title: V. PRES
Date: 11|20|09

(Transferee)
Coyotes Newco, LLC

By:

Name: Joseph Lalkriol
Title: VP Purchase einholer
Date: 12-01-09

# EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Citicorp USA Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                    (Transferee)
Citicorp USA Inc.                               Coyotes Newco, LLC

By: _____                     By: _____
Name: _Sarah Pek_____                         Name: _Joseph Lebfried_____
Title: _atty-in-fact____                        Title: _VP Finance_____
Date: _Nov. 30, 2009___                         Date: _12/04/09_____

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

City Electric Supply Co. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
City Electric Supply Co.

By: _Rod Sanchez_
Name: _City Electric Supply_
Title: _CREDIT MANAGER_
Date: _12-2-09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Calfonied_
Title: _VP Finance_
Date: _1-05-10_

## EVIDENCE OF TRANSFER OF CLAIM

TO: The Debtors and the United States Bankruptcy Court for the District of Arizona

City of Glendale, an Arizona municipal corporation ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of certain of its claims against the Debtors (collectively, the "Claim") as set forth in Proof of Claims #184-**2** and #185-**2**; provided, however, that Transferor has not sold, transferred or assigned, and has retained in all respects, all right, title and interest in respect of certain other claims against the Debtors (the "Non-Waived Claims") as set forth in Proof of Claims #184-**3**, #185-**3** and #186-2.

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
City of Glendale

By: _Horald Skeete_
Name: HORATIO SKEETE
Title: Deputy City Manager
Date: 1-4-16

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _____
Title: _____
Date: _____

<u>EVIDENCE OF TRANSFER OF CLAIM</u>

TO: The Debtors and the United States Bankruptcy Court for the District of Arizona

City of Glendale, an Arizona municipal corporation ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of certain of its claims against the Debtors (collectively, the "Claim") as set forth in Proof of Claims #184-2 and #185-2; provided, however, that Transferor has not sold, transferred or assigned, and has retained in all respects, all right, title and interest in respect of certain other claims against the Debtors (the "Non-Waived Claims") as set forth in Proof of Claims #184-3, #185-3 and #186-2.

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
City of Glendale

By:_____
Name:_____
Title:_____
Date:_____

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Leibfried_
Title: _VP Finance_
Date: _1·04·2010_

## EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

Cleaning Agents ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Cleaning Agents

By: Shannon

Name: Shannon Simmons

Title: Pres.

Date: 11/16/09

(Transferee)
Coyotes Newco, LLC

By: _____

Name: Joseph Litt

Title: VP Finance

Date: 12-16-09

# EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Clear Channel Broadcast KESZ d/b/a/ KESZ-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                              (Transferee)
Clear Channel Broadcast KESZ d/b/a/ KESZ-FM    Coyotes Newco, LLC

By: _Jason Weinmeister_                    By: _J. A. C. C._
Name: JASON WEINMEISTER           Name: Joseph L. Lebschund
Title: CONTROLLER                          Title: VP Finance
Date: 12/9/09                                     Date: 12-15-09

(4,783.80)

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Clear Channel Broadcast KGME dba KGME-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Clear Channel Broadcast KGME dba KGME-FM

By: _____
Name: JASON WEINMEISTER
Title: CONTROLLER
Date: 12|9|09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph LaBarbera
Title: NP Finance
Date: 12-15-09

( 40,612.06 )

## EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

Clear Channel Broadcast KMXP dba KMXP-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Clear Channel Broadcast KMXP dba KMXP-FM

By: _Jason Weinmeister_
Name: JASON WEINMEISTER
Title: CONTROLLER
Date: 12 / 9 / 09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph L. Einbund
Title: VP Finance
Date: 12-15·09

(3,889.36)

# EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Clear Channel Broadcast KMXP d/b/a/ KMXP-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

| (Transferor) | (Transferee) |
|---|---|
| Clear Channel Broadcast KMXP d/b/a/ KMXP-FM | Coyotes Newco, LLC |
| By: _Jenn Umm_ | By: _CMLC_ |
| Name: JASON WEINMEISTER | Name: Joseph Calbini |
| Title: CONTROLLER | Title: VP Finance |
| Date: | Date: 12-15-09 |

( 2,729.33 )

# EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Clear Channel Broadcast KNIX dba KNIX-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                         (Transferee)
Clear Channel Broadcast KNIX dba KNIX-FM             Coyotes Newco, LLC

By: _____                          By: _____
Name: JASON WEINMEISTER                               Name: Joseph LibCind
Title: CONTROLLER                                     Title: VP Finance
Date: 12/9/09                                         Date: 12.15.09

( 2,261.25)

# EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Clear Channel Broadcast KNIX d/b/a/ KNIX-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                              (Transferee)
Clear Channel Broadcast KNIX d/b/a/ KNIX-FM     Coyotes Newco, LLC

By: _____              By: _____
Name: JASON WEINMEISTER                  Name: Joseph Leblanc
Title: CONTROLLER                        Title: VP Finance
Date: 12|9|09                            Date: 12-15-09

(10,169.85)

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Clear Channel Broadcast KYOT d/b/a/ KYOT-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Clear Channel Broadcast KYOT d/b/a/ KYOT-FM

By: _Jason Winm____
Name: _JASON WEINMEISTER_
Title: _CONTROLLER_
Date: _12 | 9 | 09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Laib____
Title: _VP Finance_
Date: _12-13-09_

( 1,405,24 )

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Clear Channel Broadcast KZZP dba KZZP-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Clear Channel Broadcast KZZP dba KZZP-FM

By: _Jason Weinmeister_
Name: JASON WEINMEISTER
Title: CONTROLLER
Date: 12 / 9 / 09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leibland
Title: VP Finance
Date: 12-15-09

( 3,015.00 )

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Clear Channel Broadcast KZZP d/b/a/ KZZP-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Clear Channel Broadcast KZZP d/b/a/ KZZP-FM

By: _Jason Weinmeister_
Name: JASON WEINMEISTER
Title: CONTROLLER
Date: 12 | 9 | 09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leblanc
Title: VP Finance
Date: 12 ¢ 5 · 09

( 3,365.75 )
( 94,041.66 )

# EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

     Climatec Builiding Technologies Group ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

     Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Climatec Builiding Technologies Group

By: _Jimeen L Hamblen_
Name: _Jimeen Hamblen_
Title: _Controller_
Date: _2/2/09_

(Transferee)
Coyotes Newco, LLC

By: _C. L. C._
Name: _Joseph Leibfried_
Title: _VP Finance_
Date: _1.05.10_

## EVIDENCE OF TRANSFER OF CLAIM

TO: The Debtors and the United States Bankruptcy Court for the District of Arizona

