Thomas J. Salerno (AZ Bar No. 007492) tsalerno@ssd.com
Jordan A. Kroop (AZ Bar No. 018825) jkroop@ssd.com
Kelly Singer (AZ Bar No. 022024) ksinger@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
Two Renaissance Squire, Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004-4498
(602) 528-4000

Counsel to the Debtors-In-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEWEY RANCH HOCKEY, LLC,<br><br>COYOTES HOLDINGS, LLC,<br><br>COYOTES HOCKEY, LLC, and<br><br>ARENA MANAGEMENT GROUP, LLC,<br><br>        Debtors. | Case No. 2:09-bk-09488<br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF DALE BELT REGARDING ESTIMATION OF POTENTIAL REJECTION CLAIMS RELATED TO GLENDALE CONTRACTS** |
| This Filing Applies to:<br>   ❏    All Debtors<br>   ■    Specified Debtors<br>           Coyotes Hockey LLC | |

I, Dale Belt, declare under penalty of perjury that:

1. I am a Managing Director of Sierra Consulting Group, LLC ("**Sierra Consulting**") located at One Renaissance Square, Two North Central Avenue, Suite 700, Phoenix, Arizona 85004. I am a Certified Public Accountant, a Certified Turnaround Professional, and a Certified Insolvency and Restructuring Advisor. I received a Bachelor of Science degree in Accounting from the University of Kentucky. I have more than thirty years of experience in finance and accounting in both public and private industry including accounting and auditing, management consulting, financial analysis, mergers and acquisitions, bankruptcy,

and construction bonding issues. Prior to joining Sierra Consulting in 2008, I was employed at FTI Consulting, Inc. (2002 - 2008), PricewaterhouseCoopers LLP (1999 - 2002), private industry (1984 - 1999), and Coopers & Lybrand LLP (1978 - 1984).

2.     I make this Declaration in connection with the *Motion Under Bankruptcy Code Sections 105(a) and 502(c) to Estimate Claims Related to Glendale Contracts for Purposes of Plan Distribution*, filed by the Debtor contemporaneously with this Declaration (the "**Motion**").[1]

3.     Based on my analysis of the Arena Contracts, the Expired Contracts, the Sponsorship Agreements, the Suite Licensing Agreements, the AMULA, and the Miscellaneous Contracts (collectively, the "**Contracts**"), and based on certain assumptions explained below, I believe the Maximum Allowed Amounts of the Potential Rejection Claims related to the Contracts should be fixed at the amounts set forth below.

**<u>The Rejection Date</u>**

4.     For purposes of this Declaration, I have assumed that the Rejection Date is June 30, 2010. I have also assumed that all of the Debtor's obligations under the Glendale Contracts have been, and will continue to be, performed by the Sellers from the Closing Date through the Rejection Date in accordance with the transition services agreement described in section 2.14(c) of the APA.

**<u>Arena Contracts</u>**

5.     The Arena Contracts are listed on <u>Exhibit 2</u> of this Declaration. To the best of my knowledge, the Debtor, Coyotes Hockey, is not a party to any of the Arena Contracts. Accordingly, the Maximum Allowed Amount of the Potential Rejection Claims related to the Arena Contracts should be fixed at $0.00.

---

[1] Capitalized terms not defined in this Declaration have the meanings given to them in the Motion.

## Expired Contracts

6. The Expired Contracts are listed on <u>Exhibit 3</u> of this Declaration. The term of each Expired Contract has expired, or will have expired, on or before the Rejection Date. I have assumed, therefore, that none of the Expired Contracts will be eligible for rejection under Bankruptcy Code § 365 on the Rejection Date. Accordingly, the Maximum Allowed Amount of the Potential Rejection Claims related to the Expired Contracts should be fixed at $0.00.

## Sponsorship Agreements

7. The Sponsorship Agreements are listed on <u>Exhibit 4</u> of this Declaration. Under the Sponsorship Agreements, the non-debtor counterparties are required to pay the Debtor fees in exchange for certain sponsorship rights, including advertising rights at the Arena. On the one hand, therefore, rejection of the Sponsorship Agreements entails that the counterparties will no longer receive their sponsorship rights as of the Rejection Date. On the other hand, however, rejection of the Sponsorship Agreements entails that the counterparties will be relieved of their obligation to pay the Debtor the sponsorship fees that accrue on and after the Rejection Date. Accordingly, the Maximum Allowed Amount of the Potential Rejection Claims related to the Sponsorship Agreements should be fixed at $0.00.

## Suite License Agreements

8. The Suite Licensing Agreements are listed on <u>Exhibit 5</u> of this Declaration. Under the Suite Licensing Agreements, the non-debtor counterparties are required to pay the Debtor fees in exchange for the use of suites at the Arena. On the one hand, therefore, rejection of the Suite License Agreements entails that the counterparties will no longer receive their rights to use the suites as of the Rejection Date. On the other hand, however, rejection of the Suite License Agreements entails that the counterparties will be relieved of their obligation to pay the

Debtor the suite licensing fees that accrue on and after the Rejection Date. Accordingly, the Maximum Allowed Amount of the Potential Rejection Claims related to the Suite License Agreements should be fixed at $0.00.

**The AMULA**

9. Glendale Contract No. 104 is the *Arena Management, Use, and Lease Agreement* dated November 29, 2001 (the "**AMULA**"), between the City of Glendale (the "**City**"), the Debtor, Arena Management, Glendale-101 Development LLC, and Coyotes Center Development LLC. *See* APA Schedule 2.14(a), Contract No. 104.[2] For purposes of this Declaration, I have assumed that:

- The Potential Rejection Claim related to the AMULA is subject to the statutory cap set forth in Bankruptcy Code § 502(b)(6);

- The lessor has not repossessed, and no lessee has surrendered, the leased property under the AMULA on or before the Rejection Date; and, therefore, the Petition Date is the "earlier of" the two dates described in Bankruptcy Code § 502(b)(6)(A);

- The term "rent" in Bankruptcy Code § 502(b)(6) refers to the Base Team Fee in section 9.3.1(a)(i) of the AMULA and the Additional Team Fee in section 9.3.1(b) of the AMULA; and

- There was no unpaid rent due under the AMULA as of the Petition Date; and, therefore, the portion of the statutory cap described in Bankruptcy Code § 502(b)(6)(B) is $0.00.

---

[2] Glendale Contract No. 105 is the *Agreement Regarding Renewal and Replacement Schedule* (the "**R&R Schedule**"), which is an exhibit to the AMULA. Accordingly, I have assumed that the City's Potential Rejection Claim related to the R&R Schedule is subsumed within the Potential Rejection Claim related to the AMULA.

10.     Based on those assumptions, and as set forth in more detail on Exhibit 6 of this Declaration, I calculate that the City's Potential Rejection Claim related to the AMULA is capped under Bankruptcy Code § 502(b)(6) at $2,555,448.00.

**Miscellaneous Contracts**

11.     The Miscellaneous Contracts are listed on Exhibit 7 of this Declaration. Based on my analysis, the Maximum Allowed Amounts of the Potential Rejection Claims related to the Miscellaneous Contracts should be fixed in the amounts set forth below.

### *Glendale Contract No. 89*

12.     Glendale Contract No. 89 is the *Master Lease Agreement* dated August 26, 2008, between the Debtor and Lease Group Resources Inc. Under this contract, the Debtor leases certain copier machines from Lease Group Resources Inc. at the rate of $14,984.71 each month for a term of 60 months. The term of this contract expires on August 13, 2013. Accordingly, 38 future monthly installments in the total amount of $569,419.00 will remain due as of the Rejection Date. Therefore, the Maximum Allowed Amount of the Potential Rejection Claim related to Glendale Contract No. 89 should be fixed at $569,419.00.

### *Glendale Contract No. 102*

13.     Glendale Contract No. 102 is the *Licensed User Agreement* dated July 9, 2002, as amended by the *Amendment to Licensed User Agreement* dated July 1, 2008, and as further amended by the *Letter* dated July 13, 2009, between Ticketmaster LLC, the Debtor, and Arena Management (collectively, the "**Licensed User Agreement**").

14.     Under the Licensed User Agreement, Ticketmaster is entitled to receive certain proceeds from the sale of tickets for events held at the Arena. The term of the Licensed User Agreements expires on July 31, 2012. For purposes of this Declaration, I have assumed that the

Potential Rejection Claim related to the Licensed User Agreement is equal to Ticketmaster's estimated lost profits over the remaining 25 months of the contract as of the Rejection Date. Accordingly, as set forth in more detail on Exhibit 9 of this Declaration, the Maximum Allowed Amount of the Potential Rejection Claim related to the Licensed User Agreement should be fixed at $1,731,200.00.

