Thomas J. Salerno (AZ Bar No. 007492) tsalerno@ssd.com
Jordan A. Kroop (AZ Bar No. 018825) jkroop@ssd.com
Kelly Singer (AZ Bar No. 024024) ksinger@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
Two Renaissance Square, Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004-4498
(602) 528-4000

Counsel to the Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEWEY RANCH HOCKEY, LLC,<br><br>COYOTES HOLDINGS, LLC,<br><br>COYOTES HOCKEY, LLC, and<br><br>ARENA MANAGEMENT GROUP, LLC,<br><br>Debtors. | Case No. 2:09-bk-09-09488<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED HEARING**<br><br>**Date of Hearing: July 22, 2010**<br>**Time of Hearing: 1:30 p.m.** |
| This Filing Applies to:<br>  ■    All Debtors<br>  ❏    Specified Debtors | |

**PLEASE NOTE** that the hearing on the following motions (the "**Motions**") has been continued to **Thursday, July 22, 2010, at 1:30 p.m.**, (MST) in Courtroom 703, United States Bankruptcy Court, 230 N. 1st Avenue, Phoenix, Arizona 85003:

1.    *Emergency Motion Under Bankruptcy Code Sections 105(a) And 502(c) To Estimate City Of Glendale's Claim For Purposes Of Distribution* (D.E. 1109), filed on November 13, 2009 by Dewey Ranch Hockey, LLC, Coyotes Holdings, LLC, Coyotes Hockey,

LLC, and Arena Management Group, LLC, debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**");

2.     *Motion To Convert Chapter 11 Case To Case Under Chapter 7 Pursuant To 11 U.S.C. § 1112(b)* (D.E. 1142), filed on December 3, 2009 by The City of Glendale, Arizona;

3.     *Committee's Request For Status Hearing Regarding Sale Of Debtors' Assets* (D.E. 1037), filed on October 9, 2009 by The Official Joint Committee of Unsecured Creditors;

4.     *Motion For Order: (A) Approving Disclosure Statement; (B) Authorizing Solicitation Of Votes On The Plan; (C) Approving Solicitation Procedures; (D) Scheduling Hearing On Confirmation Of The Plan; And (E) Approving Form, Manner And Sufficiency Of Notice* (D.E. 1197), filed on February 25, 2010 by the Debtors;

5.     *Motion Under Bankruptcy Code Sections 105(a) And 502(c) To Estimate Claims Related To Glendale Contracts For Purposes Of Plan Distribution* (D.E. 1208), filed on March 11, 2010 by the Debtors;

6.     *Motion to Estimate Claims Related to Certain Additional Contracts for Purposes of Plan Distribution Under Bankruptcy Code Sections 105(a) and 502(c)* (D.E. 1211), filed on March 11, 2010 by Conflicts Counsel for the Debtors; and

7.     *Motion to Dismiss* (D.E. 19 in Adversary Case 09-00952-RTBP), filed on October 16, 2009 by Jerry Moyes.

**PLEASE NOTE FURTHER** that objections to the Motions must be filed with the Court and served on counsel for the moving party so as to be received by **5:00 p.m. MST on July 15, 2010.**

Dated this 26th day of March, 2010.

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _/s/ Jordan A. Kroop_
     Thomas J. Salerno
     Jordan A. Kroop
     Kelly Singer
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Phone: (602) 528-4000
Fax: (602) 253-8129

Counsel to the Debtors