SO ORDERED.

Dated: June 24, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEWEY RANCH HOCKEY, LLC,<br>COYOTES HOLDINGS, LLC,<br>COYOTES HOCKEY, LLC, and<br>ARENA MANAGEMENT GROUP, LLC,<br><br>Debtors. | Case No. 2:09-bk-09-09488<br>(Jointly Administered)<br>Chapter 11<br><br><br><br>**STIPULATED ORDER CONTINUING HEARINGS** |
| This Filing Applies to:<br>☒ All Debtors<br>☐ Specified Debtors | **Date of Hearing: September 14, 2010**<br>**Time of Hearing: 9:00 a.m.** |

The above-captioned debtors-in-possession (the "**Debtors**"), the City of Glendale, and Jerry Moyes (together with his affiliates and related parties, collectively "**Moyes**," and collectively with the Debtors and Glendale, the "**Parties**") agree that all matters current set for hearing in these cases on July 22, 2010, at 1:30 p.m. (MST) should be adjourned to a date set forth below. For good cause,

**The Parties stipulate, and the Court ORDERS that:**

1.    The following motions and any related objections and responses (collectively, the "**Pleadings**") will be heard on **September 14, 2010 at 9:00 a.m. (MST)** in Courtroom 703, U.S. Bankruptcy Court, 230 N. 1st Avenue, Phoenix, Arizona 85003:

a. *Emergency Motion Under Bankruptcy Code Sections 105(a) And 502(c) To Estimate City Of Glendale's Claim For Purposes Of Distribution* (D.E. 1109), filed on November 13, 2009 by the Debtors;

b. *Debtors' Supplement to Motion Under Bankruptcy Code Sections 105(a) and 502(c) to Estimate City of Glendale's Claim for Purposes of Distribution* (D.E. 1123), filed on November 30, 2009 by the Debtors;

c. *Motion To Convert Chapter 11 Case To Case Under Chapter 7 Pursuant To 11 U.S.C. § 1112(b)* (D.E. 1142), filed on December 3, 2009 by Glendale;

d. *Debtors' Objection to the City of Glendale's Amended and Restated Proof of Claim No. 186* (D.E. 1159), filed on December 14, 2009 by the Debtors;

e. *Motion For Order: (A) Approving Disclosure Statement; (B) Authorizing Solicitation Of Votes On The Plan; (C) Approving Solicitation Procedures; (D) Scheduling Hearing On Confirmation Of The Plan; And (E) Approving Form, Manner And Sufficiency Of Notice* (D.E. 1197), filed on February 25, 2010 by the Debtors, with reference to the *Disclosure Statement In Support Of Amended Plan Dated May 25, 2010* (D.E. 1249), filed on May 25, 2010 by the Debtors;

f. *Motion Under Bankruptcy Code Sections 105(a) And 502(c) To Estimate Claims Related To Glendale Contracts For Purposes Of Plan Distribution* (D.E. 1208), filed on March 11, 2010 by the Debtors;

g. *Motion to Estimate Claims Related to Certain Additional Contracts for Purposes of Plan Distribution Under Bankruptcy Code Sections 105(a) and 502(c)* (D.E. 1211), filed on March 11, 2010 by Conflicts Counsel for the Debtors;

h. *Motion to Dismiss* (D.E. 19 in Adversary Case 09-00952-RTBP), filed on October 16, 2009 by Jerry Moyes; and

i. *City Of Glendale's Disclosure Statement In Support Of Its Plan Of Liquidation Dated June 16, 2010* (D.E. 1258), filed on June 16, 2010 by Glendale.

2. Any further objections or responses to the Pleadings must be filed with the Court and served on counsel for the moving party so as to be received by **5:00 p.m. MST on September 7, 2010.**

3. Nothing in this Stipulated Order may be construed as a waiver of any rights, arguments, objections, or defenses of any Party, including, without limitation, as to (a) the

rejection of the AMULA or other Glendale Contracts (as those terms are defined in the *Asset Purchase Agreement* dated as of November 2, 2009 between, among others, the Debtors, Coyotes Newco, LLC, and Arena Newco, LLC) and any claims arising in connection with any such rejection, and (b) any argument made by any Party that certain matters (including ones raised by one or more of the docket entries listed above) are premature or otherwise not ripe for decision at such time.

4. Each Party agrees that it will not initiate or move forward with any contested matter, litigation, settlement, or compromise concerning any of Glendale's or Moyes's claims in these cases or causes of action against the Parties, including, without limitation, objections to any such claims or motions for allowance of any such claims, except in accordance with this Stipulated Order.

| | |
|---|---|
| SQUIRE, SANDERS & DEMPSEY L.L.P. | BROWN RUDNICK LLP |
| By: _/s/ Jordan A. Kroop_ | By: _/s/ Andrew M. Sroka_ |
| Thomas J. Salerno | William R. Baldiga |
| Jordan A. Kroop | Andrew M. Sroka |
| One East Washington, Suite 2700 | One Financial Center |
| Phoenix, Arizona 85004 | Boston, MA 02111 |
| Phone: (602) 528-4000 | Phone: (617) 856-8174 |
| and | and |
| BRYAN CAVE LLP | FENNEMORE CRAIG, P.C. |
| By: _/s/ Edward Zachary_ | By: _/s/ Cathy L. Reece_ |
| Edward Zachary | Cathy L. Reece |
| Two North Central Avenue, Suite 220 | 3003 North Central Avenue, Suite 2600 |
| Phoenix, Arizona 85004 | Phoenix, Arizona 85012 |
| Phone: (602) 364-7000 | Phone: (602) 916-5000 |
| Counsel to the Debtors | Counsel to the City of Glendale |

JENNINGS, STROUSS & SALMON, P.L.C.

By: */s/ Peter W. Sorensen*
 Carolyn J. Johnsen
 Peter W. Sorensen
One East Washington Street
Phoenix, Arizona 85004
Telephone: (602) 262-5911

Counsel for Jerry Moyes

**ORDERED AS SIGNED AND DATED ABOVE**