Stephen P. Linzer, State Bar No. 002713
J. Daryl Dorsey, State Bar No. 024237

**TB TIFFANY & BOSCO**
P.A.

Third Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: spl@tblaw.com; jdd@tblaw.com
*Attorneys for Valley Toyota Dealers Assn.*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEWEY RANCH HOCKEY, LLC<br><br>COYOTES HOLDINGS, LLC,<br><br>COYOTES HOCKEY, LLC, AND<br><br>ARENA MANAGEMENT GROUP, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:09-bk-09488-RTB<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Stephen P. Linzer and J. Daryl Dorsey, of the law firm Tiffany & Bosco, P.A., hereby make their appearance as counsel for **VALLEY TOYOTA DEALERS ASSOCIATION**, and hereby request notice of all matters which may come before the Court concerning the Debtor, and further requests that such notices be addressed to:

Stephen P. Linzer, spl@tblaw.com
J. Daryl Dorsey, jdd@tblaw.com
Tiffany & Bosco, P.A.
Third Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237

This request includes notices and papers referred to in Bankruptcy Rules 2002 and 9007, and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other document brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex or otherwise.

RESPECTFULLY SUBMITTED this 25th day of June, 2010.

**TIFFANY & BOSCO, P.A.**

By: /s/ J. Daryl Dorsey, #024237
    Stephen P. Linzer
    J. Daryl Dorsey
    Third Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016
    *Attorneys for Valley Toyota Dealers Assn.*

**FOREGOING** filed electronically with the United States Bankruptcy Court for the District of Arizona this 25th day of June, 2010, with a **COPY** of the foregoing mailed or emailed this same date to:

DEWEY RANCH HOCKEY, LLC
State Route 69
Dewey, AZ 86327

Andrew V. Banas
SEYFARTH SHAW LLP
131 South Dearborn St. – Ste. 200
Chicago, IL  60603-65577
abanas@seyfarth.com

Edward M. Zachary
BRYAN CAVE LLP
2 N. Central Ave., Ste. 2200
Phoenix, AZ  85004
Edward.zachary@bryancave.com

Jordan A. Kroop
SQUIRE SANDERS & DEMPSEY LLP
1 E. Washington St., Ste. 2700
Phoenix, AZ  85004
jkroop@ssd.com

Kelly Singer
SQUIRE SANDERS & DEMPSEY
1 E. Washington St., Ste. 2700
Phoenix, AZ  85004
ksinger@ssd.com

Thomas J. Salerno
SQUIRE SANDERS & DEMPSEY LLP
1 E. Washington St., Ste. 2700
Phoenix, AZ  85004
tsalerno@ssd.com

*Attorneys for Debtor*

| | |
|---|---|
| 1 | |
| 2 | Larry Lee Watson<br>Office of the U.S. Trustee |
| 3 | 230 North First Avenue, Ste. 204<br>Phoenix, AZ   85003-1706 |
| 4 | larry.watson@usdoj.gov |
| 5 | *Attorney for U.S. Trustee* |
| 6 | |
| 7 | Kevin C. McCoy<br>ALLEN SALA & BAYNE, PLC |
| 8 | 1850 N. Central, Ste. 1150<br>Phoenix, AZ   85004 |
| 9 | kmccoy@asbazlaw.com |
| 10 | Leslie R. Hendrix<br>ALLEN SALA & BAYNE, PLC |
| 11 | 1850 N. Central, Ste. 1150<br>Phoenix, AZ   85004 |
| 12 | lhendrix@asbazlaw.com |
| 13 | Paul Sala |
| 14 | ALLEN SALA & BAYNE, PLC<br>1850 N. Central, Ste. 1150 |
| 15 | Phoenix, AZ   85004<br>psala@asbazlaw.com |
| 16 | |
| 17 | Thomas H. Allen<br>ALLEN SALA & BAYNE, PLC |
| 18 | 1850 N. Central, Ste. 1150<br>Phoenix, AZ   85004 |
| 19 | tallen@asbazlaw.com |
| 20 | *Attorneys for Creditor Committee* |
| 21 | |
| 22 | By: /s/Kathryn A. White |
| 23 | |
| 24 | |
| 25 | |
| 26 | |