# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEWEY RANCH HOCKEY, LLC,<br><br>COYOTES HOLDINGS, LLC,<br><br>COYOTES HOCKEY, LLC, and<br><br>ARENA MANAGEMENT GROUP, LLC<br><br>Debtors. | Case No. 2:09-bk-09-09488<br>(Jointly Administered)<br><br>Chapter 11 |
| This Filing Applies to:<br><br>☐ All Debtors<br><br>☒ Specified Debtors<br>　　Coyotes Hockey LLC | |

## CERTIFICATE OF SUPPLEMENTAL MAILING

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims, Noticing and Solicitation Agent for the Debtors in Possession in the above-captioned cases, whose business address is 444 North Nash Street, El Segundo, California 90245.

2. At the direction of Squire, Sanders & Dempsey L.L.P., counsel to the Debtors in Possession in the above-captioned cases, copies of the documents identified below by docket number were served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon, on June 29, 2010:

| Docket No. 1208 | MOTION UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 502(c) TO ESTIMATE CLAIMS RELATED TO GLENDALE CONTRACTS FOR PURPOSES OF PLAN DISTRIBUTION |
|---|---|
| | [PROPOSED] ORDER GRANTING DEBTOR'S MOTION UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 502(c) TO ESTIMATE CLAIMS RELATED TO GLENDALE CONTRACTS FOR PURPOSES OF PLAN DISTRIBUTION |
| Docket No. 1209 | DECLARATION OF DALE BELT REGARDING ESTIMATION OF POTENTIAL REJECTION CLAIMS RELATED TO GLENDALE CONTRACTS [Re: Docket No. 1208] |
| Docket No. 1211 | MOTION TO ESTIMATE CLAIMS RELATED TO CERTAIN ADDITIONAL CONTRACTS FOR PURPOSES OF PLAN DISTRIBUTION UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 502(c) |
| Exhibit "A" | The Affected Parties Address List regarding Docket Nos. 1208, 1209 and 1211 |

DATED: June 30, 2010
El Segundo, California

James H. Myers

State of California   )
                      )
County of Los Angeles )

On June 30, 2010 before me, Myrtle H. John, a Notary Public, personally appeared James H. Myers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MYRTLE H. JOHN
Commission # 1830617
Notary Public - California
Los Angeles County
My Comm Expires Jan 12, 2013

**EXHIBIT A**

# Dewey Ranch Hockey LLC

Total number of parties: 8

## Exhibit A - Dewey Ranch Hockey LLC

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 38858 | BG HOCKEY VENTURES L P , 9375 EAST BELL ROAD, SCOTTSDALE, AZ, 85260 | US Mail (1st Class) |
| 38858 | CLASSIC FOODS, INC , 629 MONY STREET, FORT WORTH, TX, 76102 | US Mail (1st Class) |
| 38858 | DEREK MORRIS, 9820 E THOMPSON PEAK #718, SCOTTSDALE, AZ, 85255 | US Mail (1st Class) |
| 38858 | FLYING CHANDLER SPORTS, ATTN  RYAN MOUGENEL, 4500 TROPICANA AVE., LAS VEGAS, NV, 89103 | US Mail (1st Class) |
| 38858 | JERRY DAILEY, 8009 WEST OLIVE, PEORIA, AZ, 85345 | US Mail (1st Class) |
| 38858 | LAKEWOOD CHURCH, INC , 3700 SOUTH WEST FREEWAY, HOUSTON, TX, 77027 | US Mail (1st Class) |
| 38858 | POSITIVE IMPACT INVESTMENTS, LLC, 7077 EASY MARILYN ROAD, SUITE 130, SCOTTSDALE, AZ, 85254 | US Mail (1st Class) |
| 38858 | THE SILVERLEAF CLUB, LLC, 18701 NORTH SILVERLEAF DRIVE, SCOTTSDALE, AZ, 85255 | US Mail (1st Class) |

Subtotal for this group: 8