Thomas J. Salerno (AZ Bar No. 007492) tsalerno@ssd.com
Jordan A. Kroop (AZ Bar No. 018825) jkroop@ssd.com
Kelly Singer (AZ Bar No. 022024) ksinger@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
Two Renaissance Squire, Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004-4498
(602) 528-4000
Counsel to the Debtors-In-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEWEY RANCH HOCKEY, LLC,<br><br>COYOTES HOLDINGS, LLC,<br><br>COYOTES HOCKEY, LLC, and<br><br>ARENA MANAGEMENT GROUP, LLC,<br><br>Debtors. | Case No. 2:09-bk-09488<br>(Jointly Administered)<br>Chapter 11<br><br>**NOTICE OF HEARING ON AMENDED MOTION UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 502(c) TO ESTIMATE CLAIMS RELATED TO GLENDALE CONTRACTS FOR PURPOSES OF PLAN DISTRIBUTION**<br><br>**Hearing Date: September 16, 2010**<br>**Hearing Time: 1:30 p.m.** |
| This Filing Applies to:<br>☐ All Debtors<br>■ Specified Debtors<br>　　Coyotes Hockey LLC | |

**PLEASE NOTE:**

1. COYOTES HOCKEY, LLC, (the "**Debtor**"), debtor-in-possession in the above-captioned Chapter 11 cases, filed the *Amended Motion Under Bankruptcy Code Sections 105(A) And 502(C) To Estimate Claims Related To Glendale Contracts For Purposes Of Plan Distribution* (the "**Motion**"), on August 25, 2010.

2. A hearing on the Motion has been set for **Thursday, September 16, 2010, at 1:30 p.m.**, (MST) in Courtroom 703, United States Bankruptcy Court, 230 N. 1st Avenue, Phoenix, Arizona 85003.

3. Objections to the Motion must be filed with the Court and served on undersigned counsel for the Debtor so as to be received by **5:00 p.m. MST on September 7, 2010.**

Dated this 25th day of August, 2010.

              SQUIRE, SANDERS & DEMPSEY L.L.P.

              By: */s/ Jordan A. Kroop*
                Thomas J. Salerno
                Jordan A. Kroop
                Kelly Singer
              Two Renaissance Square
              40 North Central Avenue, Suite 2700
              Phoenix, Arizona 85004
              Phone: (602) 528-4000
              Fax: (602) 253-8129

              Counsel to the Debtors