Thomas J. Salerno (AZ Bar No. 007492) tsalerno@ssd.com
Jordan A. Kroop (AZ Bar No. 018825) jkroop@ssd.com
Kelly Singer (AZ Bar No. 022024) ksinger@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-4498
(602) 528-4000

Counsel to the Debtors-In-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>DEWEY RANCH HOCKEY, LLC,<br><br>COYOTES HOLDINGS, LLC,<br><br>ARENA MANAGEMENT GROUP, LLC,<br><br>Debtors. | Case No. 2:09-bk-09488<br><br>Case No. 2:09-bk-09500<br><br>Case No. 2:09-bk-09495<br><br>Chapter 11<br>(Jointly Administered)<br><br>**DEBTORS' MOTION TO CONVERT CASES TO CHAPTER 7** |
| This Filing Applies to:<br>☐ All Debtors<br>■ Specified Debtors | |

DEWEY RANCH HOCKEY, LLC ("**Dewey**"), COYOTES HOLDINGS, LLC ("**Coyotes Holdings**"), and ARENA MANAGEMENT GROUP, LLC ("**Arena Management**," and together with Dewey and Coyotes Holdings, the "**Select Debtors**"), debtors-in-possession in the above-captioned chapter 11 cases (the "**Select Cases**"), desire to convert the Select Cases to cases under chapter 7 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "**Bankruptcy Code**"). The Select Debtors believe that the relief requested in this Motion may be granted *ex parte* under Bankruptcy Code § 1112(a) and Rules 1017(f)(2) and 9013 of the Federal Rules of Bankruptcy Procedure. In support of this Motion, the Debtors respectfully submit:

1. On May 5, 2009 (the "**Petition Date**"), the Select Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona. The Select Debtors operated their businesses and operations, to the extent they had any, as debtors-in-possession in accordance with Bankruptcy Code §§ 1107 and 1108.

2. The Select Debtors are eligible to be chapter 7 debtors under Bankruptcy Code § 109(b).

3. In accordance with Bankruptcy Code § 1112(a), the Debtors may convert the Select Cases to cases under chapter 7 because the Select Debtors are debtors-in-possession, the Select Cases were not originally commenced as involuntary cases, and the Select Cases have never previously been converted to chapter 11 cases.

4. To be clear, this Motion does <u>not</u> seek to convert the case of Coyotes Hockey, LLC ("**Coyotes Hockey**"), a jointly administered debtor with the Select Debtors (Case No. 2:09-bk-09491-RTBP). With regard to the Coyotes Hockey estate, this Court entered an order approving the sale of the Phoenix Coyotes Hockey team and certain related assets to the National Hockey League (the "**Sale**") on November 2, 2009. Because the assets subject to the Sale were property of Coyotes Hockey, the proceeds from the Sale are, therefore, property of the Coyotes Hockey estate. The proposed distribution of the sale proceeds is addressed in the *Second Amended Plan of Reorganization* (the "**Coyotes Hockey Plan**") and accompanying disclosure statement filed by Coyotes Hockey on December 1, 2010. The Coyotes Hockey Plan relates solely to Coyotes Hockey and does not apply to the Select Debtors. Furthermore, the Select Debtors currently have no operations and are not necessary to consummate the Coyotes Hockey Plan.

Accordingly, the Select Debtors respectfully request that the Court enter an order substantially in the form attached converting the Select Cases to cases under chapter 7 of the Bankruptcy Code.

Dated December 15, 2010.

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

By:  */s/ Thomas J. Salerno*
     Thomas J. Salerno
     Jordan A. Kroop
     Kelly Singer
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-4498
(602) 528-4000

Counsel to the Debtors-In-Possession