William Novotny (#4239)
MARISCAL, WEEKS, McINTYRE
    & FRIEDLANDER, P.A.
2901 North Central Avenue
Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Phone: (602) 285-5100
william.novotny@mwmf.com

Attorneys for Coyote Center Development, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

DEWEY RANCH HOCKEY, LLC,

COYOTES HOLDINGS, LLC,

COYOTES HOCKEY, LLC, AND

ARENA MANAGEMENT GROUP, LLC

                Debtors.

This Filing Applies to:
☐ All Debtors
☒ Specified Debtors:

Coyotes Hockey LLC and
Arena Management Group, LLC

Chapter 11 Case

No. 2:09-bk-09488-RTB
(Jointly Administered)

**NOTICE OF TRANSFER OF CLAIMS
WITH WAIVER OF NOTICE
(Claim Nos. 186-1 & 186-2)**

      **NOTICE IS HEREBY GIVEN** in accordance with Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure that:

      1.     All of the rights and interests of the City of Glendale ("Transferor") under the following proofs of claim (collectively "Claims") filed by the Transferor have been transferred and assigned to Coyote Center Development, LLC ("Transferee"):

| Claim Nos. | Date of Filing | Debtor | Claim Amount |
|---|---|---|---|
| 186-1 | August 14, 2009 | Coyotes Hockey, LLC | $1,000,000.00 |
| 186-2 | October 16, 2009 | Coyotes Hockey, LLC | $12,250,000.00 |

2.    The Transferor, by its attorneys execution of this Notice, acknowledges the transfer of the Claims to the Transferee and waives any right to receive notice of the assignment of the Claims to Transferee under Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure.

3.    Transferor and Transferee acknowledge and agree that nothing herein or in the First Amendment to Mixed-Use Development Agreement to which the Notice relates shall be deemed to transfer to Transferee any claims, rights or interests (a) previously transferred by Transferor to Coyotes Newco LLC or other third parties, or (b) of the Transferor against persons other than Coyotes Hockey, LLC or Arena Management Group, LLC, or (c) relating to any portion of Transferor's rejection damage claims which might be reflected in the Claims or reflected or to be reflected in other proofs of claim or other papers filed or to be filed by the Transferor in these cases, including, without limitation, any and all so-called rejection claims that have arisen or may arise under the Bankruptcy Code.

**DATED** this 4th day of April, 2011.

MARISCAL, WEEKS, McINTYRE
& FRIEDLANDER, P.A.

WN/4239

By: _____
William Novotny
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Attorneys for Transferee, Coyote Center
Development, LLC

**Approved and Agreed**:

FENNEMORE CRAIG, P.C.

By: *Cathy Reece*

Cathy L. Reece
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
creece@fclaw.com
Attorneys for Transferor, City of Glendale

Dated: *April 6, 2011*


Copy of the foregoing sent by electronic mail on April *6*, 2011, to:

Thomas J. Salerno
tsalerno@ssd.com
Jordan A. Kroop
jkroop@ssd.com
SQUIRE, SANDERS & DEMPSEY, LLP
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004-4498
Attorneys for Debtors

Michael W. Carmel
80 East Columbus Avenue
Phoenix, AZ 85012-4965
michael@mcarmellaw.com
Liquidation Trustee


WN/4239

U:\ATTORNEYS\WN\Ellman\Coyotes Bankruptcy\Notice of Transfer of City's Claims_186 v3.doc

-3-