William Novotny (#4239)
MARISCAL, WEEKS, McINTYRE
  & FRIEDLANDER, P.A.
2901 North Central Avenue
Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Phone: (602) 285-5100
william.novotny@mwmf.com

Attorneys for Coyote Center Development, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DEWEY RANCH HOCKEY, LLC,<br><br>COYOTES HOLDINGS, LLC,<br><br>COYOTES HOCKEY, LLC, AND<br><br>ARENA MANAGEMENT GROUP, LLC<br><br>　　　　　Debtors. | Chapter 11 Case<br><br>No. 2:09-bk-09488-RTB<br>(Jointly Administered)<br><br>**NOTICE OF TRANSFER OF CLAIMS WITH WAIVER OF NOTICE (Claim Nos. 184-3 and 185-3; Partial Transfer)** |
| This Filing Applies to:<br>☐ All Debtors<br>☒ Specified Debtors:<br><br>Coyotes Hockey LLC and<br>Arena Management Group, LLC | |

**NOTICE IS HEREBY GIVEN** in accordance with Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure that:

　　　1.　　All of the rights and interests of the City of Glendale ("Transferor") under the following proofs of claim (collectively "Claims") filed by the Transferor have been transferred and assigned to Coyote Center Development, LLC ("Transferee"):

-1-

| Claim Nos. | Date of Filing | Debtor | Claim Amount |
|---|---|---|---|
| 184-3 | December 31, 2009 | Coyotes Hockey, LLC | $2,103,685.85 |
| 185-3 | December 31, 2009 | Arena Management Group, LLC | $2,103.685.85 |

2. Notwithstanding Paragraph 1, the transfer of the Claims to the Transferee is a partial transfer of the Claims. The Claims and any distributions that the Transferor may receive shall be deemed transferred and assigned to the Transferee solely to the extent that Transferee is obligated to indemnify either Coyotes Hockey, LLC or Arena Management Group, LLC pursuant to the Team Guarantee Undertaking and Indemnification Agreement and the AMULA Undertaking and Indemnification Agreement.

3. The Transferor, by its attorneys execution of this Notice, acknowledges the transfer of the Claims to the Transferee and waives any right to receive notice of the assignment of the Claims to Transferee under Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure.

4. Transferor and Transferee acknowledge and agree that nothing herein or in the First Amendment to Mixed-Use Development Agreement to which the Notice relates shall be deemed to transfer to Transferee any claims, rights or interests (a) previously transferred by Transferor to Coyotes Newco LLC or other third parties, or (b) of the Transferor against persons other than Coyotes Hockey, LLC or Arena Management Group, LLC, or (c) reflected or to be reflected in other proofs of claim or other papers filed or to be filed by the Transferor in these cases, including, without limitation, any and all so-called rejection claims that have arisen or may arise under Bankruptcy Code Section 365.

.

.

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   | **DATED** this 6th day of April, 2011.               |
| 3   | **MARISCAL, WEEKS, McINTYRE**                                   |
| 4   | **& FRIEDLANDER, P.A.**                                         |
| 5   | WN/4239                                                         |
| 6   | By: _____                             |
|     | William Novotny                                                 |
| 7   | 2901 North Central Avenue, Suite 200                            |
|     | Phoenix, Arizona 85012-2705                                     |
| 8   | Attorneys for Transferee, Coyote Center                         |
|     | Development, LLC                                                |
**DATED** this 6th day of April, 2011.

      **MARISCAL, WEEKS, McINTYRE**
        **& FRIEDLANDER, P.A.**

      WN/4239
By: _____
    William Novotny
    2901 North Central Avenue, Suite 200
    Phoenix, Arizona 85012-2705
    Attorneys for Transferee, Coyote Center
    Development, LLC

**Approved and Agreed:**

FENNEMORE CRAIG, P.C.

By: *Cathy Reece*
Cathy L. Reece
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
creece@fclaw.com
Attorneys for Transferor, City of Glendale

Dated: *April 6, 2011*

Copy of the foregoing sent by electronic mail on April 6, 2011, to:

Thomas J. Salerno
tsalerno@ssd.com
Jordan A. Kroop
jkroop@ssd.com
SQUIRE, SANDERS & DEMPSEY, LLP
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004-4498
Attorneys for Debtors

Michael W. Carmel
80 East Columbus Avenue
Phoenix, AZ 85012-4965
michael@mcarmellaw.com
Liquidation Trustee

WN/4239

---

U:\ATTORNEYS\WN\Ellman\Coyotes Bankruptcy\Notice of Transfer of City's Claims_184 & 185 v4.doc