Cox Communications ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Cox Communications

By: _Judith M. Nussbaum_
Name: _JUDITH M SMITH NUSSBAUM_
Title: _Attorney_
Date: _1/5/2010_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Laltmel_
Title: _VP Finance_
Date: _1.06.10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Cox Media, LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Cox Media, LLC

By: Judith M Nussbaum
Name: JUDITH M SMITH NUSSBAUM
Title: COUNSEL
Date: 1/5/2010

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph LeBlanc
Title: VP Finance
Date: 1.05.10

( 32,825.41 )

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Cox Media, LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Cox Media, LLC

By: ~~Sarah M. Smith~~
Name: JARED M SMITH WESSMAN
Title: COUNSEL
Date: 1/5/2010

(Transferee)
Coyotes Newco, LLC

By: ~~signature~~
Name: Joseph Lett
Title: VP Finance
Date: 1.05.10

( 32, 411. 52 )

## EVIDENCE OF TRANSFER OF CLAIM

TO:         The Debtors and the United States Bankruptcy Court for the District of Arizona

Coyotes Charities ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Coyotes Charities

By: _____
Name: _Michael J. Nealy_
Title: _Treasurer_
Date: _12/1/09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Leibrmich_
Title: _VP Finance_
Date: _12/04/09_

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Coyotes Ice, LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Coyotes Ice, LLC

By:
Name: K. Taylon Burke, Jr.
Title: PARTNER
Date: 11-30-07

(Transferee)
Coyotes Newco, LLC

By:
Name: Joseph Leibund
Title: VP Finance
Date: 12-04-09

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Creative Communications ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Creative Communications

By: _____
Name: _____
Title: COO
Date: 11/18/09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Lebovmed
Title: VP Finance
Date: 11/25/2009

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Creditor Liquidity, L.P. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Creditor Liquidity, L.P.

By:_____

Name:_____

Title:_____
Robert J. Tanner
Managing Partner

Date:_____
Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, New York 10504

12/8/09

(Transferee)
Coyotes Newco, LLC

By:_____

Name:_____ Joseph L Lubbs.....

Title:_____ VP Finance

Date:_____ 12-28-09

(az machinery)

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Creditor Liquidity, L.P. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Creditor Liquidity, L.P.

By: _____

Name: _____
Title: Robert J. Tannor
Managing Partner
Date: Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, New York 10504

12/22/09

(Transferee)
Coyotes Newco, LLC

By: _____

Name: Joseph Leibfried
Title: VP Finance
Date: 12-28-09

(Clearwig)

## EVIDENCE OF TRANSFER OF CLAIM

TO:       The Debtors and the United States Bankruptcy Court for the District of Arizona

Creditor Liquidity, L.P. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Creditor Liquidity, L.P.

By: _____

Name: _____

Title: _____
Robert J. Tanner
Managing Partner

Date: _____
Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, New York 10504

12/8/09

(Transferee)
Coyotes Newco, LLC

By: _____

Name: _____Joseph Leibfried_____

Title: VP Finance

Date: 12-28-09

( Cookson )

# EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Creditor Liquidity, L.P. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Creditor Liquidity, L.P.

By: _____

Name: _____

Title:  Robert J. Tannor
        Managing Partner

Date:   Creditor Liquidity, LP
        200 Business Park Drive, Suite 200
        Armonk, New York 10504

12/22/09


(Transferee)
Coyotes Newco, LLC

By: _____

Name:  Joseph Leibovic

Title:  VP Finance

Date:   12.28.09


(Integrated Support)

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Creditor Liquidity, L.P. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Creditor Liquidity, L.P.

By: _____
Name: _____
      Robert J. Tannor
Title: _____
      Managing Partner
Date: _____
      Creditor Liquidity, LP
      200 Business Park Drive, Suite 200
      Armonk, New York 10504

12/8/2009

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _____ Joseph Lebfried
Title: VP Finance
Date: 12-28-09

( School Health Corp )

# EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Creditor Liquidity, L.P. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Creditor Liquidity, L.P.

By: _Robert J. Ten___
Name: _____
Title: __Robert J. Tannor__
Date: __Managing Partner__
        Creditor Liquidity, LP
        200 Business Park Drive, Suite 200
        Armonk, New York 10504

        12/8/09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Leibfried_
Title: _VP Finance_
Date: _12-28-2009_

(TXT Station)

## EVIDENCE OF TRANSFER OF CLAIM

TO:         The Debtors and the United States Bankruptcy Court for the District of Arizona

Creditor Liquidity, L.P. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Creditor Liquidity, L.P.

By: _____
Name: _____
~~Robert J. Tannor~~
Title: _____
~~Managing Partner~~
Date: _____
Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, New York 10504

・ㄴ 12/8/09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _____
Title: VP Finance
Date: 12-28-09

( WG authentic)

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Creditor Liquidity, L.P. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Creditor Liquidity, L.P.

By: _Robert Han_
Name: _____
Title: _____
Date: _____

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Leibried_
Title: _VP Finance_
Date: _12-28-09_

Robert J. Tanner
Managing Partner
Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, New York 10604

12/8/09

(Xona)

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Riverside Claims LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                    (Transferee)
Riverside Claims LLC                            Coyotes Newco, LLC

By: Neil Dk                                     By: Oal (.
Name: Neil Herskowitz                           Name: Joseph Labfriec
Title: Managing Member                          Title: UP Finance
Date: 12-15-09                                  Date: 1.04.10

( Easton Sports )

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Custom Tours and Travel Inc ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                          (Transferee)
Custom Tours and Travel Inc                          Coyotes Newco, LLC

By: _____               By: _____
Name: BOBBY DON SULLENGER                  Name: Joseph Leibfried
Title: EXECUTIVE VICE-PRESIDENT —CEO D      Title: VP Finance
Date: 11/16/09                              Date: 11/25/2009

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Daisy Tours & Conventions Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Daisy Tours & Conventions Inc.