### *Glendale Contract No. 106*

15.     Glendale Contract No. 106 is the *Catering & Concession Agreement* dated July 24, 2003 (the "**C&C Agreement**"), between the Debtor, Arena Management, Arena Development LLC, and Aramark Sports and Entertainment Services Inc. ("**Aramark**"). The term of the C&C Agreement expires on June 30, 2020. Section 14(e) of the C&C Agreement states that the Debtor is obligated to pay Aramark a single, lump-sum payment upon early termination of the agreement (the "**Termination Payment**").

16.     The Termination Payment allegedly consists of an $8 million capital grant plus certain other costs, which decrease monthly based on the amortization schedules set forth in section 14(e) the C&C Agreement. My understanding is that Aramark has alleged that the contingent Termination Payment decreased to approximately $5,095,022.00 as of August 14, 2009. Accordingly, as set forth in more detail in Exhibit 10 attached to this Declaration, I estimate that the Termination Payment will have decreased to approximately $4,533,333.00 as of the Rejection Date. The Maximum Allowed Amount of the Potential Rejection Claim related to Glendale Contract No. 106, therefore, should be fixed at $4,533,333.00.

### *Glendale Contract No. 113*

17.     Glendale Contract No. 113 is the *Employment Agreement* dated January 2, 2003, as amended by the *Employment Agreement Amendment and Extension* dated November 18, 2005,

between the Debtor and Douglas G. Moss (together, the "**Employment Agreement**"). For purposes of this Declaration, I have assumed that:

- The Potential Rejection Claim related to the Employment Agreement is subject to the statutory cap set forth in Bankruptcy Code § 502(b)(7);

- Performance under the Employment Agreement was not terminated prior to the Petition Date; and, therefore, the Petition Date is "the earlier of" the two dates described in Bankruptcy Code § 502(b)(7)(A); and

- There was no unpaid compensation due under the Employment Agreement as of the Petition Date; and, therefore, the portion of the statutory cap described in Bankruptcy Code § 502(b)(7)(B) is $0.00.

18. Based on those assumptions, the statutory cap on the Potential Rejection Claim related to the Employment Agreement is equal to the compensation provided by such contract, without acceleration, for the one year following the Petition Date. Under the Employment Agreement, Mr. Moss is entitled to receive a salary of $700,000 for the 2009 year (*i.e.,* $58,333.33 each month in 2009) and $750,000 for the 2010 year (*i.e.,* $62,500.00 each month in 2010). The statutory cap on the Potential Rejection Claim related to the Employment Agreement, therefore, is equal to approximately $716,667.00 (the "**502(b)(7) Cap**") (*i.e.,* $466,667 for the 8 month period of May 2009 through December 2009, plus $250,000.00 for the 4 month period of January 2010 through April 2010).

19. The term of the Employment Agreement expires on December 31, 2010. Rejection of the Employment Contract as of the Rejection Date, therefore, would result in a claim for unpaid salary in the total amount of $375,000.00 for the six months beginning on July 1, 2010 and ending on December 31, 2010 (*i.e.,* $62,500.00 for each of those six months), which

is less than the 502(b)(7) Cap. Accordingly, the Maximum Allowed Amount of the Potential Rejection Claim related to the Employment Agreement should be fixed at $375,000.00.

### *Glendale Contract No. 120*

20.     Glendale Contract No. 120 is the *Trademark License Agreement* dated June 1, 1998, between Coyotes Ice LLC and the Debtor as successor to BG Hockey Ventures LP (the "**Trade License Agreement**"), as amended by the *Settlement Agreement and Amendment to Trade License Agreement* dated December 4, 2002 (the "**Settlement Agreement**"). Under the Settlement Agreement, the Debtor agreed to pay Coyotes Ice LLC $40,000.00 each year commencing with the 2004-05 hockey season and continuing each year thereafter through the 2012-13 hockey season. Accordingly, rejection of the Trade License Agreement (as amended by the Settlement Agreement) as of the Rejection Date may result in a Potential Rejection Claim of no more than $120,000.00 (*i.e.,* $40,000 each year for the 2010-11, 2011-12, and 2012-13 hockey seasons). The Maximum Allowed Amount of the Potential Rejection Claim related to Glendale Contract No. 120, therefore, should be fixed at $120,000.00.

### *Glendale Contract No. 130*

21.     Glendale Contract No. 130 is the *Concession License Agreement* dated November 6, 2003, as amended by the *First Amendment* dated July 1, 2006, between the Debtor and Facilities Merchandising, Inc. (the "**Concession License Agreement**"). Under the Concession License Agreement, Facilities Merchandising is entitled to receive commissions based on the sale of merchandise at the Arena.

22.     For purposes of this Declaration, I have assumed that the Potential Rejection Claim related to the Concession License Agreement is equal to Facility Merchandising's estimated lost profits over the remaining term of the contract as of the Rejection Date.

Accordingly, as set forth in more detail on Exhibit 11 of this Declaration, the Maximum Allowed Amount of the Potential Rejection Claim related to the Licensed User Agreement should be fixed at $682,437.00.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/8/10

By: Dale Belt

Dale Belt
Managing Director, Sierra Consulting Group

# Exhibit 1

## (APA Schedule 2.14(a))

## Glendale Contracts

1. Partition and Sale Agreement, dated as of September 25, 2006, by and among Arizona Hockey Management, Inc., Arena Management Group, LLC, Arena Management Holdings, LLC, Arena Development, LLC, Center Ice Holdings, LLC, Coyote Center Development, LLC, Coyotes Hockey, LLC, Coyotes Holdings, LLC, E-Arena Holdings, LLC, Ellman Holdings, Inc., Glendale-101 Development, LLC, Jerry Moyes, Coyotes Holdings MemberCo, LLC, 101 Holdings, LLC, Steven M. Ellman, SUB Investments, LLC, Jerry and Vickie Moyes Family Trust, Westgate Investments, LLC and Westgate Signage, LLC.

2. Amended and Restated Agreement in Respect of Parking and Mixed-Use Development Agreement, dated as of July 1, 2008, by and among Coyote Center Development, LLC, Glendale-101 Development, LLC, Arena Development, LLC, Westgate Investments, LLC, Coyotes Hockey, LLC and Arena Management Group, LLC.

3. Agreement for the Replacement of Temporary Parking, dated as of July 1, 2008, by and among City of Glendale, Coyote Center Development, LLC, Glendale Garage LLC, Coyotes Hockey, LLC and Arena Management Group, LLC.

4. Declaration of Easements, dated as of September 25, 2006, by and among Coyote Center Development, LLC, Coyotes Hockey, LLC and Arena Management Group, LLC.

5. Master Declaration of Easements, Covenants, Conditions and Restrictions for Westgate, dated as of January 30, 2006, by Coyote Center Development, LLC and Entertainment Center Development, LLC, to the extent a Seller is a beneficiary thereof.

6. Common Operation and Reciprocal Easement Agreement for the Entertainment District at Westgate, dated as of February 15, 2006, by Coyote Center Development, LLC and Entertainment Center Development, LLC, to the extent a Seller is a beneficiary thereof.

7. Common Operation and Reciprocal Easement Agreement for the Village Retail District at Westgate, dated as of February 15, 2006, by Coyote Center Development, LLC, to the extent a Seller is a beneficiary thereof.

8. Common Operation and Reciprocal Easement Agreement for the Destination Retail District, dated as of February 15, 2006, by Coyote Center Development, to the extent a Seller is a beneficiary thereof.

9.   Nondisturbance and Attornment Agreement, dated as of September 25, 2006, by and among Credit Suisse, Coyotes Hockey, LLC, Arena Management Group, LLC and Coyotes Holdings, LLC.

10.  Parking Replacement Agreement, dated as of September 25, 2006, by and among Coyote Center Development, LLC, Coyotes Hockey, LLC and Arena Management Group, LLC.

11.  Revised and Restated Parking Use License and Easement Agreement, dated as of July 1, 2008, by and among Coyotes Hockey, LLC, Arena Management Group, LLC, Westgate Investments, LLC and Coyote Center Development, LLC.

12.  Reassignment and Assumption Agreement, dated as of September 25, 2006, by and between Coyote Center Development, LLC and Coyotes Hockey, LLC.

13.  Safety and Security Agreement, dated as of November 29, 2001, by and among City of Glendale, Arena Management Group, LLC and Coyotes Hockey, LLC.

14.  Consolidated Trailing Agreement, dated as of September 25, 2006, by and among Arena Development Group, LLC, Arizona Lacrosse, LLC, Coyote Center Development, LLC, Coyotes Hockey, LLC, Entertainment Center Developer, LLC, Steven M. Ellman and Westgate Investments, LLC, as amended by that certain First Amendment to Consolidated Trailing Agreement, dated as of July __, 2008, by and among Arena Development Group, LLC, Arizona Lacrosse, LLC, Coyote Center Development, LLC, Coyotes Hockey, LLC, Entertainment Center Developer, LLC, Steven M. Ellman and Westgate Investments, LLC.