By: _June Bratcher_
Name: _June Bratcher_
Title: _Owner & CEO_
Date: _11-18-09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph LaBarbera_
Title: _VP Finance_
Date: _11/25/2009_

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Debt Acquisition Company of America V, LLC ("DACA") ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                    (Transferee)
Debt Acquisition Company
of America V, LLC ("DACA")                      Coyotes Newco, LLC

By: _____                            By: _____
Name:  TOM  SCHEIDT                             Name:  Joseph  Lubinri'l
Title:   V P                                    Title:  VP  Finance
Date:    12-8-09                                Date:   12-29-09


(Selly Broadcast)

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Debt Acquisition Company of America V, LLC ("DACA") ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Debt Acquisition Company
of America V, LLC ("DACA")

By: _____
Name: ___Tom SCHEIDT___
Title: ___VP___
Date: ___12-8-09___

(Transferee)

Coyotes Newco, LLC

By: _____
Name: ___Joseph Liebland___
Title: ___VP Finance___
Date: ___12-29-09___

( St. John Hospital )

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Debt Acquisition Company of America V, LLC ("DACA") ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Debt Acquisition Company
of America V, LLC ("DACA")

By: _____
Name: _____ Tom ScHEIDT
Title: _____ VP
Date: _____ 12-8-09

(Transferee)

Coyotes Newco, LLC

By: _____
Name: _____ Joseph L Lebofried
Title: _____ VP Finance
Date: _____ 12-28-09

( Tri . c )

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Debt Acquisition Company of America V, LLC ("DACA") ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Debt Acquisition Company
of America V, LLC ("DACA")

By: _____
Name: _____Tom scheult_____
Title: _____VP_____
Date: _____12-8-09_____

(Transferee)

Coyotes Newco, LLC

By: _____
Name: ____Joseph Kello_____
Title: ____VP Finance_____
Date: _____12-29-09_____

( vauhn HKY)

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Desert Shadows Elementary School PTA ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Desert Shadows Elementary School PTA

By: _Patricia Nelson_
Name: _Patricia Nelson_
Title: _DSES PTA President_
Date: _1|5|09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph LaBrecio_
Title: _VP Finance_
Date: _1-06-10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

Detail Design & Fabrication ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Detail Design & Fabrication

By: _____
Name: ____EHAD BRUCE____
Title: _____OWNER_____
Date: _____1/05/10_____

(Transferee)
Coyotes Newco, LLC

By: _____
Name: ____Joseph Leblanc____
Title: _____VP Finance_____
Date: _____1.05.10_____

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

East Side Sports ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
East Side Sports

By: _Vernon Irwin_
Name: _VERNON IRWIN_
Title: _OWNER_
Date: _NOV. 18/09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Leibfried_
Title: _VP Finance & Controller_
Date: _12-01-09_

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Ed Raichert Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)  
Ed Raichert Inc.  
By: _Ed Reichert Inc._  
Name: _Aaron Raichert_  
Title: _General Mgr_  
Date: _11/16/09_

(Transferee)  
Coyotes Newco, LLC  
By: _____  
Name: _Joseph Lalafaried_  
Title: _VP Finance_  
Date: _11/25/2009_

## EVIDENCE OF TRANSFER OF CLAIM

TO:       The Debtors and the United States Bankruptcy Court for the District of Arizona

Emcor Services Arizona ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Emcor Services Arizona

By
Name:  Red Kraft
Title: Branch MANAGER
Date: 12-17-2009

(Transferee)
Coyotes Newco, LLC

By:
Name: Joseph Leibfried
Title: VP Finance
Date: 1·04·10

# EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Exact Target, Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Exact Target, Inc.

By: _____
Name: Maltie Maraj
Title: Sr. Corporate Counsel
Date: 12/17/2009

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leithrie
Title: VP Finance
Date: 12-28-09

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

        Kur Hunber Capital, LLC as Assignee of

Fairmont Hotel San Jose ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

        Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)- Four Hunber Capital, LLC,
as Assignee of Fairmont Hotel San Jose

By: _____
Name: _____Fraline Glass____
Title: _____Member____
Date: _____12/28/09____

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _____Joseph Lenافield____
Title: _____VP Finance____
Date: _____12-28-09____

# EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona
        , as Assignee of Turnkey Intelligence, Inc.

Fair Harbor Capital, LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                              (Transferee)
Fair Harbor Capital, LLC, as Assignee     Coyotes Newco, LLC
        of Turnkey Intelligence, Inc.

By: _____            By: _____
Name: Fredric Glass                       Name: Joseph LeLivre
Title: Member                             Title: VP Finance
Date: 12/28/09                            Date: 12-28-09

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

      Fastenal Company ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

      Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferee transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Fastenal Company

By: _____
Name: Ryan D. Olson
Title: Corporate Counsel
Date: 1/5/2009

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leibl
Title: VP Finance
Date: 1-05-10

## EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

Ferguson Enterprises, Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                          (Transferee)
Ferguson Enterprises, Inc.            Coyotes Newco, LLC

By: _Trisha Sausedo_                  By: _____
Name: _____                 Name: _Joseph Lau__
Title: _Credit Manager_              Title: _VP Finance_
Date: _1/5/10_                        Date: _1-05-10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Firebird District ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Firebird District

By:
Name: DEBORAH DAVIS
Title: Firebird District
Date: 12-24-09

(Transferee)
Coyotes Newco, LLC

By:
Name: Joseph Leibidrice
Title: VP Finance
Date: 1-04-10

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Friends of Eight ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Friends of Eight

By: _Ranay Lamonte_

Name: _Ranay Lamonte_

Title: _Director_

Date: _12-30-09_

(Transferee)
Coyotes Newco, LLC

By: _____

Name: _Joseph Lubbried_

Title: _VP Finance_

Date: _1.04.10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

FSN Arizona ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                              (Transferee)
FSN Arizona                               Coyotes Newco, LLC

By: _____                     By: _____
Name: ELIZABETH CASEY                     Name: Joseph Castlemore
Title: ASSISTANT SECRETARY                Title: VP Finance
Date: DECEMBER 11, 2009                    Date: 12-23-09

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

General Mechanical Systems Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
General Mechanical Systems Inc.

By: _Ed Wolff_
Name: _Ed WolFF_
Title: _V.P_
Date: _12-9-09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Lalond_
Title: _VP Finance_
Date: _12-15-09_

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Gilbert Fire Dept. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

| (Transferor) | (Transferee) |
|---|---|
| Gilbert Fire Dept. | Coyotes Newco, LLC |
| By: | By: |
| Name: Leslie Nieves | Name: Joseph Labbrid |
| Title: Utility Billing Administrator | Title: VP Finance |
| Date: 11-25-09 | Date: 12 cu 09 |

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Gold Coast Tours ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                      (Transferee)
Gold Coast Tours                                  Coyotes Newco, LLC

By: _____                       By: _____
Name: _John W. Hardin_____                     Name: __Joseph Lebbad____
Title: __Pro_____                       Title: __VP Finance__
Date: __1-5-2010_____                         Date: __1-05-10__

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Goodway Technologies Corp. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferee transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Goodway Technologies Corp.