15.  Sponsorship and Marketing Cooperation Agreement, dated as of September 25, 2006, by and among Coyote Center Development, LLC, Entertainment Center Development, LLC, Westgate Signage, LLC, Arena Management Group, LLC and Coyotes Hockey, LLC.

16.  Team Guaranty Undertaking and Indemnification Agreement, dated as of September 25, 2006, by Coyote Center Development, LLC, SUB Investments, LLC and Westgate Investments, LLC for the benefit of Coyotes Hockey, LLC.

17.  Agreement, dated as of August 29, 2002, by and among B&B Holdings, Inc. d/b/a Arizona Cardinals, Coyote Center Development, LLC, Arena Development, LLC, Glendale-101 Development, LLC, Coyotes Hockey, LLC and Arena Management Group, LLC.

42

18. Assignment and Assumption Agreement, dated as of September 25, 2006, by and among Coyote Center Development, LLC, Arena Development, LLC, Glendale-101 Development, LLC and Coyotes Hockey, LLC.

19. Naming Rights Agreement, dated as of October 20, 2006, by and between Coyotes Hockey, LLC and Jobing.com, LLC.

20. Letter Agreement, dated as of March 24, 2009, by and between Coyotes Hockey, LLC and Atomic Pest Control, LLC.

21. Sponsorship Agreement, dated as of July 1, 2008, by and between Coyotes Hockey, LLC and AT&T Operations, Inc.

22. Sponsorship Letter Agreement, dated as of July 3, 2007, by and between Coyotes Hockey, LLC and Benson Security Systems, Inc., as amended by that certain First Amendment to Sponsorship Letter Agreement, dated as of April 9, 2009, by and between Coyotes Hockey, LLC and Benson Security Systems Inc.

23. Amended and Restated Letter Agreement, dated as of August 25, 2008, by and between Coyotes Hockey, LLC and Sharp Electronics Corporation.

24. Agreement for Sponsorship and Promotion, dated as of December 6, 2007, by and between Coyotes Hockey, LLC and Valley Toyota Dealer Association, Inc.

25. Letter Agreement, dated as of November 8, 2007, by and between Coyotes Hockey, LLC and Comerica Bank.

26. Letter Agreement, dated as of November 21, 2007, by and between Coyotes Hockey, LLC and Danny's Family Companies, LLC.

27. Letter Agreement, dated as of December 7, 2006, by and between Coyotes Hockey, LLC and Delta Dental of Arizona.

28. Agreement for Sponsorship and Promotion, dated as of August 15, 2003, by and between Coyotes Hockey, LLC and Desert Schools Federal Credit Union, as amended by that certain First Amendment to Agreement for Sponsorship and Promotion, dated as of August 10, 2005, by and between Coyotes Hockey, LLC and Desert Schools Federal Credit Union, as further amended by that certain Second Amendment to Agreement for Sponsorship and Promotion, dated as of September __, 2006, by and between Coyotes

43

Hockey, LLC and Desert Schools Federal Credit Union, as further amended by that certain Third Amendment to Agreement for Sponsorship and Promotion, dated as of December 7, 2007, by and between Coyotes Hockey, LLC and Desert Schools Federal Credit Union.

29. Letter Agreement, dated as of October 5, 2007, by and between Coyotes Hockey, LLC and Diamond Resorts International, LLC.

30. Letter Agreement, dated as of June 29, 2007, by and between Coyotes Hockey, LLC and Galardi Group Franchise & Leasing, LLC.

31. Letter Agreement, dated as of March 20, 2007, by and between Coyotes Hockey, LLC and Gila River Gaming Enterprises, Inc.

32. Letter Agreement, dated as of August 19, 2008, by and between Coyotes Hockey, LLC and Government Employees Insurance Company.

33. Letter Agreement, dated as of October 23, 2006, by and between Coyotes Hockey, LLC and Heritage Graphics, Inc.

34. Letter Agreement, dated as of July 15, 2008, by and between Coyotes Hockey, LLC and Ride Now Management, LLC.

35. Letter Agreement, dated as of July 1, 2008, by and between Coyotes Hockey, LLC and Salt River Project Agricultural Improvement and Power District.

36. Letter Agreement, dated as of July 1, 2008, by and between Coyotes Hockey, LLC and Vemma Nutrition Company.

37. Letter Agreement, dated as of October 23, 2008, by and between Coyotes Hockey, LLC and Waste Management of Arizona, Inc.

38. Sponsorship Agreement, dated as of July 1, 2007, by and between Coyotes Hockey, LLC and Bottling Group, LLC d/b/a The Pepsi Bottling Group.

39. Agreement for Sponsorship and Promotion, dated as of July 15, 2008, by and between Coyotes Hockey, LLC and Southwest Water Conditioning, Inc. d/b/a Culligan.

44

40. Letter Agreement, dated as of November 15, 2008, by and between Peoria Polar, LLC, Chandler Polar, LLC and Gilbert Polar, LLC and Coyotes Hockey, LLC.

41. Agreement for Sponsorship and Promotion, dated as of November 13, 2007, by and between Cigna Corporation and Coyotes Hockey, LLC.

42. Letter Agreement, dated as of August 10, 2007, by and between CMG Enterprises, Inc. and Coyotes Hockey, LLC.

43. Letter Agreement, dated as of February 24, 2009, by and between Dreyer's Grand Ice Cream, Inc. and Coyotes Hockey, LLC.

44. Letter Agreement, dated as of December 6, 2006, by and between Oggi's Pizza & Brewing Co. and Coyotes Hockey, LLC.

45. Letter Agreement, dated as of August 6, 2008, by and between Classic Foods, Inc. and Coyotes Hockey, LLC.

46. Letter Agreement, dated as of November 19, 2007, by and between Unifirst Corporation and Coyotes Hockey, LLC.

47. Draft Amended and Restated Agreement for Sponsorship and Promotion, dated September __, 2009, by and between Coyotes Hockey, LLC and Heineken USA, Inc. d/b/a Heineken.

48. Amended and Restated Suite License Agreement, dated as of July 6, 2006, by and between Coyotes Hockey, LLC and Don Sanderson Ford, Inc.

49. Amended and Restated Suite License Agreement, dated as of February 19, 2007, by and between Coyotes Hockey, LLC and Selectbuild Arizona, LLC.

50. Agreement, dated as of March 20, 2003, by and between Coyotes Hockey, LLC and Kabuto Arizona Properties, L.L.C.

51. Suite License Agreement, dated as of November 1, 2004, by and between Coyotes Hockey, LLC and CB Richard Ellis, Inc.

45

52. Suite License Agreement, dated as of January 18, 2006, by and between Coyotes Hockey, LLC and Arena Partners, LLC.

53. Suite License Agreement, dated as of September 22, 2006, by and between Coyotes Hockey, LLC and B&B Holdings, Inc.

54. Suite License Agreement, dated as of August 15, 2003, by and between Coyotes Hockey, LLC and Desert Schools Federal Credit Union.

55. Suite License Agreement, dated as of June 3, 2008, by and between Coyotes Hockey, LLC and Honeywell International, Inc.

56. Suite License Agreement, dated as of November 2, 2007, by and between Coyotes Hockey, LLC and Inhouse Assist, LLC.

57. Suite License Agreement, dated as of October 20, 2006, by and between Coyotes Hockey, LLC and Jobing.com, LLC.

58. Amended and Restated Suite License Agreement, dated as of July 10, 2008, by and between Coyotes Hockey, LLC and Kiewit Western Co.

59. Suite License Agreement, dated as of January 8, 2009, by and between Coyotes Hockey, LLC and Jerry Dailey.

60. Suite License Agreement, dated as of June 13, 2008, by and between Coyotes Hockey, LLC and Perini Building Company, LLC.

61. Suite License Agreement, dated as of September 12, 2005, by and between Coyotes Hockey, LLC and Phelps Dodge Corporation.

62. Suite License Agreement, dated as of August 7, 2006, by and between Coyotes Hockey, LLC and VHS Acquisition Subsidiary No. 8, Inc. d/b/a Abrazo Region Services.

63. Suite License Agreement, dated as of November __, 2006, by and between Coyotes Hockey, LLC and WDG Enterprises, Inc.

64. Suite License Agreement, dated as of October 5, 2007, by and between Coyotes Hockey, LLC and Evans Overhead Door, LLC.