By: _____
Name: _David A. Lobelson_
Title: _VP Finance_
Date: _1/5/2010_

(Transferee)
Coyotes Newco LLC

By: _____
Name: _Joseph Leff_
Title: _VP Finance_
Date: _.03.10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Graf Canada Ltd. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                      (Transferee)
Graf Canada Ltd.                                  Coyotes Newco, LLC

By: _Norma Felley_                                By: _____

Name: _NORMA FELLEY_                              Name: _Joseph L LaBianca_

Title: _CREDIT MANAGER_                           Title: _VP Finance_

Date: _JAN 4/2010_                                Date: _1.05-10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:    The Debtors and the United States Bankruptcy Court for the District of Arizona

Grasso Law Firm P.C. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Grasso Law Firm P.C.

By: _____
Name: Robert Grasso, Jr.
Title: President
Date: 1/5/10

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Josted Lebcsal
Title: VP Finance
Date: 1·05·10

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona


Greenberg Traurig ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.


(Transferor)
Greenberg Traurig

By: _____
Name: Jeffrey H. Wolf
Title: Shareholder
Date: 1/4/10

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leibel
Title: VP Finance
Date: 1.05.10

## EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

Hensley & Company ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                    (Transferee)
Hensley & Company                               Coyotes Newco, LLC

By: _____                   By: _____
Name: THOMAS R. HOLTRUP                          Name: Joseph La Bon
Title: VICE PRESIDENT                            Title: VP Finance
Date: JANUARY 5, 2010                            Date: 1.05.10

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Heritage Graphics Inc ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                         (Transferee)
Heritage Graphics Inc                         Coyotes Newco, LLC

By                                                         By: _____
Name: _JOHN BRUXVDORT_              Name: _Joseph Leibfried_
Title: _PRESIDENT_                          Title: _VP Finance & Controller_
Date: _23 NOV 09_                           Date: _12-01-09_

## EVIDENCE OF TRANSFER OF CLAIM

TO:         The Debtors and the United States Bankruptcy Court for the District of Arizona

HJ Trophies And Awards Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
HJ Trophies And Awards Inc.

By: _Ruh_  _Dewolf_
Name: _Rick Dewolf_
Title: _Sec / Treasurer_
Date: _12/23/09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Lubfried_
Title: _VP Finance_
Date: _1·05·10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona


Hunter MFG., LLP ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.


(Transferor)                                    (Transferee)
Hunter MFG., LLP                                Coyotes Newco, LLC

By: _____                           By: _____
Name: MIKE LAMSON                               Name: _____
Title: REGIONAL SALES MANAGER                   Title: VP Finance
Date: 1-5-10                                     Date: 1·06·10

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Imagine Schools at East Mesa ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Imagine Schools at East Mesa

By: _Brad Uchacz_
Name: _____
Title: _Principal_
Date: _1/5/10_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Leiffmn_
Title: _VP Finance_
Date: _1.05.10_

# EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Innovative Embroidery ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Innovative Embroidery

By: Innovative Embroidery
Name: Paul Harvey
Title: Owner
Date: 12/22/09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Lenkstrued
Title: VP Finance
Date: 12·29·09

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Interstate All Battery Center ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                    (Transferee)
Interstate All Battery Center                   Coyotes Newco, LLC

By: Angie Fishman                               By: _____
Name: Angie Fishman                             Name: Joseph Lilbont
Title: Office Manager                           Title: VP Finance & Controller
Date: 11-18-2009                                Date: 12-02-2009

($425.21)

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Interstate All Battery Center ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                    (Transferee)
Interstate All Battery Center                   Coyotes Newco, LLC

By: Angie Fishman                               By: _____
Name: Angie Fishman                             Name: _____
Title: Office Manager                           Title: VP Finance & Controller
Date: 11-18-2009                                Date: 12-02-2009

# EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

      Intra-Continental Ensurers ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

      Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                     (Transferee)
Intra-Continental Ensurers        Coyotes Newco, LLC

By: _____        By: _____
Name: DAVID SYKES          Name: Joseph Galfried
Title: _____          Title: VP Finance
Date: Dec 29, 2009        Date: 1.04.10

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

J & J Productions ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
J & J Productions

By: JASON Kosmicki
Name: JASON KOSMICKI
Title: OWNER
Date: 11/28/09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph LeBlanc
Title: VP Finance
Date: 12/04/09

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Jeff Kercher ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Jeff Kercher

By: _____
Name: _Jeff Kercher_
Title: _Sole proprietor_
Date: _12-09-09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph LabCnid_
Title: _VP Finance_
Date: _12-15-09_

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Jerry Dale Ernest ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.


(Transferor)                                    (Transferee)
Jerry Dale Ernest                               Coyotes Newco, LLC

By: _Jerry W. Ernest_                           By: _____
Name: _JERRY DALE ERNEST_                       Name: _Joseph Lacob_
Title: _RADIO ENGINEER_                         Title: _VP Finance & Controller_
Date: _11/16/09_                                Date: _12-02-09_

## EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

Joakim Lindstrom ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim"),

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Joakim Lindstrom

By: _____
Name: Joakim Lindstrom
Title: _____
Date: 1/2/10

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Lacoture
Title: VP Finance
Date: 1-05-10

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

John Browne ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
John Browne
By: _____
Name: _____John M. Browne_____
Title: _____
Date: _____1/4/10_____

(Transferee)
Coyotes Newco, LLC
By: _____
Name: _____Joseph Leibfried_____
Title: _____VP Finance_____
Date: _____1.05.10_____

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

JW Marriott Denver ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
JW Marriott Denver

By: _____
Name: Mike Goss
Title: General Manager

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leibfried
Title: VP Finance
1.04.10

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

KAZT Television ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

| (Transferor) | (Transferee) |
|---|---|
| KAZT Television | Coyotes Newco, LLC |
| By: | By: |
| Name: JEFF BRINTON | Name: Joseph Leibfried |
| Title: GENERAL MANAGER | Title: VP Finance |
| Date: 11-18-09 | Date: 11/25/2009 |

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

KASW Television (9218) and KTVK Television (7070) (together, "Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim.  Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
KASW Television (9218)

By: _Jennifer Toolan_
Name: _Jennifer Toolan_
Title: _Agent, Szabo Associates, Inc._
Date: _1|4|0_

KTVK Television (7070)

By: _Jennifer Toolan_
Name: _Jennifer Toolan_
Title: _Agent, Szabo Associates, Inc._
Date: _1|4|10_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Leibfried_
Title: _VP Finance_
Date: _1-04.10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

KBAQ-FM 89.5 ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
KBAQ-FM 89.5

By: _____
Name: Louis Stanley
Title: Asst. Gen'l Mgr / Development
Date: 1-4-2010

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph LeWSC
Title: VP Finance
Date: 1.05-10

## EVIDENCE OF TRANSFER OF CLAIM

TO:       The Debtors and the United States Bankruptcy Court for the District of Arizona