46

65. Suite License Agreement, dated as of May 12, 2008, by and between Coyotes Hockey, LLC and Bottling Group, LLC d/b/a The Pepsi Bottling Group.

66. Suite License Agreement, dated as of September 26, 2008, by and between Coyotes Hockey, LLC and Lawns by Les, LLC.

67. Suite License Agreement, dated as of October 23, 2008, by and between Coyotes Hockey, LLC and Waste Management of Arizona, Inc.

68. Suite License Agreement, dated as of August 15, 2006, by and between Coyotes Hockey, LLC and Adolfson & Peterson, Inc.

69. Suite License Agreement, dated as of May 15, 2008, by and between Coyotes Hockey, LLC and Clareity Ventures, Inc.

70. Suite License Agreement, dated as of April 26, 2006, by and between Coyotes Hockey, LLC and Lerner & Rowe, P.C.

71. Suite License Agreement, dated as of August 1, 2008, by and between Coyotes Hockey, LLC and Avnet, Inc.

72. Suite License Agreement, dated as of October 5, 2007, by and between Coyotes Hockey, LLC and Wells Fargo Bank, National Association.

73. Suite License Agreement, dated as of August 29, 2007, by and between Coyotes Hockey, LLC and Shane Doan.

74. Suite License Agreement, dated as of September 23, 2008, by and between Coyotes Hockey, LLC and Ed Jovanovski.

75. Suite License Agreement, dated as of November 30, 2008, by and between Coyotes Hockey, LLC and Godaddy.com, Inc.

76. Suite License Agreement, dated as of July 17, 2006, by and between Coyotes Hockey, LLC and The Silverleaf Club, LLC.

77. Suite License Agreement, dated as of July 1, 2003, by and between Coyotes Hockey, LLC and Pleiades Real Estate Investments, LLC.

47

78. Amended and Restated Suite License Agreement, dated as of July 12, 2006, by and between Coyotes Hockey, LLC and Parris & Parris, PLC.

79. Suite License Agreement, dated as of November 25, 2008, by and between Coyotes Hockey, LLC and 4 Horsemen Transportation Inc.

80. Suite License Agreement, dated as of February 1, 2008, by and between Coyotes Hockey, LLC and Positive Impact Investments, LLC.

81. Suite License Agreement, dated as of September 19, 2008, by and between Coyotes Hockey, LLC and Derek Morris.

82. Loge Suite License Agreement, dated as of September 1, 2007, by and between Coyotes Hockey, LLC and LandCorp Property Maintenance I, Inc.

83. Service Agreement, dated as of June 10, 2007, by and between Arena Management Group, LLC and Climatec Building Technology Group.

84. Fire Alarm Test & Inspect Proposal, dated as of August 15, 2007, by and between Arena Management Group, LLC and Climatec Building Technology Group.

85. Services Agreement, commencing on of July 1, 2009, by and between Arena Management Group, LLC and Daktronics, Inc.

86. Water Services Agreement, dated as of April 1, 2009, by and between Arena Management Group, LLC and International Chemtex Corporation.

87. Maintenance Agreement, dated as of November 15, 2005, by and between Arena Management Group, LLC and Kone Inc.

88. Agreement for Services, dated as of September 1, 2007, by and between Arena Management Group, LLC and LandCorp Property Maintenance, Inc.

89. Master Lease Agreement, dated as of August 26, 2008, by and between Coyotes Hockey, LLC and Lease Group Resources, Inc.

90. Bid Package, dated as of September 23, 2008, by and between Arena Management Group, LLC and Lawns by Les, LLC.

48

91. Stagehand Services Agreement, dated as of June ___, 2006, by and between NRG Services Southwest, Inc. and Arena Management Group, LLC, as amended by that certain Amendment to Stagehand Services Agreement, dated as of August 1, 2008, by and between Arena Management Group, LLC and NRG Services Southwest, Inc.

92. Event License Agreement, dated as of September 25, 2008, by and between Arena Management Group, LLC and Cirque du Soleil America, Inc.

93. Event License Agreement, dated as of December 18, 2008, by and between Arena Management Group, LLC and Premier Marketing, Inc. (Sean Hannity)

94. Event License Agreement, dated as of April 16, 2009, by and between Arena Management Group, LLC and Live Nation Worldwide, Inc. (Jonas Brothers)

95. Event License Agreement, dated as of June 4, 2009, by and between Arena Management Group, LLC and AEG Live Productions, LLC. (Miley Cyrus)

96. Event License Agreement, dated as of June 4, 2009, by and between Arena Management Group, LLC and AEG Live Productions, LLC. (Pink)

97. Event License Agreement, dated as of June 4, 2009, by and between Arena Management Group, LLC and AEG Live Productions, LLC. (Wisin Y Yandel)

98. Rental Agreement, dated as of March 23, 2009, by and between Arena Management Group, LLC and Knights of Columbus, Inc.

99. Staffing Services Agreement, dated as of March 17, 2008, by and between Arena Management Group, LLC and Truly Every Assignment Matters.

100. Value Lease Agreement, dated as of January 19, 2007, by and between Coyotes Hockey, LLC and BSA Business Solutions, Inc. (f/k/a Ricoh Americas Corp. – Arizona).

101. Value Lease Agreement, dated as of _____, by and between Coyotes Hockey, LLC and BSA Business Solutions, Inc. (f/k/a Ricoh Americas Corp. – Arizona).

102. Licensed User Agreement, dated as of July 9, 2002, by and among Ticketmaster, L.L.C., Coyotes Hockey, LLC and Arena Management Group, LLC, as amended by that certain Amendment to Licensed User Agreement, dated as of July 1, 2008, by and among

49

Ticketmaster L.L.C., Coyotes Hockey, LLC and Arena Management Group, LLC, as further amended by that certain Letter, dated July 13, 2009, by and among Ticketmaster, LLC, Coyotes Hockey, LLC and Arena Management Group, LLC.

103. Clear Channel and Glendale Arena (n/k/a Jobing.com Arena) Term Sheet, dated as of October 17, 2003, by and between Live Nation (as successor to Clear Channel Communications Inc.) and Arena Management Group, LLC.

104. Arena Management, Use and Lease Agreement, dated as of November 29, 2001, by and among City of Glendale, Arena Management Group, LLC, Coyotes Hockey, LLC, Glendale-101 Development, LLC and Coyote Center Development, LLC.

105. Agreement Regarding Renewal and Replacement Schedule, dated as of November 29, 2001, by and among City of Glendale, Coyotes Hockey, LLC and Arena Management Group, LLC.

106. Catering and Concession Agreement, dated as of July 24, 2003, by and among Aramark Sports and Entertainment Services, Inc., Coyotes Hockey, LLC, Arena Management Group, LLC and Arena Development, LLC.

107. Venue Support Service Agreement, dated as of February __, 2008, by and between AEG Facilities, Inc. and Arena Management Group, LLC.

108. Radio Agreement, dated as of June 9, 2008, by and between Capstar Radio Operating Company and Coyotes Hockey, LLC.

109. Letter Agreement, dated as of October 1, 2008, by and between Fox Sports Net Arizona, LLC and Coyotes Hockey Club, LLC [sic] (over-the-air television) and Letter Agreement, dated as of April 22, 1999, by and between Fox Sports Net Arizona, LLC and Coyotes Hockey, LLC, as amended by that certain Amendment to Letter of Agreement, dated as of May 23, 2003, by and between Fox Sports Net Arizona, LLC and Coyotes Hockey, LLC (pay television).

110. Valet Parking Services Agreement, dated as of April 3, 2008, by and between Arena Management Group, LLC and Epic Consulting Inc. d/b/a Epic Valet.

111. Agreement of Employment, dated as of January 15, 2006, by and between John Browne and Coyotes Hockey, LLC, as amended by that certain Employment Agreement Amendment, effective as of May 1, 2007, by and between Coyotes Hockey, LLC and John Browne.

112.  Agreement of Employment, dated as of July 1, 2008, by and between Coyotes Hockey, LLC and Bob Heethuis.

113.  Douglas G. Moss Employment Agreement, effective as of January 2, 2003, by and between Coyotes Hockey, LLC and Douglas G. Moss, as amended by that certain Moss Employment Agreement Amendment and Extension, effective as of November 18, 2005, by and between Coyotes Hockey, LLC and Douglas G. Moss.

114.  Employment Agreement, dated as of January 25, 2006, by and between Coyotes Hockey, LLC and Michael J. Nealy, as amended by that certain Employment Agreement and Extension, dated as of May 15, 2007, by and between Coyotes Hockey, LLC and Michael J. Nealy.

115.  Agreement of Employment, dated as of June 28, 2007, by and between Coyotes Hockey, LLC and Dave Strader.

116.  Memorandum of Understanding, dated as of February 22, 2006, by and between Jim Foss and Arena Management Group, LLC, as amended by that certain Employment Agreement Amendment, effective as of March 13, 2008, by and between Arena Management Group, LLC and Jim Foss.