KDKB-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
KDKB-FM

By: _____
Name: Cruce Arengie
Title: VP (6u
Date: 12/23/09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph LeBurce
Title: VP Finance
Date: 12-28-09

## EVIDENCE OF TRANSFER OF CLAIM

TO:         The Debtors and the United States Bankruptcy Court for the District of Arizona

KFNN ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                    (Transferee)
KFNN                                            Coyotes Newco, LLC

By: _____      By: _____
Name: _RANALD COHEN_              Name: _Joseph Lichtrell_
Title: _PRESIDENT_                     Title: _VP Finance_
Date: _11/18/09_                        Date: _11/25/2009_

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

KJZZ-FM 91.5 ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's Interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
KJZZ-FM 91.5

By: _____
Name: Louis Stanley
Title: A 75T GEN'L MGR/Development
Date: 1-4-2010

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Jesop L. Leabone
Title: VP Finance
Date: 1.05-10

## EVIDENCE OF TRANSFER OF CLAIM

TO:  The Debtors and the United States Bankruptcy Court for the District of Arizona

CBS Radio Stations Inc., owner and operator of KMLE-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors' (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
KML FM

By: _____
Name: HERBERT KRAKOFF
Title: MARKET CONTROLLER
Date: 1.5.10

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph LaLin
Title: VP Finance
Date: 1.05.10

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

KNXV-TV ("Transferor"), for good and valuable consideration, the receipt and
sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and
irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors
and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors
(the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and
hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to
Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor
acknowledges and understands, and hereby stipulates, that an order of the Court may be entered
without further notice to Transferor transferring to Transferee the Claim and recognizing
Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further
directs the Debtors, the Court and all other interested parties that all further notices relating to
Transferor's interest in the Claim, and all payments or distributions of money or property in
respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
KNXV-TV

By: _____
Name: _____
Title: _VP /GM_____
Date: _1 - 5 - 10_____

(Transferee)
Coyotes Newco, LLC

By: _____
Name: ___Joseph Lubano_____
Title: ___VP Finance_____
Date: ___1.05.10_____

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Kone, Inc ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Kone, Inc

By: ~~Brytth~~
Name: _BRYANT LEE_
Title: _REGIONAL CREDIT & COLLECTIONS MANAGER_
Date: _1/5/19_

(Transferee)
Coyotes Newco, LLC

By: ~~Joseph~~
Name: _Joseph Leibluric_
Title: _VP. Finance_
Date: _1·05~10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

CBS RADIO STATIONS INC, OWNER AND OPERATOR OF

∧ KOOL-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
KOOL-FM

By: _____
Name: HERBERT KROPKOPF
Title: MARKET CONTROLLER
Date: 1-5-11

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph LLC
Title: VP Finance
Date: 1.06.10

# EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

KPKX-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
KPKX-FM

By: _Carolyn Childs_
Name: _CAROLYN CHILDS_
Title: _MARKET CONTROLLER_
Date: _1-4-10_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Lebstneic_
Title: _VP Finance_
Date: _1-05-10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

KPNX-TV ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
KPNX-TV

By: _____
Name: _____
Title: VP | Business Manager
Date: 12-29-09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Labrriea
Title: UP Finance
Date: 1.04.10

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

KUPD-FM ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
KUPD-FM

By: _____
Name: CHUCK ARTIGUE
Title: VP / GM
Date: 12/23/09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leibsend
Title: VP Finance
Date: 12-23-09

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Landcorp Property Maintenance I, Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Landcorp Property Maintenance I, Inc.

By: _____
Name: RICARDO LANDABURU
Title: PRESIDENT
Date: NOV 18. 2009

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Cebldried
Title: VP Finance
Date: 11/25/2009

## EVIDENCE OF TRANSFER OF CLAIM

TO: The Debtors and the United States Bankruptcy Court for the District of Arizona

Lease Group Resources, Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Lease Group Resources, Inc.

By: _____ III
Name: J. RICHARD CARTER III
Title: VP/GM
Date: 12/28/09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Labetried
Title: VP Finance
Date: 1-04-10

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Maintenance Mart ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Maintenance Mart

By: _____
Name:  Albert G. Kraus
Title:  CFO
Date:  11/16/2009

(Transferee)
Coyotes Newco, LLC

By: _____
Name:  Joseph Laibfried
Title:  VP Finance
Date:  11/25/2009

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Make Parties Happen ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Make Parties Happen

By: _____
Name: _Mick Birko_
Title: _President_
Date: _12/10/09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph LiaCaci_
Title: _VP Finance_
Date: _12-15-09_

## EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

Marco Crane & Rigging Co. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                          (Transferee)
Marco Crane & Rigging Co.                             Coyotes Newco, LLC

By: _____                          By: _____
Name: Jim Nixon                                       Name: Joseph Labond
Title: Vice President                                 Title: VP Finance
Date: 1-5-10                                          Date: 1-05-10

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Maricopa County Democratic ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Maricopa County Democratic

By: _Ann Wallack_
Name: _Ann C. Wallack_
Title: _Chair, McDP_
Date: _January, 2009_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Lebrun_
Title: _VP Finance_
Date: _1.05.10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:    The Debtors and the United States Bankruptcy Court for the District of Arizona

+ Friedlander, P.A.

Mariscal Weeks Mcintyre ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Mariscal Weeks Mcintyre

By: _William Novotny_
Name: _William Novotny_
Title: _Vice President_
Date: _1/5/10_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Lacitniel_
Title: _VP Finance_
Date: _1-05-10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:       The Debtors and the United States Bankruptcy Court for the District of Arizona


Martin/Martin, Inc ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.


(Transferor)
Martin/Martin, Inc

By: _____
Name: JACK E. PETERSEN, P.E.
Title: V.P.
Date: 11/23/09


(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leiberved
Title: VP Finance
Date: 11/25/2009

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

MC Hockey Skills LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
MC Hockey Skills LLC

By: _____
Name: _MARk_ _CIACCIO_
Title: _Owner_
Date: _01_ / _02_ / _2010_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Labatid_
Title: _VP Finance_
Date: _1·05·10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

McMaster Carr ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
McMaster Carr

By: _____
Name:  Diana Lu
Title:  Credit Supervisor
Date:  12/22/09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leibshed
Title: VP Finance
Date:  12-29-09

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Michael A. Noto ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Michael A. Noto

By: *Michael A. Noto*
Name: Michael A. Noto
Title:
Date: 12/23/09

(Transferee)
Coyotes Newco, LLC

By:
Name: Joseph Lubb
Title: VP Finance
Date: 12·29·09

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Michael G. Barnett ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                    (Transferee)
Michael G. Barnett                              Coyotes Newco, LLC