117.  Office Lease, dated as of December 28, 2007, by and between Coyotes Hockey, LLC and Whiteout Way Investments, LLC.

118.  Office Lease, dated as of June 26, 2005, by and between Entertainment Center Development, LLC (as successor in interest to Coyote Center Development, LLC) and Coyotes Hockey, LLC, as amended by that certain First Amendment to Office Lease, dated as of September 22, 2006, by and between Entertainment Center Development, LLC and Coyotes Hockey, LLC.

119.  Agreement of Purchase and Sale and Joint Escrow Instructions, dated as of September 25, 2006, by and between Entertainment Center Development, LLC and Coyotes Hockey, LLC.

120.  Trademark License Agreement, dated as of June 1, 1998, by and between Coyotes Ice, L.L.C. and BG Hockey Ventures, L.P.

121.  Letter of Agreement, dated as of November 21, 2008, by and between Coyotes Hockey, LLC and Creative Artists Agency LLC.

51

122. Letter Agreement, dated as of October 29, 2008, by and between Cox Media, LLC and Coyotes Hockey, LLC.

123. Services Agreement, dated as of June 1, 1998, by and between Coyotes Ice, L.L.C. and BG Hockey Ventures, L.P.

124. Memorandum of Understanding between Coyotes Hockey, LLC and Michael Bucek, dated June 18, 2004; Amendment and Extension to Employment Agreement entered into as of January 15, 2006, dated November 7, 2008, and 2008-2009 Executive Bonus Agreement.

125. Employment Agreement between Coyotes Hockey, LLC and Darren Pang, dated July 1, 2008.

126. Player Loan Agreement between Coyotes Hockey, LLC and the Flying Chandar Sports, LLC, effective as of August 6, 2009.

127. Event License Agreement between Arena Management Group, LLC and Lakewood Church, Inc., dated July 28, 2009.

128. Contract as Goaltending Coach, dated as of July 17, 2008, between Coyotes Hockey, LLC, and Grant Fuhr.

129. Sponsorship Letter of Agreement, dated as of October 11, 2006, between Coyotes Hockey, LLC and Stubhub, Inc.

130. Concession Licensing Agreement, dated as of November 6, 2003, and First Amendment, dated as of July 1, 2006, between Coyotes Hockey, LLC, and Facility Merchandising, Inc.

131. Agreement in Respect of Parking and Mixed-Use Development Agreement, dated as of September 25, 2006, among Coyote Center Development, LLC, Glendale-101 Development, LLC, Arena Development, LLC, Westgate Investments, LLC, Coyotes Hockey, LLC, and Arena Management Group, LLC.

132. Memorandum of Agreement, dated February 27, 2004, by and among the City of Glendale, Arena Management Group, LLC, Coyotes Hockey, LLC, Glendale-101 Development, LLC and Coyotes Center Development, LLC.

52

133. Lots 7 and 14A Temporary Parking License Agreement, dated November 29, 2005, by and between the City of Glendale, Coyote Center Development, LLC, Arena Management Group, LLC, and Coyotes Hockey, LLC.

134. Media Tower Lease Agreement, dated September 25, 2006, between Westgate Signage, LLC, and lessor, and Coyotes Hockey, LLC, as lessee.

135. Parking Use License and Easement Agreement, by and among Coyotes Hockey, LLC, Arena Management Group, LLC, Westgate Investments, LLC, and Coyote Center Development, LLC.

136. Partial Re-Assignment and Assumption Agreement, dated September 25, 2006, by and among Arena Development, LLC, Arena Management Group, LLC, and Drawbridge Special Opportunities Fund, LP.

137. Recognition and Non-Disturbance Agreement, dated as of September 25, 2006, by and between Coyote Center Development, LLC and Coyotes Hockey, LLC.

138. Team Guaranty, dated as of January 31, 2002, by Coyotes Hockey, LLC, to and in favor of the City of Glendale.

139. Assignment and Assumption Agreement, dated as of December 31, 2007, between Coyotes Hockey, LLC, and Whiteout Way Investments, LLC.

140. Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing, dated as of September 25, 2006, by Coyote Center Development, LLC, in favor of First American Title Insurance Company, for the benefit of Coyotes Hockey, LLC.

141. Recognition and Non-Disturbance Agreement, dated as of September 25, 2006, by and between Coyote Center Development, LLC and Coyotes Hockey, LLC.

142. First American Title Insurance Company Construction Disbursement Escrow Agreement, dated as of July 1, 2008, by and among the City of Glendale, Coyote Center Development, LLC, Coyote Hockey, LLC, Arena Management Group, LLC, Glendale Garage LLC and First American Title Insurance Company.

53

# EXHIBIT 2: ARENA CONTRACTS

| Contract Number[3] | Non-Debtor Party | Contract Description[4] | Maximum Allowed Amount |
|---|---|---|---|
| 83 | Climatec Building Technology Group | Service Agreement | $0.00 |
| 84 | Climatec Building Technology Group | Fire Alarm Test & Inspect Proposal | $0.00 |
| 85 | Daktronics Inc. | Services Agreement | $0.00 |
| 86 | International Chemtex Corporation | Water Services Agreement | $0.00 |
| 87 | Kone Inc. | Maintenance Agreement | $0.00 |
| 88 | LandCorp Property Maintenance Inc. | Agreement for Services | $0.00 |
| 91 | NRG Services Southwest Inc. | Stagehand Services Agreement | $0.00 |
| 92 | Cirque du Soleil America Inc. | Event License Agreement | $0.00 |
| 93 | Premier Marketing Inc. | Event License Agreement (Sean Hannity) | $0.00 |
| 94 | Live Nation Worldwide Inc. | Event License Agreement (Jonas Brothers) | $0.00 |
| 95 | AEG Live Productions LLC | Event License Agreement (Miley Cyrus) | $0.00 |
| 96 | AEG Live Productions LLC | Event License Agreement (Pink) | $0.00 |
| 97 | AEG Live Productions LLC | Event License Agreement (Wisin Y Yandel) | $0.00 |
| 98 | Knights of Columbus Inc. | Rental Agreement | $0.00 |
| 99 | Truly Every Assignment Matters (T.E.A.M.) | Staffing Services Agreement | $0.00 |
| 103 | Live Nation (as successor to Clear Channel Communications Inc.) | Clear Channel and Glendale Arena (n/k/a Jobing.com Arena) Term Sheet | $0.00 |
| 107 | AEG Facilities Inc. | Venue Support Service Agreement | $0.00 |

---

[3] The "Contract Number" is the number associated with the contract as set forth on Schedule 2.14(a) of the APA.

[4] *See* APA Schedule 2.14(a) for a detailed description of the contract.

| EXHIBIT 2: ARENA CONTRACTS | | | |
|---|---|---|---|
| Contract Number[3] | Non-Debtor Party | Contract Description[4] | Maximum Allowed Amount |
| 110 | Epic Consulting Inc. d/b/a Epic Valet | Valet Parking Services Agreement | $0.00 |
| 116 | Jim Foss | Employment Agreement[5] | $0.00 |
| 127 | Lakewood Church Inc. | Event License Agreement | $0.00 |

---

[5] This contract is also an Expired Contract. *See* Exhibit 3.

# EXHIBIT 3: EXPIRED CONTRACTS

| Contract Number[6] | Non-Debtor Party | Contract Description[7] | Contract Expiration Date | Maximum Allowed Amount |
|---|---|---|---|---|
| 20 | Atomic Pest Control LLC | Letter Agreement | 06/30/2010 | $0.00 |
| 22 | Benson Security Systems Inc. | Sponsorship Letter Agreement | 06/30/2010 | $0.00 |
| 25 | Comerica Bank | Letter Agreement | 06/30/2010 | $0.00 |
| 26 | Danny's Family Companies LLC | Letter Agreement | 06/30/2010 | $0.00 |
| 27 | Delta Dental of Arizona | Letter Agreement | 06/30/2010 | $0.00 |
| 30 | Galardi Group Franchise & Leasing LLC | Letter Agreement | 06/30/2010[8] | $0.00 |
| 32 | Government Employees Insurance Company | Letter Agreement | 06/30/2010 | $0.00 |
| 33 | Heritage Graphics Inc. | Letter Agreement | 06/30/2010 | $0.00 |
| 34 | RideNow Management LLC | Letter Agreement | 06/30/2010 | $0.00 |
| 35 | Salt River Project Agricultural Improvement and Power District | Letter Agreement | 06/30/2010 | $0.00 |
| 36 | Vemma Nutrition Company | Letter Agreement | 06/30/2010 | $0.00 |
| 39 | Southwest Water Conditioning Inc d/b/a Culligan | Agreement for Sponsorship and Promotion | 06/30/2010 | $0.00 |
| 41 | Cigna Corporation | Agreement for Sponsorship and Promotion | 06/30/2010 | $0.00 |
| 42 | CMG Enterprises Inc. | Letter Agreement | 06/30/2010 | $0.00 |
| 43 | Dreyer's Grand Ice Cream Inc. | Letter Agreement | 06/30/2010 | $0.00 |
| 45 | Classic Foods Inc. | Letter Agreement | 06/30/2010 | $0.00 |
| 46 | Unifirst Corporation | Letter Agreement | 06/30/2010 | $0.00 |
| 49 | Selectbuild Arizona, LLC | Amended and Restated Suite License Agreement | 07/10/2009[9] | $0.00 |
| 61 | Phelps Dodge Corporation | Suite License Agreement | 09/14/2009 | $0.00 |

[6] The "Contract Number" is the number associated with the contract as set forth on Schedule 2.14(a) of the APA.