By: _____                     By: _____
Name: Michael Barnett                           Name: Joseph _____
Title: _____                  Title: VP Finance
Date: 1/5/10                                     Date: 1·05-10

ATTN: KAThy Kelley
623-872-2058

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Michael P. Hamilton c/o The Real Picture (Sole Proprietor) ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                    (Transferee)
Michael P. Hamilton
c/o The Real Picture (Sole Proprietor)          Coyotes Newco, LLC

By: _Michael Hamilton_                          By: _____
Name: _Michael Hamilton_                        Name: _Joseph Leibfried_
Title: _Owner / The Real Picture_               Title: _VP Finance_
Date: _12/28/2009_                              Date: _1.04.2010_

### EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

My Team Cares ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
My Team Cares

By: _____
Name: _T.K. Stahlman_
Title: _President_
Date: _1/4/2010_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Susan Leither_
Title: _VP Finance_
Date: _1 · 04 · 10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:         The Debtors and the United States Bankruptcy Court for the District of Arizona

National Audubon Society ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                              (Transferee)
National Audubon Society                  Coyotes Newco, LLC

By: _____                       By: _____
Name: _Marc Salb_                         Name: _Joseph Lenteircued_
Title: _VP of F/Budgets_                   Title: _VP Finance_
Date: _1/4/2010_                          Date: _1.05.10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

National Hockey League ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
National Hockey League

By: _____
Name: _____
Title: _____
Date: _____DEC 27 /05_____

(Transferee)
Coyotes Newco, LLC

By: _____
Name: ____Joseph Lou____
Title: ____VP Finance____
Date: ____12-28-09____

( 216,797.70 )

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

     National Hockey League ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

     Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
National Hockey League

By: _____
Name: _____
Title: _____
Date: _____

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _____
Title: _____
Date: _____

( 349,221.70 )

# EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

National Hockey League ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
National Hockey League

By: _____
Name: _Joseph De Sousa_
Title: _EVP Finance_
Date: _November 23, 2009_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Leib_____
Title: _VP Finance_
Date: _11/25/2009_

( 1,321,539.00 )

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

National Hockey League Pension Society ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
National Hockey League Pension Society

By: _____
Name: Grant C. Harald
Title: Chairman
Date: Dec. 21, 2009

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Labriel
Title: VP Finance
Date: 12-28-09

( 18,000.00 )

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

National Hockey League Pension Society ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
National Hockey League Pension Society

By: _____
Name: _Chris C. Harriott_
Title: _Chairman_
Date: _Dec. 21, 2009_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph LaBrie_
Title: _VP Finance_
Date: _12-28-09_

(598,400.00)

# EVIDENCE OF TRANSFER OF CLAIM

TO:         The Debtors and the United States Bankruptcy Court for the District of Arizona

NRG Southwest, Inc ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                              (Transferee)
NRG Southwest, Inc                        Coyotes Newco, LLC

By:                                       By:
Name: Danny Chavez                        Name: Joseph LeibCire
Title: President                          Title: VP Finance o Controller
Date: 11.23.05                            Date: 12-01-09

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Omni Los Angeles Hotel ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Omni Los Angeles Hotel

By: _____ agent for owner
Name: _____
Title: Director of Finance
Date: 12/31/01

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Labatabuc
Title: VP Finance
Date: 1.04.10

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Opacs, Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Opacs, Inc.

By: _____
Name: _Travis Kimmel_
Title: _President_
Date: _12/29/2009_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Labbrich_
Title: _VP Finance_
Date: _1·04·10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Pepsi Cola Company ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Pepsi Cola Company

By: _Renee D. Cohen_
Name: RENEE D. COHEN
Title: RISK ANALYST
Date: 01-05-10

(Transferee)
Coyotes Newco, LLC

By: _[signature]_
Name: Joseph Leibounit
Title: VP Finance
Date: 1.05.10

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

        Premier Rinks, Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

        Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Premier Rinks, Inc.

By: _John E. Thomas_

Name: _JOHN E. THOMAS_

Title: _TREASURER_

Date: _11-16-09_

(Transferee)
Coyotes Newco, LLC

By: _____

Name: _Joseph Leibrie_

Title: _VP Finance_

Date: _11/25/2009_

## EVIDENCE OF TRANSFER OF CLAIM

TO:       The Debtors and the United States Bankruptcy Court for the District of Arizona

Prisma Graphic Corp. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Prisma Graphic Corp.

By: _____
Name: Victor Martinez
Title: Controller
Date: 11/20/2009

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Labbrucel
Title: VP Finance
Date: 11/25/2009

## EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

Pro EM/Gorilla Equipment, LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                            (Transferee)
Pro EM/Gorilla Equipment, LLC                           Coyotes Newco, LLC

By: _MANUEL N BACA_                                     By: _____
Name: _____                                  Name: _Joseph Calbriel_
Title: _MANAGER, Accounting_                            Title: _VP Finance_
Date: _1/4/10_                                          Date: _1.05.10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Pro Sports EMS LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Pro Sports EMS LLC

By: _____
Name: Rick Garner
Title: Manager
Date: 12/27/09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Lithird
Title: VP Finance
Date: 12.29.09

# EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

PXP Broadcast Services ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
PXP Broadcast Services

By: _____
Name: Gerald Dombrosk   (PXP
Title: Owner / operator   Broadcast
Date: Jan. 5/2010 .   Services)

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Jerpal Lib
Title: VP Finance
Date: 1.05.10

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Ray and Larry's Golf Car Ser., Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                                      (Transferee)
Ray and Larry's Golf Car Ser., Inc.               Coyotes Newco, LLC

By: _____                              By: _____
Name: GAIL L S PARKS                              Name: Jagnh Lublenc
Title: TREASURER                                  Title: VP Finance
Date: 12/30/09                                    Date: 1.04.10


State of  ARIZONA

County of  MARICOPA


SWORN to before me and subscribed in my presence this  30  day of  DEC , 2009.

by  GAIL L. SPARKS
          (Name of Signer)

_____ Personally Known or  X  Produced  AZ DL B14385703  as identification.


<SEAL>

THOMAS A KONKOWSKI
Notary Public, State of Arizona
Maricopa County
My Commission Expires
July 25, 2011

_____
Notary Public

My Commission Expires: _____

## EVIDENCE OF TRANSFER OF CLAIM

TO:         The Debtors and the United States Bankruptcy Court for the District of Arizona

CCM
Reebok.Com Hockey US Inc ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor) CCM
Reebok.Com Hockey US Inc

By: _____
Name:    Joanne Aucoin
Title:   Corporate Controller
Date:    January 4, 2010