[7] *See* APA Schedule 2.14(a) for a detailed description of the contract.

[8] As originally drafted, the term of this contract ends on June 30, 2010. However, the parties terminated this contract on November 2, 2009, by mutual consent, pursuant to a *Termination Agreement* dated November 2, 2009.

[9] Selectbuild Arizona, LLC and affiliated entities filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the District of Delaware on June 16, 2009 (Case No. 09-12074, jointly administered). The Delaware Bankruptcy Court approved Selectbuild Arizona LLC's motion to reject this contract under Bankruptcy Code § 365 effective as of July 10, 2009. *See* http://www.bmcrestructuring.com.

# EXHIBIT 3: EXPIRED CONTRACTS

| Contract Number[6] | Non-Debtor Party | Contract Description[7] | Contract Expiration Date | Maximum Allowed Amount |
|---|---|---|---|---|
| 62 | VHS Acquisition Subsidiary No. 8 Inc. d/b/a Abrazo Region Services | Suite License Agreement | 05/31/2010 | $0.00 |
| 64 | Evans Overhead Door LLC | Suite License Agreement | 09/30/2009 | $0.00 |
| 66 | Lawns By Les LLC | Suite License Agreement | 09/26/2009 | $0.00 |
| 69 | Clareity Ventures Inc. | Suite License Agreement | 11/22/2009 | $0.00 |
| 70 | Lerner & Rowe P.C. | Suite License Agreement | 04/30/2010 | $0.00 |
| 72 | Wells Fargo Bank, National Association | Suite License Agreement | 06/30/2010 | $0.00 |
| 74 | Ed Jovanovski | Suite License Agreement | 08/31/2009 | $0.00 |
| 75 | Godaddy.com | Suite License Agreement | 11/06/.2009 | $0.00 |
| 76 | The Silverleaf Club LLC | Suite License Agreement | 05/31/2010 | $0.00 |
| 81 | Derek Morris | Suite License Agreement | 09/14/2009 | $0.00 |
| 90 | Lawns by Les LLC | Bid Package | 03/23/2009 | $0.00 |
| 100 | BSA Business Solutions Inc. (f/k/a Ricoh Americas Corp. - Arizona) | Value Lease Agreement | 04/19/2010 | $0.00 |
| 101 | BSA Business Solutions Inc. (f/k/a Ricoh Americas Corp. - Arizona | Value Lease Agreement[10] | 04/19/2010 | $0.00 |
| 109 | Fox Sports Net Arizona LLC | Letter Agreement | 06/30/2010[11] | $0.00 |
| 112 | Bob Heethius | Employment Agreement | 06/30/2010 | $0.00 |
| 114 | Mike Nealy | Employment Agreement | 01/30/2010 | $0.00 |
| 115 | Dave Strader | Employment Agreement | 06/28/2010 | $0.00 |
| 116 | Jim Foss | Employment Agreement[12] | 03/12/2010 | $0.00 |

[10] Contract Nos. 100 and 101 are duplicates.

[11] The term of the contract is eleven NHL seasons, beginning with the 1998-99 season.

[12] This contract is also an Arena Contract. *See* Exhibit 2.

## EXHIBIT 3: EXPIRED CONTRACTS

| Contract Number[6] | Non-Debtor Party | Contract Description[7] | Contract Expiration Date | Maximum Allowed Amount |
|---|---|---|---|---|
| 121 | Creative Artists Agency LLC | Letter of Agreement | 04/13/2009 | $0.00 |
| 123 | Coyotes Ice LLC | Services Agreement | 05/30/2010 | $0.00 |
| 124 | Michael Bucek | Employment Agreement | 06/30/2010 | $0.00 |
| 126 | Flying Chandler Sports LLC | Player Loan Agreement | 06/30/2010 | $0.00 |
| 128 | Grant Fuhr | Employment Agreement | 06/30/2010 | $0.00 |

# EXHIBIT 4: SPONSORSHIP AGREEMENTS

| Contract Number[13] | Non-Debtor Party | Contract Description[14] | Contract Expiration Date | Maximum Allowed Amount |
|---|---|---|---|---|
| 21 | AT&T Operations Inc. | Sponsorship Agreement | 06/30/2013 | $0.00 |
| 23 | Sharp Electronics Corporation | Sponsorship Agreement | 06/30/2013 | $0.00 |
| 24 | Valley Toyota Dealer Associations Inc. | Sponsorship Agreement | 06/30/2013 | $0.00 |
| 28 | Desert Schools Federal Credit Union | Sponsorship Agreement | 06/30/2012 | $0.00 |
| 29 | Diamond Resorts International LLC | Sponsorship Agreement | 06/30/2012 | $0.00 |
| 31 | Gila River Gaming Enterprises Inc. | Sponsorship Agreement | 06/30/2012 | $0.00 |
| 37 | Waste Management of Arizona Inc. | Sponsorship Agreement | 06/30/2012 | $0.00 |
| 38 | Bottling Group LLC d/b/a The Pepsi Bottling Group | Sponsorship Agreement | 06/30/2012 | $0.00 |
| 40 | Peoria Polar LLC, Chandler Polar LLC, and Gilbert Polar LLC | Sponsorship Agreement | 06/30/2011 | $0.00 |
| 44 | Oggi's Pizza & Brewing Co. | Sponsorship Agreement | 06/30/2011 | $0.00 |
| 47 | Heineken USA Inc. d/b/a Heineken | Sponsorship Agreement | 09/15/2010 | $0.00 |
| 122 | Cox Media | Sponsorship Agreement | 06/30/2011 | $0.00 |
| 129 | Stubhub, Inc. | Sponsorship Letter of Agreement | 06/30/2011 | $0.00 |
| 143 | Sharp Electronics | Sponsorship Agreement | 06/30/2013 | $0.00 |

---

[13] The "Contract Number" is the number associated with the contract as set forth on Schedule 2.14(a) of the APA.
[14] *See* APA Schedule 2.14(a) for a detailed description of the contract.

# EXHIBIT 5: SUITE LICENSE AGREEMENTS

| Contract Number[15] | Non-Debtor Party | Contract Description[16] | Contract Expiration Date | Maximum Allowed Amount |
|---|---|---|---|---|
| 48 | Don Sanderson Ford, Inc. | Amended and Restated Suite License Agreement | 06/30/2011 | $0.00 |
| 50 | Kabuto Arizona Properties, L.L.C. | Agreement | 12/31/2013 | $0.00 |
| 51 | CB Richard Ellis, Inc. | Suite License Agreement | 03/17/2012 | $0.00 |
| 52 | Arena Partners LLC | Suite License Agreement | 01/18/2017 | $0.00 |
| 53 | B&B Holdings, Inc. | Suite License Agreement | 09/19/2011 | $0.00 |
| 54 | Desert Schools Federal Credit Union | Suite License Agreement | 06/30/2012 | $0.00 |
| 55 | Honeywell International, Inc. | Suite License Agreement | 06/30/2011 | $0.00 |
| 56 | Inhouse Assist, LLC | Suite License Agreement | 10/31/2014 | $0.00 |
| 57 | Jobing.com LLC | Suite License Agreement | 10/31/2016 | $0.00 |
| 58 | Kiewit Western Co. | Amended and Restated Suite License Agreement | 07/01/2011 | $0.00 |
| 59 | Jerry Dailey | Suite License Agreement | 01/20/2012 | $0.00 |
| 60 | Perini Building Company, LLC | Suite License Agreement | 06/30/2011 | $0.00 |
| 63 | WDG Enterprises, Inc. | Suite License Agreement | 06/30/2011 | $0.00 |
| 65 | Bottling Group, LLC d/b/a The Pepsi Bottling Group | Suite License Agreement | 06/30/2012 | $0.00 |
| 67 | Waste Management of Arizona, Inc. | Suite License Agreement | 06/30/2012 | $0.00 |
| 68 | Adolfson & Peterson, Inc. | Suite License Agreement | 07/31/2010 | $0.00 |
| 71 | Avnet, Inc. | Suite License Agreement | 06/30/2013 | $0.00 |
| 73 | Shane Doan | Suite License Agreement | 08/31/2012 | $0.00 |

---

[15] The "Contract Number" is the number associated with the contract as set forth on Schedule 2.14(a) of the APA.