(Transferee)
Coyotes Newco, LLC

By: _____
Name:    Joseph Leblhueri
Title:   VP Finance
Date:    1.05-10

*6 of 7*

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Richmarc Corp dba Sir Speedy Printing ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Richmarc Corp
dba Sir Speedy Printing

By: _____
Name: _Robert W. Wasser_
Title: _President & CEO_
Date: _December 7, 2009_

(Transferee)

Coyotes Newco, LLC

By: _____
Name: _Joseph Telfsmel_
Title: _VP Finance_
Date: _12-15-09_

( Sir Speedy    $ 693.10 AMG / $ 2,355.13 Coyotes)

# EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Ricoh Americas Corp -- Arizona ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Ricoh Americas Corp -- Arizona

By: Valerie Danielson
Name: Valerie Danielson
Title: Bankruptcy Specialist
Date: 1/05/10

(Transferee)
Coyotes Newco, LLC

By: 
Name: Joseph Leitkowicz
Title: VP Finance
Date: 1-05-10

## EVIDENCE OF TRANSFER OF CLAIM

TO: The Debtors and the United States Bankruptcy Court for the District of Arizona

Rinknet Marketing, Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Rinknet Marketing, Inc.

By: _____
Name: _____
Title: _____
Date: _____

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Lublin
Title: VP Finance
Date: 12·16·09

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

  Riverside Claims LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

  Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)  
Riverside Claims LLC  
By: _Chelosh_  
Name: _Neil Herskowitz_  
Title: _Managing Member_  
Date: _12-15-09_  

(Transferee)  
Coyotes Newco, LLC  
By: _JL. C._  
Name: _Joseph Leibfried_  
Title: _VP Finance_  
Date: _1-04-10_  

(flex coach)

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Riverside Claims LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Riverside Claims LLC

By: _____
Name: Neil Herskowitz
Title: Managing Member
Date: 12-15-09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leibfried
Title: VP Finance
Date: 1.04.10

( orin group )

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Riverside Claims LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Riverside Claims LLC

By: Neil Nev
Name: Neil Herskowitz
Title: Managing Member
Date: 12-15-09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leibfried
Title: VP Finance
Date: 1.04.10

(Tectura)

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Riviera Broadcast Group Edge ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)  
Riviera Broadcast Group Edge

By: _____  
Name: _Wendell Pate_____  
Title: _Market Controller_____  
Date: _1/5/10_____

(Transferee)  
Coyotes Newco, LLC

By: _____  
Name: _Joseph Lacob_____  
Title: _VP Finance_____  
Date: _1.05.10_____

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Robert L. Saunders ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Robert L. Saunders

By: _Robert R Saunders_
Name: _Robert L Saunders_
Title: _Transferor_
Date: _11/19/2009_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Lubfried_
Title: _VP Finance_
Date: _11/25/2009_

## EVIDENCE OF TRANSFER OF CLAIM

TO:       The Debtors and the United States Bankruptcy Court for the District of Arizona

      Scarborough Research ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

      Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Scarborough Research

By: _____
Name: _____ David A. Reifer
Title: _____ VP, CFO
Date: ___ 1/5/10

(Transferee)
Coyotes Newco, LLC

By: _____
Name: ___ Joseph LeБланc
Title: ___ VP Finance
Date: ___ 1·05·10

## EVIDENCE OF TRANSFER OF CLAIM

TO:  The Debtors and the United States Bankruptcy Court for the District of Arizona

Sharp Electronics Corporation ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Sharp Electronics Corporation

By: _____
Name: _Matthew Montgomery_
Title: _Controller_
Date: _1/6/10_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph LeBlanc_
Title: _VP Finance_
Date: _1.05.10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Sherwin Williams Co. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Sherwin Williams Co.

By: _____
Name: __Loraine Green__
Title: __RAF1__
Date: __1-5-09__

(Transferee)
Coyotes Newco, LLC

By: _____
Name: __Joseph Leathing__
Title: __VP Finance__
Date: __1.05.10__

## EVIDENCE OF TRANSFER OF CLAIM

TO:       The Debtors and the United States Bankruptcy Court for the District of Arizona

Skyview Satellite Networks, Inc ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Skyview Satellite Networks, Inc

By: _____
Name: _____
Title: _____
Date: _12/14/09_____

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _____
Title: ___VP Finance_____
Date: ___12-18-09_____

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Southwest District Kiwanis ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Southwest District Kiwanis

By: _Mark A. Chum_
Name:
Title: _____
Date: _20 November 2009_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Littmird_
Title: _VP Finance_
Date: _12/14/09_

## EVIDENCE OF TRANSFER OF CLAIM

TO:         The Debtors and the United States Bankruptcy Court for the District of Arizona

Special Olympics Arizona ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Special Olympics Arizona

By: _____
Name: _Doug Taylor_____
Title: _CFO_____
Date: _11/19/2009_____

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Tibbfned_____
Title: _VP Finance_____
Date: _11/25/2009_____

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Special Transport Services ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Special Transport Services

By: _____
Name: _JEFFREY N. MOHLER_
Title: _OWNER_
Date: _12-08-09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Lalhied_
Title: _VP Finance_
Date: _12-16-09_

## EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

Special TS ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Special TS

By: _Jan Bachant_
Name: _Special TS_
Title: _owner_
Date: _12-20-09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Lehmd_
Title: _VP Finance_
Date: _1-05-10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:  The Debtors and the United States Bankruptcy Court for the District of Arizona

Sports And Broadcast Services, LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim"):

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Sports And Broadcast Services, LLC

By: _____
Name: WARREN J. Cut
Title: owner
Date: 11/19/2005

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leibowed
Title: VIP Finance
Date: 11/25/2009

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

        Sports Sales Consulting, Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

        Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)                             (Transferee)
Sports Sales Consulting, Inc.         Coyotes Newco, LLC

By: _____      By: _____
Name: CHARLES T. CHISLAGHI    Name: _____
Title: PRESIDENT            Title: VP Finance & Cultular
Date: 12-1-09            Date: 12-02-2009

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

T.E.A.M. Security ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
T.E.A.M. Security

By: _____
Name: _____
Title: _____
Date: __11/28/09__

(Transferee)
Coyotes Newco, LLC

By: _____
Name: __Joseph Leibstried__
Title: __VP Finance__
Date: __11/25/2009__

## EVIDENCE OF TRANSFER OF CLAIM

TO:       The Debtors and the United States Bankruptcy Court for the District of Arizona


Tanner Catalano Foundation ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.