[16] *See* APA Schedule 2.14(a) for a detailed description of the contract.

| EXHIBIT 5: SUITE LICENSE AGREEMENTS | | | | |
|---|---|---|---|---|
| Contract Number[15] | Non-Debtor Party | Contract Description[16] | Contract Expiration Date | Maximum Allowed Amount |
| 77 | Pleiades Real Estate Investments, LLC | Suite License Agreement | 06/30/2012 | $0.00 |
| 78 | Parris & Parris, PLC | Amended and Restated Suite License Agreement | 12/25/2014 | $0.00 |
| 79 | 4 Horsemen Transportation Inc. | Suite License Agreement | 11/22/2011 | $0.00 |
| 80 | Positive Impact Investments, LLC | Suite License Agreement | 01/07/2011 | $0.00 |
| 82 | LandCorp Property Maintenance I, Inc. | Loge Suite License Agreement | 09/01/2010 | $0.00 |

# Exhibit 6

## (Calculation of 502(b)(6) Cap Related to AMULA)

**Arena Management, Use and Lease Agreement ("AMULA")**
**Potential Rejection Claim**

[A]  One Year's Rent

"Rent" for one year (May 5, 2009 to May 5, 2010):

| AMULA sec. | Rent | Monthly | 1 Year | | |
|---|---|---|---|---|---|
| 9.3.1(a)(i) | Base Team Fee | 42,708.00 | 512,496.00 | | |
| | | | | | |
| 9.3.1(b) | Additional Team Fee - Renewal & Replacement Contribution | Quarterly | | | Total Rent |
| | 5/5/09 to 12/31/09 | 81,250.00 | 162,500.00 | | 1 year |
| | 1/1/10 to 5/5/10 | 88,250.00 | 176,500.00 | | |
| | | | 851,496.00 | ----> | 851,496.00  A |

[B]  15% of remaining lease term, not to exceed 3 years - See Note (1)

"Rent" for three years (May 5, 2009 to May 5, 2012):

| AMULA sec. | Rent | Monthly | 3 Year Cap | | |
|---|---|---|---|---|---|
| 9.3.1(a)(i) | Base Team Fee for 36 months | 42,708.00 | 1,537,488.00 | | |
| | | | | | |
| 9.3.1(b) | Additional Team Fee - Renewal & Replacement Contribution | Quarterly | | | 15% of Next |
| | 5/5/09 to 12/31/09   (2 qtrs.) | 81,250.00 | 162,500.00 | | 3 Years |
| | 1/1/10 to 12/31/10   (4 qtrs.) | 88,250.00 | 353,000.00 | | Total Rent |
| | 1/1/11 to 12/31/11   (4 qtrs.) | 89,000.00 | 356,000.00 | | |
| | 1/1/12 to 5/5/12     (2 qtrs.) | 73,250.00 | 146,500.00 | | |
| | | | 2,555,488.00 | ----> | 2,555,488.00  B |

Greater of A or B  =  2,555,488.00

Note (1) - The 3 year cap limitation is in effect due to 15% of remaining lease term exceeding
36 months (15% times 26 years times 12 months = 46.8 months)

# EXHIBIT 7: WESTGATE CONTRACTS

| Contract Number[17] | Contract Description[18] | Maximum Allowed Amount |
|---|---|---|
| 1 | Partition and Sale Agreement | To be determined |
| 2 | Amended and Restated Agreement in Respect of Parking and Mixed-Use Development Agreement | To be determined |
| 3 | Agreement for the Replacement of Temporary Parking | To be determined |
| 4 | Declaration of Easements | To be determined |
| 5 | Master Declaration of Easements, Covenants, Conditions and Restrictions for Westgate | To be determined |
| 6 | Common Operation and Reciprocal Easement Agreement for the Village Retail District at Westgate | To be determined |
| 7 | Common Operation and Reciprocal Easement Agreement for the Village Retail District at Westgate | To be determined |
| 8 | Common Operation and Reciprocal Easement Agreement for the Destination Retail District | To be determined |
| 9 | Nondisturbance and Attornment Agreement | To be determined |
| 10 | Parking Replacement Agreement | To be determined |
| 11 | Revised and Restated Parking Use License and Easement Agreement | To be determined |
| 12 | Reassignment and Assumption Agreement | To be determined |
| 13 | Safety and Security Agreement | To be determined |
| 14 | Consolidated Trailing Agreement | To be determined |
| 15 | Sponsorship and Marketing Cooperation Agreement | To be determined |
| 16 | Team Guaranty Undertaking and Indemnification Agreement | To be determined |
| 17 | Agreement | To be determined |
| 18 | Assignment and Assumption Agreement | To be determined |
| 117 | Office Lease | To be determined |
| 118 | Office Lease | To be determined |
| 119 | Agreement of Purchase and Sale and Joint Escrow Instructions | To be determined |
| 131 | Agreement in Respect of Parking and Mixed-Use Development Agreement | To be determined |
| 132 | Memorandum of Agreement | To be determined |
| 133 | Lots 7 and 14A Temporary Parking License Agreement | To be determined |
| 134 | Media Tower Lease Agreement | To be determined |
| 135 | Parking Use License and Easement Agreement | To be determined |
| 136 | Partial Re-Assignment and Assumption Agreement | To be determined |

[17] The "Contract Number" is the number associated with the contract as set forth on Schedule 2.14(a) of the APA.
[18] *See* APA Schedule 2.14(a) for a detailed description of the contract.

## EXHIBIT 7: WESTGATE CONTRACTS

| Contract Number[17] | Contract Description[18] | Maximum Allowed Amount |
|---|---|---|
| 137 | Recognition and Non-Disturbance Agreement | To be determined |
| 138 | Team Guaranty | To be determined |
| 139 | Assignment and Assumption Agreement | To be determined |
| 140 | Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing | To be determined |
| 141 | Recognition and Non-Disturbance Agreement | To be determined |
| 142 | First American Title Insurance Company Construction Disbursement Escrow Agreement | To be determined |

## EXHIBIT 8: MISCELLANEOUS CONTRACTS

| Contract Number[19] | Non-Debtor Party | Contract Description[20] | Contract Expiration Date | Maximum Allowed Amount |
|---|---|---|---|---|
| 89 | Lease Group Resources | Master Lease Agreement | 08/28/2013 | $569,419.00 |
| 102 | Ticketmaster | License User Agreement | 07/31/2012 | $1,731,200.00 |
| 106 | Aramark Sports & Entertainment Services | Catering & Concession Agreement | 06/30/2020 | $4,533,333.00 |
| 113 | Douglas Moss | Employment Agreement Amendment and Extension | 12/31/2010 | $375,000.00 |
| 120 | Coyotes Ice | Trademark License Agreement | 06/01/2013 | $120,000.00 |
| 130 | Facility Merchandising, Inc. | Concession Licensing Agreement | 06/30/2012 | $682,437.00 |

[19] The "Contract Number" is the number associated with the contract as set forth on Schedule 2.14(a) of the APA.
[20] *See* APA Schedule 2.14(a) for a detailed description of the contract.

# Exhibit 9

**(Calculation of Maximum Allowed Amount of Potential Rejection Claim Related to Glendale Contract No. 103 -- Ticketmaster)**

**Ticketmaster**
**Estimated Potential Claim**
**As of 6-30-2010**

| | | |
|---|---|---:|
| [1] | 2008-09 Fees earned - Actual | 1,107,970 |
| | Estimated Profit % | 75% |
| | Estimated Income for 12 months | 830,978  A |
| | Divide by | 12 months |
| | Average profit per month | 69,248 |
| | Remaining months on contract | x  25 months |
| | Claim estimate for one year's profit | $   1,731,200 |

[1] Earned fees for 7/1/08-6/30/09 for all events including hockey per Coyotes
financial management.