(Transferor)
Tanner Catalano Foundation

By: _Al Mauch Smith_
Name: _STACEY MACDONALD_
Title: _PRESIDENT_
Date: _1/2/10_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Calbell_
Title: _VP Finance_
Date: _1.04.10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:      The Debtors and the United States Bankruptcy Court for the District of Arizona

Team Shop Premiums ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Team Shop Premiums

By: _____
Name: ROBERT NARVAEL
Title: PARTNER
Date: 11/20/09

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leibtried
Title: UP Finance
Date: 11/25/2009

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Terminix ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Terminix

By: _____
Name: _LARRY FLOWER_
Title: _BRANCH MANAGER_
Date: _1/5/2010_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _JOSH Laterum_
Title: _VP Finance_
Date: _1.05.10_

## EVIDENCE OF TRANSFER OF CLAIM

TO: The Debtors and the United States Bankruptcy Court for the District of Arizona

The Arizona Republic ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
The Arizona Republic

By: _Joseph D. Russo_
Name: _Joseph D. Russo_
Title: _Credit + Collections Manager_
Date: _12/30/09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Lebbmed_
Title: _VP Finance_
Date: _1.04.10_

(16,900)

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

The Arizona Republic ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
The Arizona Republic

By: _Joyal D. Russo_
Name: _Joseph D. Russo_
Title: _Credit + Collections Manager_
Date: _12/30/09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Labrie_
Title: _VP Finance_
Date: _1-04-2010_

( 14,369.52 )

## EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

The Hand Center of San Antonio ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
The Hand Center of San Antonio

By: _Cristip Petersen_
Name: _CRISTY Petersen_
Title: _Busimess Ofc. Jupvsr._
Date: _1-5-10_

(Transferee)
Coyotes Newco, LLC.

By: _____
Name: _Joseph Litchul_
Title: _VP Finance_
Date: _1.05.10_

# EVIDENCE OF TRANSFER OF CLAIM

TO:         The Debtors and the United States Bankruptcy Court for the District of Arizona

The Plumber's Choice Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
The Plumber's Choice Inc.

By: Van G. Flournoy
Name: VAN FLOURNOY
Title: VP
Date: 12-15-09

(Transferee)
Coyotes Newco, LLC

By: 
Name: Joseph Leatfing
Title: VP Finance
Date: 12-19-09

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Transjet, Inc. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Transjet, Inc.

By: _____
Name: _Kevin Burdette_
Title: _Manager_
Date: _11/25/2009_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Lubtnec_
Title: _VP Finance_
Date: _12/01/09_

## EVIDENCE OF TRANSFER OF CLAIM

TO:       The Debtors and the United States Bankruptcy Court for the District of Arizona

Tru West Credit Union ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Tru West Credit Union

By:
Name: _Gen Schuld_
Title: _VP Risk Management_
Date: _1/5/10_

(Transferee)
Coyotes Newco, LLC

By:
Name: _Joseph Leutned_
Title: _VP Finance_
Date: _1·05-10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Universal Background Screening ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Universal Background Screening

By: _Nancy Attletop_
Name: _Nancy A. UttYthel_
Title: _CFO_
Date: _12/10/09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Leibfried_
Title: _VP Finance_
Date: _1.05.10_

## EVIDENCE OF TRANSFER OF CLAIM

TO:  The Debtors and the United States Bankruptcy Court for the District of Arizona

Univision KTVW Phoenix ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Univision KTVW Phoenix
UNIVISION COMMUNICATIONS INC
By: M. Santibanez
Name: MANUEL SANTIBANEZ
Title: DIRECTOR CREDIT & COLLECTIONS
Date: JAN 4, 2010

(Transferee)
Coyotes Newco, LLC,
By: 
Name: Josey L Ceithiec
Title: VP Finance
Date: 1·05-10

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

      Vern Lewis Welding Supply, Inc ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

      Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Vern Lewis Welding Supply, Inc

By: _Veronica M Robles_
Name: _Veronica M Robles_
Title: _Buss. Manager_
Date: _12-09-09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Lbld_
Title: _VP Finance_
Date: _12-15-09_

## EVIDENCE OF TRANSFER OF CLAIM

TO:          The Debtors and the United States Bankruptcy Court for the District of Arizona

   Voss Lighting ("Transferor"), for good and valuable consideration, the receipt and
sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and
irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors
and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors
(the "Claim").

   Transferor hereby waives any objection to the transfer of the Claim to Transferee, and
hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to
Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law.  Transferor
acknowledges and understands, and hereby stipulates, that an order of the Court may be entered
without further notice to Transferor transferring to Transferee the Claim and recognizing
Transferee as the sole owner and holder of Transferor's interest in the Claim.  Transferor further
directs the Debtors, the Court and all other interested parties that all further notices relating to
Transferor's interest in the Claim, and all payments or distributions of money or property in
respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Voss Lighting

By: _D. Josiah Eli_
Name: _D. Josiah Ellis_
Title: _Operations Manager_
Date: _05 JAN 10_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Jason Colaghini_
Title: _VP Finance_
Date: _1.05-10_

# EVIDENCE OF TRANSFER OF CLAIM

TO:       The Debtors and the United States Bankruptcy Court for the District of Arizona

Warrior Sports Inc ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Warrior Sports Inc

By: _Amy Cerulli_
Name: _Amy Cerulli_
Title: _Credit Manager_
Date: _12/21/09_

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Cavaluini_
Title: _VP Finance_
Date: _12-29.09_

## EVIDENCE OF TRANSFER OF CLAIM

TO:        The Debtors and the United States Bankruptcy Court for the District of Arizona

Wellington, Lee D/B/A World of Beef ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Wellington, Lee D/B/A World of Beef

By: _____
Name: Lee Wellington
Title: President
Date: 1/05/10

(Transferee)
Coyotes Newco, LLC

By: _____
Name: Joseph Leibl
Title: VP Finance
Date: 1·05·10

## EVIDENCE OF TRANSFER OF CLAIM

TO:     The Debtors and the United States Bankruptcy Court for the District of Arizona

Whiteout Way Investments, LLC ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Coyotes Newco, LLC ("Transferee"), its successors and assigns all of Transferor's right, title and interest in respect of its claim(s) against the Debtors (the "Claim").

Transferor hereby waives any objection to the transfer of the Claim to Transferee, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to Rule 3001 of Federal Rules of Bankruptcy Procedure or other applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of Transferor's interest in the Claim. Transferor further directs the Debtors, the Court and all other interested parties that all further notices relating to Transferor's interest in the Claim, and all payments or distributions of money or property in respect of Transferor's interest in the Claim, shall be delivered or made to Transferee.

(Transferor)
Whiteout Way Investments, LLC

By: _____
Name: _Jerry Moyes_____
Title: _Manager_____
Date: _11/25/2009_____

(Transferee)
Coyotes Newco, LLC

By: _____
Name: _Joseph Leibhand_____
Title: _VP Finance_____
Date: _12/04/09_____