# Exhibit 10

**(Calculation of Maximum Allowed Amount of Potential Rejection Claim
Related to Glendale Contract No. 106 -- Aramark)**

Aramark Sports & Entertainment Services
Catering & Concession Agreement
Estimated Claim

Contract Term - 7/24/03 to 6/30/19 (15 yrs after 1st anniversary date beginning 6/30/04)
Extended for 1 yr (due to strike) to 2020 per 1/27/06 notice

Termination Payment per section 14(e)

A  Capital Grant:

| | | |
|---|---:|---|
| Initial investment by Aramark | 8,000,000 | |
| Months amortized (15 yrs x 12) | 180 | |
| Monthly straight-line amortization | 44,444 | |
| times months remaining | 102 | |
| Unamortized Capital Grant | 4,533,333 | |

B  Start-up Expenses:

| | | |
|---|---:|---|
| Initial outlay | 700,000 | |
| Amortization Schedule per contract: | | |
| Year 1 - 30% (y/e 9/04) | 210,000 | |
| Year 2 - 30% (y/e 9/05) | 210,000 | |
| Year 3 - 20% (y/e 9/06) | 140,000 | |
| Year 4 - 20% (y/e 9/07) | 140,000 | |
| Fully amortized | 700,000 | No claim |

Months

| | |
|---:|---|
| 0 | Arena opened 12/26/03 |
| 12 | 2004 |
| 12 | 2005 |
| 12 | 2006 |
| 12 | 2007 |
| 12 | 2008 |
| 12 | 2009 |
| 6 | to 6/30/10 |
| 78 | Amortized |
| 180 | total months |
| 102 | Unamortized months |

14 additional months have amortized
since Aramark's POC calcualtion

Analysis of Aramark Proof of Claim Amount

| | Months | |
|---:|---|---|
| 0 | Arena opened 12/26/03 | |
| 12 | 2004 | |
| 12 | 2005 | |
| 12 | 2006 | |
| 12 | 2007 | |
| 12 | 2008 | |
| 4 | 2009 (Filed BK 5/09) | |
| 64 | Amortized | |
| 180 | total months | |
| 116 | Unamortized months | |
| 44,444 | x Monthly Amort. | |
| 5,155,556 | = Aramark Claim at filing | |
| 5,095,022 | POC filed by Aramark | |
| 60,534 | Unexplained Diff. | |

Estimated claim as of 6/30/10 would equal unamortized Capital Grant --->   4,533,333

# Exhibit 11

**(Calculation of Maximum Allowed Amount of Potential Rejection Claim Related to Glendale Contract No. 130 -- Facilities Merchandising)**

**PHOENIX COYOTES**
**FMI MERCHANDISE REPORT**
**For the 2008-2009 Season**

Note: Net Commission settlement reported 30 days after end-of-month

| Game # | Date | Opponent | FMI Gross Sales | Net Commission Received |
|---|---|---|---|---|
| P1 | Saturday, September 27, 2008 | Anaheim Mighty Ducks | 13,811.30 | 2,563.96 |
| P2 | Monday, September 29, 2008 | San Jose Sharks | 6,589.50 | 1,203.53 |
| P3 | Saturday, October 04, 2008 | Los Angeles Kings | 12,994.70 | 2,327.47 |
| | Pre-Season Team Store | | | 2,399.00 |
| 1 | Saturday, October 11, 2008 | Columbus Blue Jackets | 36,734.40 | 6,670.52 |
| 2 | Thursday, October 23, 2008 | Washington Capitals | 21,402.15 | 3,883.23 |
| 3 | Saturday, October 25, 2008 | Calgary Flames | 24,188.05 | 4,467.28 |
| 4 | Thursday, October 30, 2008 | Pittsburgh Penguins | 20,280.25 | 3,782.98 |
| | October Team Store | | | 3,451.82 |
| 5 | Saturday, November 01, 2008 | Minnesota Wild | 14,845.50 | 2,726.68 |
| 6 | Saturday, November 08, 2008 | Florida Panthers | 22,024.60 | 4,179.61 |
| 7 | Sunday, November 09, 2008 | San Jose Sharks | 20,385.15 | 3,802.22 |
| 8 | Saturday, November 15, 2008 | Dallas Stars | 24,363.45 | 4,573.87 |
| 9 | Tuesday, November 18, 2008 | Chicago Blackhawks | 16,481.40 | 3,156.47 |
| 10 | Friday, November 28, 2008 | Colorado Avalanche | 39,014.05 | 7,121.64 |
| 11 | Saturday, November 29, 2008 | San Jose Sharks | 29,026.25 | 5,068.16 |
| | November Team Store | | | 2,033.35 |
| 12 | Tuesday, December 02, 2008 | Los Angeles Kings | 17,095.90 | 3,072.63 |
| 13 | Thursday, December 04, 2008 | Toronto Maple Leafs | 15,814.82 | 2,851.42 |
| 14 | Thursday, December 11, 2008 | Minnesota Wild | 19,693.20 | 3,302.54 |
| 15 | Saturday, December 13, 2008 | Detroit Red Wings | 27,578.45 | 4,813.64 |
| 16 | Thursday, December 18, 2008 | Nashville Predators | 21,450.15 | 3,575.63 |
| 17 | Saturday, December 20, 2008 | Columbus Blue Jackets | 37,252.95 | 6,057.69 |
| 18 | Saturday, December 27, 2008 | Los Angeles Kings | 27,987.65 | 5,351.33 |
| 19 | Wednesday, December 31, 2008 | Colorado Avalanche | 20,083.10 | 3,957.82 |
| | December Team Store | | | 3,931.22 |
| 20 | Friday, January 02, 2009 | New York Islanders | 18,674.25 | 3,478.87 |
| 21 | Tuesday, January 06, 2009 | Chicago Blackhawks | 13,108.10 | 2,506.19 |
| 22 | Thursday, January 08, 2009 | Tampa Bay Lightning | 10,406.70 | 1,990.34 |
| 23 | Saturday, January 10, 2009 | Dallas Stars | 18,124.50 | 3,452.91 |
| 24 | Tuesday, January 20, 2009 | Detroit Red Wings | 13,623.55 | 2,629.26 |
| 25 | Tuesday, January 27, 2009 | Anaheim Mighty Ducks | 18,562.40 | 3,388.80 |
| 26 | Saturday, January 31, 2009 | Buffalo Sabres | 24,518.65 | 4,690.64 |
| | January Team Store | | | 770.80 |
| 27 | Saturday, February 07, 2009 | Carolina Hurricanes | 21,297.00 | 3,996.70 |
| 28 | Thursday, February 12, 2009 | Vancouver Canucks | 20,488.35 | 3,726.29 |
| 29 | Saturday, February 14, 2009 | Calgary Flames | 27,076.05 | 5,145.97 |
| 30 | Monday, February 16, 2009 | Edmonton Oilers | 18,748.20 | 3,625.40 |
| 31 | Thursday, February 19, 2009 | Atlanta Thrashers | 16,392.05 | 3,039.37 |
| 32 | Saturday, February 28, 2009 | St. Louis Blues | 25,765.05 | 4,763.87 |
| | February Team Store | | | 1,634.01 |
| 33 | Saturday, March 14, 2009 | Nashville Predators | 20,895.10 | 3,908.75 |
| 34 | Tuesday, March 17, 2009 | San Jose Sharks | 19,189.88 | 3,608.53 |
| 35 | Thursday, March 19, 2009 | Anaheim Mighty Ducks | 16,586.55 | 2,851.08 |
| 36 | Saturday, March 21, 2009 | Vancouver Canucks | 20,277.30 | 3,882.96 |
| 37 | Thursday, March 26, 2009 | Edmonton Oilers | 18,182.35 | 3,429.31 |
| 38 | Monday, March 30, 2009 | Dallas Stars | 14,886.30 | 2,728.52 |
| | March Team Store | | | 1,344.42 |
| 39 | Thursday, April 02, 2009 | Los Angeles Kings | 10,939.00 | 2,050.14 |
| 40 | Tuesday, April 07, 2009 | St. Louis Blues | 13,435.00 | 2,297.26 |
| 41 | Saturday, April 11, 2009 | Anaheim Mighty Ducks | 64,819.75 | 174.58 |
| | April Team Store | | | 400.32 |
| | May Team Store | | | 487.02 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL COMMISSIONS | | | 935,093 | 176,328 | 758,765 |
| | | | | to Coyotes | to FMI |

| | | | | |
|---|---|---|---|---|
| | FMI's estimated cost | 50% | | |
| | | 467,547 | | (467,547) |
| | | | Profit to FMI | 291,219 |
| | | 2 yrs remaining on contract | | x 2 |
| | | | | 582,437 |

| | |
|---|---|
| Estimated Claim for lost profits | 582,437 |
| Estimated inventory writeoff | 100,000 |
| Total estimated claim | 682,437 |

Assumption is that 6/30/10 would be the end of the season and inventory levels would be low. If team moves, the merchandise of "Phoenix Coyotes" would theoretically be worthless.